# EXHIBIT 2

# Outgoing FED Message

Printed: 6/16/2026  9:23:56AM          Requested By:     persaud

VERSION:     0

## MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $2,000,000.00 | Message ID: | 250811094440SC36 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | |
| Value Date: | 08/11/2025 | Time: | 10:35:03 | URC: | |
| Bank ID: | 075 | Department: | CS1 | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 207 | Template: | 001BLNK |
| Message Subtype: | 00 | Charge: | SHA | Purpose of wire. Code: | |
| Fee: | 0.00 | Source: | WEB | | |
| Ref. No.: | 0167 | External Ref.: | | Country Code : | US |

## MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | ███3576 | Sender Name: | FLAGSTAR BANK, NA | Ref. No.: | 0167 |
| Receiver ABA: | ███0021 | Receiver Name: | JPMCHASE | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | ██████1016 | | | Prop. Code: | |
| OMAD: | ████████FT03 | | | Ref. for Bnf.: | |
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 7406 | Acc. Type: DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | Cr Fee: |

Drawdown Credit Account:

| | | | |
|---|---|---|---|
| Originator: | Originator Option F: N | Beneficiary: | |
| 7406 | | 7139 | |
| CSI SPORTS EVENTS LLC | | FRIST APEX VENTURES LLC | |

1 EVERTRUST PLZ STE 902 JERSEY

NJ 07302

7300 WEST CAMINO REAL STE 201

BOCA RATON FL 33433

Originator Bank:                          Beneficiary Bank: