# EXHIBIT 3

Case 1:26-cv-05150-WSB   Document 1-8   Filed 06/18/26   Page 2 of 6



# MIKE TYSON AND FLOYD MAYWEATHER SET TO MEET IN ONCE-IN-A-LIFETIME MATCHUP OF LIVING LEGENDS

September 4, 2025

## CSI SPORTS™/FIGHT SPORTS® To Deliver Global Spectacle In Spring 2026

Case 1:26-cv-05150-VSB    Document 1-3    Filed 06/18/26    Page 3 of 6



**NEW YORK (Sept. 4, 2025)** – Two of the most prominent and popular boxers of all time are preparing to square off in what will be one of the most significant and compelling boxing events in history, coming in Spring 2026. Mike Tyson, the beloved heavyweight world champion, iconic entertainer and entrepreneur, and Floyd "Money" Mayweather, a man associated with modern boxing dominance and a remarkable undefeated record of 50-0, have signed with CSI SPORTS™/FIGHT SPORTS® to deliver the mega-event globally on a date and from a location to be determined.

"When CSI came to me about stepping in the ring with Floyd Mayweather," said Tyson. "I thought, 'No way this happens,' but Floyd said yes.

This fight is something neither the world nor I ever thought would or could happen. However, boxing has entered a new era of the unpredictable—and this fight is as unpredictable as it gets. I still can't believe Floyd wants to really do this. It's going to be detrimental to his health, but he wants to do it, so it's signed and it's happening!"

"I've been doing this for 30 years and there hasn't been a single fighter that can tarnish my legacy," said Mayweather. "You already know that if I am going to do something, it's going to be big and it's going to be legendary. I'm the best in the business of boxing. This exhibition will give the fans what they want."

CSI SPORTS™ and FIGHT SPORTS® co-founders, brothers Richard and Craig Miele, will produce a multi-platform, global broadcast befitting the legendary fighters and this historic event. CSI SPORTS™, which earlier today announced that renowned sports television executives John Skipper (ESPN, DAZN, Meadowlark Media), Mark Taffet (HBO PPV), Brian Robinson (American Idol Productions) and Chris DeBlasio (Showtime Networks) joined its leadership team, will soon announce a multi-event global media streaming and broadcast partnership that will launch with this event.

"Mike Tyson and Floyd Mayweather are two of the most compelling names and personalities with lasting legacies in all of sports. They are 21st century icons," said Richard and Craig Miele. "Tyson vs. Mayweather will break every broadcast, streaming and economic record set by Mike Tyson in 2024. We are planning a robust promotional campaign complete with weekly premium storytelling and worldwide marketing reach. The event itself will be in a world-class venue and be presented to a global audience with new in-ring technology elements that will reshape how boxing is presented, and scoring is achieved for years to come."

Tyson, who retired from professional boxing with 50 wins, 44 by knockout, is one of the world's most recognized figures and, perhaps, one of the most beloved in all of sports. Known for his explosive power and intimidating presence in his prime, Tyson's second career has been marked by his ability to compel and entertain audiences through a variety of mediums. He was the youngest heavyweight world champion in history,

hailing from Brownsville, Brooklyn, New York. Today, he is driven to cap his legacy in the ring and move ahead as the sport's premier ambassador.

Mayweather, known for his impeccable defensive skills, speed and strategic ring generalship, has expertly managed a remarkable career. He is the highest grossing professional boxer—and one of the highest grossing athletes—in history. His career timeline is marked with numerous high-profile fights and extremely lucrative paydays, including the three richest boxing events in history (vs. Manny Pacquiao, vs. Conor McGregor and vs. Canelo Alvarez, respectively). He is a boxing legend and has remained a prominent figure in the sport even after his official retirement with his unmatched and unprecedented record of 50 wins, no losses.

\# \# \#

## ABOUT CSI SPORTS™

Richard and Craig Miele founded CSI SPORTS™ in 1997 and have grown from creating, producing and distributing live championship boxing events in the U.S., into a leading global multimedia business controlling rights to boxing's biggest global events including the highest grossing pay-per-view events of all time. In 2012, CSI SPORTS launched FIGHT SPORTS®, the fastest growing 24/7 sports network worldwide. CSI SPORTS™ controls global rights to HBO World Championship Boxing events and is also the exclusive owner of the iconic USA Tuesday Night Fights® series, acquired from Comcast/NBC Universal and including thousands of hours of content featuring boxing legends Floyd Mayweather, Mike Tyson, Oscar De La Hoya, and many more.

The FIGHT SPORTS® network reaches over 190 countries with U.S. distribution through the FIGHT SPORTS® branded block in over 80M households. The FIGHT SPORTS® linear channel currently reaches 60+ countries globally. Over the past two decades, CSI SPORTS' rights to the biggest pay-per-view events in history including Mayweather vs. Pacquiao, Mayweather vs. De La Hoya, Tyson vs. Lewis, and many others that have generated billions of dollars in PPV revenue. In 2026, CSI SPORTS will debut new technology set to revolutionize and forever enhance the sport and the viewing experience for audiences worldwide.

# CONTACT

Chris DeBlasio
Global Head of Communications
CSI SPORTS / FIGHT SPORTS
Email: cdeblasio@csisports.tv
Phone: 917.445.7467

**← PREVIOUS**

Renowned Sports Television Executive John Skipper Joins CSI Sports Board Of Directors

**NEXT →**

BOXING GREAT FLOYD MAYWEATHER COMING OUT OF RETIREMENT AFTER MIKE TYSON EXHIBITION, SIGNS EXCLUSIVE DEAL WITH CSI SPORTS™/FIGHT SPORTS®



**SITE**

Home

About

Distribution

Press

Contact

**PLATFORMS**

FIGHTSPORTS.tv

FIGHTSPORTSMAX.tv

**SCHEDULE**

SCHEDULE.FIGHTSPORTS.tv

**Connect With Us**

© 2026 CSI SPORTS™. All Rights Reserved.