# EXHIBIT 6

## Outgoing FED Message

Printed: 6/16/2026  9:21:23AM

Requested By:    persaud

VERSION:    0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $2,500,000.00 | Message ID: | 251106173609KY34 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | |
| Value Date: | 11/06/2025 | Time: | 17:59:22 | URC: | |
| Bank ID: | 075 | Department: | CS1 | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 207 | Template: | 001BLNK |
| Message Subtype: | 00 | Charge: | SHA | Purpose of wire. Code: | |
| Fee: | 0.00 | Source: | WEB | | |
| Ref. No.: | 1739 | External Ref.: | | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | ████3576 | Sender Name: | FLAGSTAR BANK, NA | Ref. No.: | 1739 |
| Receiver ABA: | ████0021 | Receiver Name: | JPMCHASE | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | ███████3958 | | Prop. Code: | | |
| OMAD: | █████████████FT03 | | Ref. for Bnf.: | | |
| As of Reason: | As of Date: | | Disposition: | | |
| Acc Off: 075 | Account: ██5596 | | Acc. Type: DDA | Initiator ID: | |
| Cr Acc Off: | Cr Acc No: | | Cr Acc Type: | | |
| Db Advice: | Db Fee: | | Cr Advice: | Cr Fee: | |

Drawdown Credit Account:

| | | | |
|---|---|---|---|
| Originator: | Originator Option F: N | Beneficiary: | |
| █5596 | | 7139 | |

CSI ENTERTAINMENT EVENTS LLC

FRIST APEX VENTURES LLC

1 EVERTRUST PLZ STE 902

JERSEY CITY NJ 07302

7300 WEST CAMINO REAL STE 201

BOCA RATON FL 33433

Originator Bank:

Beneficiary Bank: