# EXHIBIT 8



**NELSON MULLINS**

Justin B. Kaplan
Attorney
T: (305) 373-9436
justin.kaplan@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**ATTORNEYS AND COUNSELORS AT LAW**
2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T:(305) 373-9400  F:(305) 373-9443
**nelsonmullins.com**

January 7, 2026

<u>**VIA EMAIL**</u>
Players Era, LLC d/b/a EverWonder Studios
c/o Ian Orefice
*ian@everwonder.studio*

## <u>IMMEDIATELY CEASE AND DESIST</u>

>   *RE:*   <u>*Floyd Mayweather*</u>

Gentlemen,

We represent CSI Sports Events, LLC ("CSI"). I write on CSI's behalf to demand that Players Era, LLC, and any of their principals, agents, parent companies, subsidiaries, and affiliates (collectively, "Players Era") **immediately cease and desist from pursuing a boxing match with Floyd Mayweather, Jr. ("Mayweather")**, pursuing, entering into, or engaging in any agreements related to him fighting, broadcasting rights to same, or conducting any promotional or marketing activities related thereto (including, but not limited to, press releases, etc.).

CSI and Mayweather's company, First Apex Ventures, LLC ("First Apex") are parties to a Fight Agreement, as ratified by Mayweather[1] (the "Agreement"), in which First Apex and Mayweather expressly granted CSI the **<u>exclusive</u>** rights to Mayweather's next fight (among many other rights), on a date solely determined by CSI, following the Mike Tyson bout currently set to occur in April 2026. Further, as you know or should know from previous interactions, Mayweather likewise is not permitted to participate in any other boxing match unless or until the Mike Tyson bout occurs.

Because of Mayweather's Agreement with CSI, Mayweather has no legal right to participate in any interim or other match whatsoever as set forth above; neither Players Era, nor any other company, entity, or individual, has the right to solicit, offer, negotiate, or contract, with Mayweather in this regard or cause to be issued or permit the issuance of any press release related to same. Any such acts constitute tortious interference with CSI's Agreement and will cause CSI substantial and irreparable harm.

We have learned that Players Era may already have or is in the process of engaging in precisely that illegal conduct. **In the event that Players Era does not confirm *in writing* by 5:00 a.m. EST on January 8, 2026, that it has and will cease and desist from tortiously interfering with the Agreement and CSI's advantageous business relationships related thereto, CSI is**

---

[1] Mayweather executed an inducement letter in connection with the Agreement that binds him to the terms of the Agreement.

January 7, 2026
Page 2

**prepared to and will have no choice but to seek immediate injunction to enjoin any such acts or actions going forward and pursue damages for same.**

CSI is a friendly (as most know) in this industry and always looks to first work in good faith to resolve any issues that may exist between any of their peers, colleagues, or potential partners. Accordingly, it currently is and will remain its goal if Players Era immediately complies with this demand and the rights of CSI as set forth herein.

Regards,

Justin B. Kaplan, Esq.

Cc: Gabe Spitzer (*gspitzer@netflix.com*)
    Jona Rechnitz (*jona@vadaproperties.com*)
    Andrew Ruf (*aruf@paradigmagency.com*)
    Richard Miele (*rmiele@csisports.tv*)
    Mark Taffet (*mark@marktaffetmedia.com*)
    Judd Burstein (*jburstein@burlaw.com*)

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA