# EXHIBIT 10

 **NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**ATTORNEYS AND COUNSELORS AT LAW**
2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T:(305) 373-9400  F:(305) 373-9443
**nelsonmullins.com**

Justin B. Kaplan
Attorney
T: (305) 373-9436
justin.kaplan@nelsonmullins.com

February 4, 2026

**<u>VIA EMAIL AND DIRECT MESSAGE</u>**
SO FINE! Communications Management
c/o Tonia Fouseki
tfouseki@sofine.gr
Mike Zambidis
@ironmikezambidisofficial
info@ironmikezambidis.com

## <u>IMMEDIATELY CEASE AND DESIST</u>

### *RE:     <u>Floyd Mayweather</u>*

Ms. Fouseki and Mr. Zambidis:

This firm is legal counsel CSI Sports Events, LLC ("CSI"). It has come to our attention that Mike Zambidis ("Zambidis") recently posted promotional materials on his Instagram page touting a purported bout to occur on June 27, 2026, between Zambidis and Floyd Mayweather, Jr. ("Mayweather").

CSI and Mayweather's company, Frist Apex Ventures, LLC ("Frist Apex"), are parties to a Fight Agreement, as ratified by Mayweather[1] (the "Agreement"), in which Frist Apex and Mayweather **<u>expressly granted to CSI the exclusive rights</u>** to Mayweather's upcoming bout against Mike Tyson (the "Tyson Fight") and Mayweather's next fight after the Tyson Fight, which will not occur until the autumn of 2026 at the earliest.  Moreover, no other individual or company has the legal right to announce or market any other bout featuring Mayweather before his next two consecutive fights.

Mayweather has no legal right to participate in any interim or other match whatsoever pursuant to the Agreement with CSI as described above. Zambidis accordingly has no legal right to solicit, offer, negotiate, or enter into any contract to box Mayweather in any match before the Tyson fight nor before Mayweather's next bout after the Tyson Fight. Similarly, neither SO FINE! Communications Management, nor any other company or individual has the legal right or cause to be issued or permit the issuance of any press release related to such purported match.

---

[1] Mayweather executed an inducement letter in connection with the Agreement that binds him to the terms of the Agreement.

February 4, 2026
Page 2

Nonetheless, it appears that SO FINE! Communications Management, Zambidis, or others acting on his behalf, have already engaged in precisely that illegal conduct—and not just Zambidis' Instagram post referenced above.

This shall serve as formal Notice to Zambidis, SO FINE! Communications Management, and any other person or entity acting on their behalfs to  **immediately cease and desist from pursuing a boxing match in which Floyd Mayweather, Jr. ("Mayweather") is to participate on or before June 27, 2026**, as well as pursuing, entering into, or engaging in any agreements related to him fighting, broadcasting rights to same, or conducting any promotional or marketing activities related thereto (including, but not limited to, press releases, etc.). Should they not immediately comply, **CSI has authorized us to pursue all legal and equitable remedies available to it anywhere in the world, including but not limited to injunctive relief, which invariably will include a demand for substantial damages arising from their tortious conduct.**

You have been forewarned. Govern yourselves accordingly.

Regards,

Justin B. Kaplan, Esq.

Cc:    Richard Miele