# EXHIBIT 11

 **NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

**ATTORNEYS AND COUNSELORS AT LAW**

2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T:(305) 373-9400  F:(305) 373-9443
**nelsonmullins.com**

Justin B. Kaplan
Attorney
T: (305) 373-9436
justin.kaplan@nelsonmullins.com

February 5, 2026

**VIA EMAIL AND DIRECT MESSAGE**
Front Row Entertainment AKA Front Row Fight Series
keane@frontrowentertainment.com

## IMMEDIATELY CEASE AND DESIST

### RE:    *Floyd Mayweather*

Mr. Keane:

This firm is legal counsel to CSI Sports Events, LLC ("CSI"). It has come to our attention that Front Row Entertainment AKA Front Row Fight Series ("Front Row") was recently included in promotional materials on the Instagram page of "@ironmikezambidisofficial" touting a purported bout to occur on June 27, 2026, between Mike Zambidis ("Zambidis") and Floyd Mayweather, Jr. ("Mayweather").

CSI and Mayweather's company, Frist Apex Ventures, LLC ("Frist Apex"), are parties to a Fight Agreement, as ratified by Mayweather[1] (the "Agreement"), in which Frist Apex and Mayweather **expressly granted to CSI the exclusive rights** to Mayweather's upcoming bout against Mike Tyson (the "Tyson Fight") and Mayweather's next fight after the Tyson Fight, which will not occur until the autumn of 2026 at the earliest.  Moreover, no other individual or company has the legal right to announce or market any other bout featuring Mayweather before his next two consecutive fights.

Mayweather has no legal right to participate in any interim or other match whatsoever pursuant to the Agreement with CSI as described above. Zambidis accordingly has no legal right to solicit, offer, negotiate, or enter into any contract to box Mayweather in any match before the Tyson fight nor before Mayweather's next bout after the Tyson Fight. Similarly, neither Front Row Entertainment, nor any other company or individual has the legal right or cause to be issued or permit the issuance of any press release related to such purported match.

Nonetheless, it appears that Front Row, Zambidis, or others acting on his behalf, have already engaged in precisely that illegal conduct—and not just Zambidis' Instagram post referenced above.

This shall serve as formal Notice to Zambidis, Front Row, and any other person or entity acting on their behalfs to  **immediately cease and desist from pursuing a boxing match in which**

---

[1] Mayweather executed an inducement letter in connection with the Agreement that binds him to the terms of the Agreement.

February 5, 2026
Page 2

**Floyd Mayweather, Jr. ("Mayweather") is to participate on or before June 27, 2026**, as well as pursuing, entering into, or engaging in any agreements related to him fighting, broadcasting rights to same, or conducting any promotional or marketing activities related thereto (including, but not limited to, press releases, etc.). Should they not immediately comply, **CSI has authorized us to pursue all legal and equitable remedies available to it anywhere in the world, including but not limited to injunctive relief, which invariably will include a demand for substantial damages arising from their tortious conduct.**

You have been forewarned. Govern yourselves accordingly.

Regards,

Justin B. Kaplan, Esq.

Cc:     Richard Miele

 **NELSON MULLINS**

Justin B. Kaplan
Attorney
T: (305) 373-9436
justin.kaplan@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**ATTORNEYS AND COUNSELORS AT LAW**
2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T:(305) 373-9400  F:(305) 373-9443
**nelsonmullins.com**

February 5, 2026

**<u>VIA EMAIL</u>**
Olympic Athletic Center of Athens
c/o Board of Administration Secretariat
*president@oaka.gr*
c/o Facilities and Events Department
*dve@oaka.gr*
c/o Indoor Sports Center Manager
*basket@oaka.gr*

**RE:**    <u>*27 June 2026 Floyd Mayweather, Jr. Boxing Match*</u>

To Whom it May Concern:

This firm is legal counsel CSI Sports Events, LLC ("CSI"). It has come to our attention that Mike Zambidis ("Zambidis") recently posted promotional materials on his Instagram page touting a purported bout to occur on June 27, 2026, between Zambidis and Floyd Mayweather, Jr. ("Mayweather") at the Olympic Athletic Center of Athens Arena ("OAKA").

This shall serve as Notice to the Olympic Athletic Center of Athens that neither Mayweather nor Zambidis has the legal right to participate in such bout at that time. CSI and Mayweather's company, Frist Apex Ventures, LLC ("Frist Apex"), are parties to a Fight Agreement, as ratified by Mayweather[1] (the "Agreement"), in which Frist Apex and Mayweather **<u>expressly granted to CSI the exclusive rights</u>** to Mayweather's upcoming bout against Mike Tyson (the "Tyson Fight") and Mayweather's next fight after the Tyson Fight, which will not occur until the autumn of 2026 *at the earliest.* Mayweather thus legal right to participate in any interim or other match whatsoever pursuant to the Agreement with CSI as described above.

Should OAKA host the purported bout, CSI has authorized our law firm to hire local counsel in Athens and pursue all remedies available to it in a court of law for all damages sustained as a result. Govern yourselves accordingly.

Regards,

Justin B. Kaplan, Esq.     Richard Miele

---

[1] Mayweather executed an inducement letter in connection with the Agreement that binds him to the terms of the Agreement.