# EXHIBIT 12

 **NELSON MULLINS**

Justin B. Kaplan
Attorney
T: (305) 373-9436
justin.kaplan@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**ATTORNEYS AND COUNSELORS AT LAW**
2 South Biscayne Blvd
21st Floor
Miami, FL 33131
T:(305) 373-9400  F:(305) 373-9443
**nelsonmullins.com**

February 10, 2026

**VIA EMAIL**
Jonah Rechnitz
*jona@vadaproperties.com*

> **RE:** ***Floyd Mayweather/Mike Zambidis***

Mr. Rechnitz:

As I assume you are aware, we represent CSI Sports, Events, LLC ("CSI"). I write to inform you that we have learned from Andrew Ruf and Ian Orefice of EverWonder Studio that they received confirmation from you that Floyd Mayweather, Jr., did not enter into any agreements to box Mike Zambidis on June 27, 2026, in Athens, Greece, despite press and a poster being circulated to the contrary.

Nonetheless, we served multiple cease and desist letters on all parties promoting that non-existent fight. CSI also immediately retained local counsel in Greece to serve similar cease instructions that were served yesterday through the local courts' bailiffs.

CSI has taken these immediate actions to preserve and defend their rights to Mr. Mayweather's first bout after his upcoming fight with Mike Tyson and to protect CSI's exclusive rights to the foregoing worldwide—as it will do as and when necessary in the future.

Regards,

Justin B. Kaplan, Esq.

Cc:    Richard Miele
       Andrew Ruf
       Ian Orefice