# EXHIBIT 13

Case 1:26-cv-05150-VSB   Document 1-13   Filed 06/18/26   Page 2 of 6



# BOXING GREAT FLOYD MAYWEATHER COMING OUT OF RETIREMENT AFTER MIKE TYSON EXHIBITION, SIGNS EXCLUSIVE DEAL WITH CSI SPORTS™/FIGHT SPORTS®

February 20, 2026

*One Of The World's Most Renowned Athletes, The Undefeated Global Star Set For His Return To Professional Boxing Following The Upcoming Exhibition Versus Mike Tyson*

Case 1:26-cv-05150-VSB    Document 1-13    Filed 06/18/26    Page 3 of 6



**NEW YORK** (February 20, 2026)—In a blockbuster development, global superstar and undefeated 50-0 boxing legend **Floyd "Money" Mayweather** has officially announced that he is coming out of retirement after his Spring 2026 **Mike Tyson** exhibition and has signed an exclusive agreement with **CSI Sports™/FIGHT SPORTS®** to resume his professional boxing career.

The move marks one of the most anticipated comebacks in recent memory. Mayweather will first step back into the global spotlight in a special exhibition in Spring 2026 against fellow icon Tyson, as previously announced. Following that matchup, Mayweather will resume his professional career under the CSI Sports™/FIGHT SPORTS® banner, with his first official bout slated for Summer 2026 against an opponent to be announced. His last professional bout was in 2017 versus UFC global star Conor McGregor.

"I still have what it takes to set more records in the sport of boxing – from my upcoming Mike Tyson event to my next professional fight afterwards – no one will generate a bigger gate, have a larger global broadcast audience and generate more money with

each event – than my events. And I plan to keep doing it with my global media partner, CSI Sports™/FIGHT SPORTS®," said Mayweather.

"Signing Floyd Mayweather to un-retire after he captures another world-wide audience with his Mike Tyson match-up, highlights our commitment to providing our global audience with the most high-profile fighters in the sport. Floyd will once again continue to dominate boxing with the biggest audience and highest gross events of all time, and we are proud and privileged to be able to do with our global team at CSI Sports™/FIGHT SPORTS®. We look forward to even more announcements that will excite fans and continue to build the sport in 2026!" said **Richard and Craig Miele**, co-founders of **CSI Sports™/FIGHT SPORTS®**.

In a professional boxing career that spanned three decades, Mayweather is known for his impeccable defensive skills, speed and strategic ring generalship. He has expertly managed a remarkable career, amassing an unblemished and unmatched record of 50 wins, no losses while taking on and decisively beating the very best of the era. He is responsible for all three of the highest grossing boxing events in history—vs. Manny Pacquiao, vs. Conor McGregor and vs. Canelo Alvarez—and has earned well over $1B in professional prize fighting alone. Mayweather has remained a prominent figure in the sport even after his official retirement with his unmatched and unprecedented record of 50 wins, no losses.

CSI Sports™/FIGHT SPORTS® exclusive deal with Mayweather positions the company at the forefront of major global sports events, reinforcing its commitment to delivering marquee events and historic matchups to fans worldwide.

Additional details, including event dates, broadcast information, and the professional opponent for Mayweather's first sanctioned return will be announced in the coming weeks.

## ABOUT CSI SPORTS™

Richard and Craig Miele founded CSI SPORTS™ in 1997 and have grown from creating, producing and distributing live championship boxing events in the U.S., into a leading global multimedia business controlling rights to boxing's biggest global events

including the highest grossing pay-per-view events of all time. In 2012, CSI SPORTS launched FIGHT SPORTS®, the fastest growing 24/7 sports network worldwide. CSI SPORTS™ controls global rights to HBO World Championship Boxing events and is also the exclusive owner of the iconic USA Tuesday Night Fights® series, acquired from Comcast/NBC Universal and including thousands of hours of content featuring boxing legends Floyd Mayweather, Mike Tyson, Oscar De La Hoya, and many more.

The FIGHT SPORTS® network reaches over 190 countries with U.S. distribution through the FIGHT SPORTS® branded block in over 80M households. The FIGHT SPORTS® linear channel currently reaches 60+ countries globally. Over the past two decades, CSI SPORTS' rights to the biggest pay-per-view events in history – including Mayweather vs. Pacquiao, Mayweather vs. De La Hoya, Tyson vs. Lewis, and many others – have generated billions of dollars in PPV revenue.

In 2026, CSI SPORTS will debut new technology set to revolutionize and forever enhance the sport and the viewing experience for audiences worldwide.

← **PREVIOUS**

MIKE TYSON AND FLOYD MAYWEATHER SET TO MEET IN ONCE-IN-A-LIFETIME MATCHUP OF LIVING LEGENDS

**NEXT** →

FLOYD MAYWEATHER VS. MANNY PACQUIAO SET FOR BLOCKBUSTER PROFESSIONAL REMATCH STREAMING LIVE GLOBALLY ON NETFLIX sATURDAY, SEPTEMBER 19



**SITE**

Home

About

Distribution

Press

**PLATFORMS**

FIGHTSPORTS.tv

FIGHTSPORTSMAX.tv

**SCHEDULE**

SCHEDULE.FIGHTSPORTS.tv

Contact

**Connect With Us**

---

© 2026 CSI SPORTS™. All Rights Reserved.