# EXHIBIT 14

Docusign Envelope ID: BAA478F9-4BE2-44FB-9E11-1F10B6F47958

## SECOND AMENDMENT TO AGREEMENT

### ("Boxing Match")

This Second Amendment to Agreement (this "Amendment") is made and entered into as of February 20, 2026 (the "Amendment Effective Date"), by and between CSI Entertainment Events, LLC, a Delaware limited liability company ("CSI"), and Frist Apex Ventures LLC, a Florida limited liability company ("Frist"). CSI and Frist are sometimes referred to herein individually as a "Party" and collectively as the "Parties."

**RECITALS**

A. The Parties entered into that certain Mayweather Fight Agreement, dated November 6, 2025, (the "Agreement").

B. The Parties desire to amend certain provisions of the Agreement.

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

**1. Definitions; Incorporation**

Capitalized terms used but not otherwise defined in this Amendment shall have the meanings ascribed to them in the Agreement. The Agreement is hereby amended only as expressly set forth herein.

For purposes of this Amendment, the "Tyson Agreement" shall mean that certain agreement, dated as of August 10, 2025, by and between CSI and Frist relating to the professional boxing match between Floyd Mayweather and Mike Tyson.

**2. Amendment of Tyson Provisions**

(a) The following recital in the Agreement:

WHEREAS, Participant represents and warrants that Participant is currently contracted to participate in a live boxing match against Mike Tyson ("Tyson") (the "Tyson Fight"), which is scheduled to occur on or before spring 2026 (the "Tyson Fight Date").

is hereby deleted in its entirety and replaced with the following:

WHEREAS, Participant represents and warrants that Participant is currently contracted to participate in a live boxing match against Manny Pacquiao ("Pacquiao") (the "Pacquiao Fight"), which is scheduled to occur on September 19, 2026 (the "Pacquiao Fight Date").

(b) Paragraph 3 of the Agreement is hereby amended and restated in its entirety as follows:

4928-6953-1524 v.3
4936-5442-0624 v.2

Docusign Envelope ID: BAA478F9-4BE2-44FB-9E11-1F10B6F47958

The Main Event shall be the next boxing competition that Participant participates in following the Pacquiao Fight scheduled to occur on September 19, 2026 at Sphere in Las Vegas, Nevada, and Participant will not participate in any other boxing matches (neither professional nor exhibition) prior to the Event Date (as extended or postponed in accordance with this Agreement).

(c) The following recital in the Agreement:

WHEREAS, Participant represents and warrants to CSI that Participant has not entered into any other agreements with any third parties to participate in any other professional or exhibition boxing matches subsequent to the Tyson Fight Date; and

is hereby deleted in its entirety and replaced with the following:

WHEREAS, Participant represents and warrants to CSI that Participant has not entered into any other agreements with any third parties to participate in any other professional or exhibition boxing matches subsequent to the Tyson Fight Date, except the permitted bout of Mayweather vs. Pacquiao 2;

## 3. Netflix Rights

Notwithstanding anything to the contrary contained in the Agreement, and solely as a limited exception to CSI's exclusive right to commercially market and exploit Mayweather vs Pacquiao 2 ("MvP2"); CSI hereby permits Netflix to broadcast the Event, subject to terms of this Agreement and Amendment and the Tyson Agreement. Such permission shall apply solely to the MvP2 boxing event and shall not apply to Participant's Subsequent Fight (as defined in the Agreement) or any other boxing match involving Participant following the MvP2, all rights to which shall remain exclusively with CSI in accordance with the Agreement.

CSI's permission to allow FM to participate in the MvP2 is conditioned on FM fighting Tyson as his next boxing match (unless FM has not breached this Amendment, the Agreement nor the Tyson Agreement); if at any time FM announces that he will not fight Tyson next, or claims to CSI through any representative that he will not fight Tyson as his next professional boxing match, this shall constitute a material breach and cause CSI irreparable harm, and CSI shall have the option to terminate this Agreement or this Amendment, whereupon this Amendment shall become null and void, at the option of CSI, and any rights granted hereunder, shall immediately terminate at the option of CSI, and CSI shall be granted injunctive relief at CSI's option.

