# EXHIBIT 15

Settlement Agreement
SHORT FORM

**Re: Binding Settlement– CSI Sports / EverWonder**
**Project: Floyd Mayweather vs. Manny Pacquiao (Netflix Event)**
This Settlement Agreement contains the material terms contemplated for a settlement agreement between **CSI Entertainment Events, LLC ("CSI/FIGHT SPORTS"),** on the one hand, and **89 Blocks Holdings, LLC d/b/a EverWonder ( "EverWonder"),** as well as Players Era, LLC, in connection with the proposed Floyd Mayweather vs. Manny Pacquiao fight event (the "Event") to be distributed globally on Netflix.

1.      Promotional Credit & Billing

- CSI/FIGHT SPORTS shall receive a logo credit when space for the three (3) logos of Mayweather Promotions, Pacquiao Promotions, and CSI/FIGHT SPORTS is available to be together in all signage (digital or static) at press conferences and fight week lead up events.  If the three (3) logos are not able to be placed together, as determined in Netflix sole discretion, the CSI/FIGHT SPORTS and Mayweather and Pacquiao Promotions logos each will be placed in a standalone position. Placement, if any, size, and location of logos to be decided in Netflix sole discretion, however, if used, such size and location of logos will be the same for all logos.
- On fight night, should Netflix choose, in its sole discretion, to include Mayweather and Pacquiao Promotions logos in digital signage in the venue, CSI/FIGHT SPORTS logo shall also be included equally to Mayweather and Pacquiao Promotions. Placement, size, and location of logos to be decided in Netflix sole discretion but will be the same as Mayweather and Pacquiao Promotions.  Other than Netflix and sponsors, no other logos will be included on the mat.
- CSI/FIGHT SPORTS logo placements shall be in any and all marketing, advertising, or promotional materials (digital or otherwise) connected with the Event where the branding (or logos) of Mayweather and Pacquiao Promotions are used, in Netflix sole discretion.  Placement, size, and location of logos to be decided in Netflix sole discretion, however, if used, such size and location of logos will be the same for all logos. No other partner logo of Mayweather Promotions, Pacquiao Promotions, EverWonder or any other event organizer or producer shall receive higher placement or positioning than CSI/FIGHT Sports if and when the logos are used, in Netflix sole discretion
- CSI/FIGHT SPORTS shall be verbally mentioned live on the Netflix fight night broadcast/stream, at each of the same time and in the same manner as Mayweather and Pacquiao Promotions.  Final language and timing decided by Netflix, so long as it will be the same for all three brands.
- Logo of FIGHT SPORTS to be provided by CSI/FIGHT SPORTS for inclusion in branding as set for herein.

2.    Public Announcements & Future Fight Commitment

- The Event shall occur on September 19, 2026 at The Sphere in Las Vegas, Nevada.
- Similar to other Netflix announcements, CSI/FIGHT SPORTS shall be referenced, no less favorable to Mayweather and Pacquiao Promotions, in the Netflix release of the fight (and any other releases when Mayweather and/or Pacquiao Promotions are mentioned).  Final language and logo placement, if any, to be equal to Mayweather and Pacquiao Promotions, and to be discussed with CSI/FIGHT SPORTS in good faith, with Netflix having final approval.

3.    Settlement Consideration

- EverWonder shall make payment to CSI/FIGHT SPORTS in the amount of USD $5,000,000 within three (3) days following completion of the Event.  The payment shall be funded solely by 89 Blocks Holdings, LLC (the parent of the entity that holds the rights to the Event), conditioned upon the satisfactory completion of the Event.  EverWonder shall provide CSI with the above confirmation in writing for CSI to provide to a 3rd party if requested and shall work in good faith to provide any other documentation reasonably necessary for CSI to assign the aforementioned payment (in whole or in part) to a third-party.

4.    VIP Tickets and Credentials to be mutually agreed, but no less favorable than the Mayweather and Pacquiao Promotions provisions for credentials, with EverWonder having final tie-break, if necessary. At a minimum, CSI will get 4 tickets/seating opposite fixed cameras in either (1) the first row from the ring; (2) inside the corral in front of the first row from the ring if there is such  a corral; or (3) on the apron of the ring with headsets to listen to commentary; and CSI/FIGHT SPORTS  shall have the right to buy up to 25 ringside tickets at face value within rows 1-3  from the ring before they go to sale to the public. All other tickets to be mutually agreed within rows 1-10 from the ring.

5.    Mutual Resolution:  Upon execution, the settlement agreement will constitute a full and final resolution of all claims between CSI/FIGHT SPORTS, EverWonder, and Netflix relating to this Event and the terms hereof shall be mutually kept strictly confidential; and the parties shall further not-disparage each other.

6.    It is agreed between the Parties that Everwonder will not film behind the scenes or any Floyd Mayweather filming at exclusive events of the Mayweather v. Mike Tyson bout without prior written consent from CSI.  EverWonder and CSI to work in good faith to discuss any potential overlap filming that may occur while CSI is filming to ensure both parties capture what they require.

7.    This agreement is subject to revised CSI and Floyd Mayweather agreements, signed by Floyd Mayweather, which are currently being resolved and must be signed by no

later than February 23rd for this Agreement to be valid; notice to be provided by CSI or Andrew Ruf of Paradigm, upon receiving signature.

8.    EverWonder and Players Era, LLC, represent and warrant that Players Era, LLC, assigned all right and interest in and to any agreements between it and Frist Apex Ventures, LLC, and Floyd Mayweather, Jr., that relate in any way to the Event to EverWonder.

**CSI SPORTS EVENTS, LLC**

2/23/26

By: Richard Mielle
Its: Authorized Signatory

**89 Blocks Holdings, LLC**

By: Ian Orefice
Its: Authorized Signatory

**Players Era, LLC**

By: Ian Orefice
Its: Authorized Signatory