# EXHIBIT 16

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA78F29C01C

# FIRST AMENDMENT TO AGREEMENT

## ("Boxing Match")

This First Amendment to Agreement (this "Amendment") is made and entered into as of February 22, 2026 (the "Amendment Effective Date"), by and between CSI Sports Events, LLC, a Delaware limited liability company ("CSI"), and Frist Apex Ventures LLC, a Florida limited liability company ("Frist"). CSI and Frist are sometimes referred to herein individually as a "Party" and collectively as the "Parties."

## RECITALS

A. The Parties entered into that certain Agreement, dated August 10, 2025, entitled "Agreement (Boxing Match)" (the "Agreement")

B. The Parties desire to amend certain provisions of the Agreement as set forth below.

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

## 1. Definitions; Incorporation

Capitalized terms used but not otherwise defined in this Amendment shall have the meanings ascribed to them in the Agreement. The Agreement is hereby amended only as expressly set forth herein.

## 2. Amendment –

### 2.1 Superseding Effect

This Amendment supersedes and replaces any inconsistent provisions in the Agreement, and any other sections of the Agreement solely with respect to what is stated herein. All other provisions of the Agreement remain unchanged.

For the avoidance of doubt, each of the parties hereto hereby agree that the Inducement Letter originally attached to the Agreement is hereby amended to conform to and be consistent with the Agreement as amended by this Amendment.

## 3. Event Date

The event date may occur at any time up to and including May 31, 2026.

## 4. Advance Payments and Milestones

Frist shall receive the following advance payments:

4928-6953-1524 v.3
4936-5442-0624 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

- $150,000 – after medicals to be completed no later than March 3, 2026
- $150,000 – after the Press release announcing FM is released re: multi-fight deal with CSI (so long as FM tweets it Monday, February 23, 2026 by 10am PST through his social media accounts [Instagram, X, etc.] ) that he is unretiring after MT fight and his next fight is exclusively with CSI (Press Release previously and already approved and attached hereto as Exhibit A; any ) to be released no later than February 20, 2026 at EST
- $100,000 for each Press conference, the Parties hereby agree that there will be a minimum of three (3) press conferences (US$300,000 total compensation for press conferences)
- $100,000 upon arrival in a foreign country if the fight is held outside USA, or the location in the U.S.A. if the fight is held inside the USA
- $100,000 for weigh-in and open workout prior to the fight
- $100,000 at the beginning of starting to film Living with the Legends
- $100,000 collectively for tweeting a total of 10 messages ($10K each tweet x 10) given by CSI related to the fight e.g. announcements etc.; Starting with the first tweet, Tweeting a Press Release by CSI (on March 3rd or later at CSI's discretion) that CSI signed FM's Next fight After a Pacquiao

Each of the Parties hereby agrees that Mayweather Promotions will still be branded and featured as set forth in the Agreement; provided, however, there shall be no other additional compensation for being referred to as a "Promoter" or "Promotions" or providing any other services under the Agreement. If CSI allows Frist, and/or Floyd Mayweather ("FM" and/or Participant) to announce FM vs Manny Pacquiao2 (MP) then (subject to CSI and Everwonder working in good faith and agreeing to permit publicity on FM v MP2, and pre-Tyson filming which is actively happening) FM will not participate in any promotions nor marketing, not send any messages out in social media, related to that fight except for the announcement of FM v MP2, in a Press Release; furthermore if CSI allows, in a signed document by CSI, FM to Participate in fighting MP as the next fight after the Tyson fight, FM will not allow any filming by any other company related to the FM vs Manny Pacquiao (unless approved in writing by CSI) fight prior to the Tyson event taking place.

## 5. Buyout Confirmation

The transaction described in the Agreement remains a buyout regardless of where the event actually takes place in the world (which remains subject to CSI's sole discretion as per the Agreement) and that there shall be no additional compensation if the fight is hosted either inside or outside the U.S.A.

## 6. Ratification

Except as expressly amended hereby, the Agreement is hereby ratified, confirmed, and shall remain in full force and effect.