## 4. Subsequent Fight Rights

For the avoidance of doubt, CSI has the sole and exclusive rights to Floyd Mayweather's next boxing match (which shall be a professional boxing match unless CSI requests and accepts otherwise), with no exceptions, following the Mayweather vs. Pacquiao fight scheduled to occur on September 19, 2026, if such fight occurs; if such fight does not occur, then CSI shall have the sole and exclusive rights to Floyd Mayweather's next boxing match after September 19, 2026. All other terms and rights in the Agreement and this Amendment shall remain in full force and effect.

4928-6953-1524 v.3
4936-5442-0624 v.2

Docusign Envelope ID: BAA478F9-4BE2-44FB-9E11-1F10B6F47958

## 5. Limited Amendment

This Amendment supersedes and replaces any inconsistent provisions in the Agreement. All other provisions of the Agreement remain unchanged.

For the avoidance of doubt, each of the parties hereto hereby agrees that (1) the Inducement Letter originally attached to the Agreement is hereby amended to conform to and be consistent with the Agreement as amended by this Amendment, and (2) all references to "CSI" in any of the Agreement, this Amendment, and/or the Inducement Letter shall mean and refer exclusively to CSI Entertainment Events, LLC.

## 6. Purse Increase; Additional Advance

Section 13 of the Agreement is hereby amended to increase the Purse payable to Participant for the Event by Five Million Dollars ($5,000,000), which amount shall constitute an additional advance (and shall become the only Advance due prior to the FM/Participant fighting under this Agreement and Amendment) against the Purse set forth therein and shall be advanced by CSI promptly following the completion of the Tyson fight, provided that Frist and/or Floyd Mayweather ("FM") are not in breach of this Amendment, the Agreement and/or the Tyson Agreement at the time such advance would otherwise become payable. In the event of any breach of this Amendment or the Tyson Agreement by Frist and/or FM, CSI may, in its sole discretion, terminate this Amendment, whereupon this Amendment shall become null and void and any rights granted hereunder, shall immediately terminate. The Opponent could potentially be Manny Pacquiao in a Trilogy, however, any Opponent not named as a pre-approved Opponent in the Agreement shall be mutually approved between CSI and Participant.

## 7. Frist Fee; Offset; Termination

Within sixty (60) days following the Amendment Effective Date, Frist shall pay to CSI a fee in the amount of Two Million Five Hundred Thousand Dollars ($2,500,000). In the event that Frist fails to timely pay such fee, Frist shall be deemed to be in material breach of this Amendment, and CSI shall have the right, in its sole discretion, to offset any amounts owed under the Tyson Agreement or this Agreement against such unpaid fee, and/or to terminate this Amendment and/or the Agreement.

## 8. Subsequent Fight Rights

The Parties further acknowledge and agree that CSI shall have the exclusive right with respect to Participant's Subsequent Fight following the Mayweather v Pacquiao 2 event as defined herein above and in this Amendment.

## 9. Ratification

Except as expressly amended hereby, the Agreement is hereby ratified, confirmed, and shall remain in full force and effect.

4928-6953-1524 v.3
4936-5442-0624 v.2

Docusign Envelope ID: BAA478F9-4BE2-44FB-9E11-1F10B6F47958

**10. Time is of the Essence; Inducement Letter**

Time is of the essence with respect to all obligations of Frist and/or FM under the Agreement and this Amendment, and each failure to timely perform any obligation under the Amendment or Agreement shall constitute a material breach, and CSI will be caused irreparable harm, and CSI, in addition to any other rights or remedies available at law or in equity, will not make, nor be obligated to make any payments under this Agreement and Amendment; payments under this agreement and amendment may be paid directly to FM and be deemed satisfaction of payments to Frist; no oral modification, amendment, waiver, or consent has occurred or shall be effective with respect to the Agreement, or this Amendment, unless set forth in a written instrument executed by the required parties; and FM hereby acknowledges, agrees, and confirms that the Inducement Letter is amended and ratified to conform to the Agreement as amended hereby, and FM shall execute this Amendment as a condition to their effectiveness and shall remain personally bound by the Inducement Letter as so amended.