4928-6953-1524 v.3
4936-5442-0624 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

## 7. Time is of the Essence

Time is of the essence with respect to all obligations of Frist and/or Floyd Mayweather ("FM" and/or "Participant") under the Agreement and this Amendment, and each failure to timely perform any obligation under the Amendment or Agreement shall constitute a material breach, and CSI will be caused irreparable harm, and CSI, in addition to any other rights or remedies available at law or in equity, will not make, nor be obligated to make any payments under this Agreement and Amendment; payments under this agreement and amendment may be paid directly to FM and be deemed satisfaction of payments to Frist; no oral modification, amendment, waiver, or consent has occurred or shall be effective with respect to the Agreement, or this Amendment, unless set forth in a written instrument executed by the required parties; and FM hereby acknowledges, agrees, and confirms that the Inducement Letter is amended and ratified to conform to the Agreement as amended hereby, and FM shall execute this Amendment as a condition to their effectiveness and shall remain personally bound by the Inducement Letter as so amended.

## 8. Rep and Warrant No Other Fight Discussions or Announcements

Frist and FM hereby jointly and severally represent and warrant that neither Frist nor FM, nor any of their respective representatives, agents, or affiliates, are directly or indirectly engaged in any discussions, negotiations, or understandings (whether written or oral) for FM to participate in any exhibition or professional boxing match other than the discussions contemplated by, and the bouts contracted for, with CSI (except if such permission is signed by CSI allowing such). Frist and FM further covenant and agree that FM shall not make, authorize, or permit any public or private announcement, statement, or disclosure relating to FM's participation in any boxing match, exhibition, or return to boxing or any statement relating to boxing (except if such permission is signed by CSI allowing such). At no time will Frist, and/or Floyd Mayweather make any public announcement that contradicts or attempts to disprove any of their obligations or agreements set forth within this Agreement and Amendment, or any other agreements between these Parties. Any breach of this provision shall cause CSI irreparable harm and constitute a material breach of the Agreement, and the Inducement Letter as amended by this Amendment.

## 9. Governing Law; Jurisdiction

This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

## 10. Counterparts; Electronic Signatures

This Amendment may be executed in counterparts, each of which shall be deemed an original, and signatures delivered electronically (PDF, TIFF, or similar) shall be deemed effective.

IF CSI DOES NOT SIGN AN AGREEMENT WITH EVERWONDER REGARDING A GRANT OF RIGHTS TO MAYWEATHER VS PACQUIAO 2 ON OR BEFORE END OF DAY FEBRUARY 22, 2026, THEN CSI HAS THE OPTION TO TERMINATE ANY RIGHTS AND

4928-6953-1524 v.3
4936-5442-0924 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

REFERENCE TO FM V MP2 IN THIS AMENDMENT, HOWEVER ALL OTHER TERMS SHALL REMAIN.

*[SIGNATURE PAGE FOLLOWS]*

4928-6953-1524 v.3
4936-5442-0624 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

**IN WITNESS WHEREOF,** the parties hereto, intending to be legally bound, have executed this First Amendment to Agreement as of the date first written above.

**CSI SPORTS EVENTS, LLC**

By: _____

Name: Richard Miele

Title: Authorized Signatory

Date: ___2·22·26___

**FRIST APEX VENTURES LLC**

By: _____

Name: Ayal Frist

Title: Authorized Signatory

Date: ___2/22/2026___

**ACKNOWLEDGED AND AGREED:**

**FLOYD MAYWEATHER**

Date: _____ 2/22/2026

4928-6953-1524 v.3
4936-5442-0624 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

EXHIBIT A

**APPROVED RELEASE BELOW**

*[For Immediate Release]*

**BOXING GREAT FLOYD MAYWEATHER COMING OUT OF RETIREMENT AFTER MIKE TYSON EXHIBITION, SIGNS EXCLUSIVE DEAL WITH CSI SPORTS™/FIGHT SPORTS®**

*One of the World's Most Renowned Athletes, the Undefeated Global Star Set for His Return to Professional Boxing Following the Upcoming Exhibition versus Mike Tyson*

NEW YORK (February 19, 2026)—In a blockbuster development, global superstar and undefeated 50-0 boxing legend Floyd "Money" Mayweather has officially announced that he is coming out of retirement after his Spring 2026 Mike Tyson exhibition and has signed an exclusive agreement with CSI Sports™/FIGHT SPORTS® to resume his professional boxing career.