**11. Rep and Warrant No Other Fight Discussions or Announcements**

Frist and FM hereby jointly and severally represent and warrant that neither Frist nor FM, nor any of their respective representatives, agents, or affiliates, are directly or indirectly engaged in any discussions, negotiations, or understandings (whether written or oral) for FM to participate in any exhibition or professional boxing match other than the discussions contemplated by, and the bouts contracted for, with CSI (except if such permission is signed by CSI allowing such). Frist and FM further covenant and agree that FM shall not make, authorize, or permit any public or private announcement, statement, or disclosure relating to FM's participation in any boxing match, exhibition, or return to boxing or any statement relating to boxing (except if such permission is signed by CSI allowing such). At no time will Frist, and/or Floyd Mayweather make any public announcement that contradicts or attempts to disprove any of their obligations or agreements set forth within this Agreement and Amendment, or any other agreements between these Parties. Any breach of this provision shall cause CSI irreparable harm and constitute a material breach of the Agreement, and the Inducement Letter as amended by this Amendment.

**12. Termination**

In the event of any breach of this Amendment or the Tyson Agreement by Frist and/or FM, CSI may, in its sole discretion, terminate this Amendment, whereupon this Amendment shall become null and void and any rights granted hereunder, including without limitation the Netflix broadcast rights to the Event, shall immediately terminate.

**13. Governing Law; Jurisdiction**

This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

**14. Counterparts; Electronic Signatures**

4928-6953-1524 v.3
4936-5442-0624 v.2

Docusign Envelope ID: BAA478F9-4BE2-44FB-9E11-1F10B6F47958

This Amendment may be executed in counterparts, each of which shall be deemed an original, and signatures delivered electronically (PDF, TIFF, or similar) shall be deemed effective.

IF CSI DOES NOT SIGN AN AGREEMENT WITH EVERWONDER REGARDING THE GRANT OF RIGHTS TO MAYWEATHER VS PACQUIAO 2 ON OR BEFORE END OF DAY FEBRUARY 22, 2026, THEN CSI HAS THE OPTION TO TERMINATE ANY GRANT OF RIGHTS RELATED TO MAYWEATHER VS PACQUIAO 2   UNDER THIS AMENDMENT; IF CSI TERMINATES SUCH RIGHTS, THEN ALL OF CSI RIGHTS REVERT TO THE ORIGINAL AGREEMENT AND ALL OTHER TERMS REMAIN THE SAME (CSI STILL ADVANCES THE $5M AS SET FORTH ABOVE).

*[SIGNATURE PAGE FOLLOWS]*

4928-6953-1524 v.3
4936-5442-0624 v.2

Docusign Envelope ID: BAA478F9-4BE2-44FB-9E11-1F10B6F47958

**IN WITNESS WHEREOF,** the parties hereto, intending to be legally bound, have executed this Second Amendment to Agreement as of the date first written above.

**CSI ENTERTAINMENT EVENTS, LLC**

By: _____

Name: Richard Miele

Title: Authorized Signatory

Date: ___2·22·26___

**FRIST APEX VENTURES LLC**

By: _____

Name: Ayal Frist

Title: Authorized Signatory

Date: ___2/22/2026___

**ACKNOWLEDGED AND AGREED:**

**FLOYD MAYWEATHER**

Date: _____ 2/22/2026

4928-6953-1524 v.3
4936-5442-0624 v.2