The move marks one of the most anticipated comebacks in recent memory. Mayweather will first step back into the global spotlight in a special exhibition in Spring 2026 against fellow icon Tyson, as previously announced. Following that matchup, Mayweather will resume his professional career under the CSI Sports™/FIGHT SPORTS® banner, with his first official bout slated for Summer 2026 against an opponent to be announced. His last professional bout was in 2017 versus UFC global star Conor McGregor.

"I still have what it takes to set more records in the sport of boxing - from my upcoming Mike Tyson event to my next professional fight afterwards - no one will generate a bigger gate, have a larger global broadcast audience and generate more money with each event – than my events. And I plan to keep doing it with my global media partner, CSI Sports™/FIGHT SPORTS®," said Mayweather.

"Signing Floyd Mayweather to un-retire after he captures another world-wide audience with his Mike Tyson match-up, highlights our commitment to providing our global audience with the most high-profile fighters in the sport. Floyd will once again continue to dominate boxing with the biggest audience and highest gross events of all time, and we are proud and privileged to be able to do with our global team at CSI Sports™/FIGHT SPORTS®. We look forward to even more announcements that will excite fans and continue to build the sport in 2026!" said Richard and Craig Miele, co-founders of CSI Sports™/FIGHT SPORTS®.

4928-6953-1524 v.3
4936-5442-0624 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

In a professional boxing career that spanned three decades, Mayweather is known for his impeccable defensive skills, speed and strategic ring generalship. He has expertly managed a remarkable career, amassing an unblemished and unmatched record of 50 wins, no losses while taking on and decisively beating the very best of the era. He is responsible for all three of the highest grossing boxing events in history—vs. Manny Pacquiao, vs. Conor McGregor and vs. Canelo Alvarez—and has earned well over $1B in professional prize fighting alone. Mayweather has remained a prominent figure in the sport even after his official retirement with his unmatched and unprecedented record of 50 wins, no losses.

CSI Sports™/FIGHT SPORTS® exclusive deal with Mayweather positions the company at the forefront of major global sports events, reinforcing its commitment to delivering marquee events and historic matchups to fans worldwide.

Additional details, including event dates, broadcast information, and the professional opponent for Mayweather's first sanctioned return will be announced in the coming weeks.

#    #    #

### ABOUT CSI SPORTS™

*Richard and Craig Miele founded CSI SPORTS™ in 1997 and have grown from creating, producing and distributing live championship boxing events in the U.S., into a leading global multimedia business controlling rights to boxing's biggest global events including the highest grossing pay-per-view events of all time. In 2012, CSI SPORTS launched FIGHT SPORTS®, the fastest growing 24/7 sports network worldwide. CSI SPORTS™ controls global rights to HBO World Championship Boxing events and is also the exclusive owner of the iconic USA Tuesday Night Fights® series, acquired from Comcast/NBC Universal and including thousands of hours of content featuring boxing legends Floyd Mayweather, Mike Tyson, Oscar De La Hoya, and many more.*

*The FIGHT SPORTS® network reaches over 190 countries with U.S. distribution through the FIGHT SPORTS® branded block in over 80M households. The FIGHT SPORTS® linear channel currently reaches 60+ countries globally. Over the past two decades, CSI SPORTS' rights to the biggest pay-per-view events in history - including Mayweather vs. Pacquiao, Mayweather vs. De La Hoya, Tyson vs. Lewis, and many others - have generated billions of dollars in PPV revenue.*

In 2026, CSI SPORTS will debut new technology set to revolutionize and forever enhance the sport and the viewing experience for audiences worldwide.

4928-6953-1524 v.3
4936-5442-0624 v.1

Docusign Envelope ID: 8FA8A27F-CA5D-406C-9C73-ECA7BF29C01C

CONTACT:

Chris DeBlasio

CSI SPORTS / FIGHT SPORTS

Email: cdeblasio@csisports.tv

Phone: 917.445.7467


Chris DeBlasio

Head of Global Communications

CSI Sports

e: cdeblasio@csisports.tv

m: 917.445.7467

4928-6953-1524 v.3
4936-5442-0624 v.1