# EXHIBIT 17

7:34   ● 5G .ıll 45

←  **Walter Jordon** 🎥 📞 ⋮

Floyd Mayweather
First Apex Ventures LLC
February 22, 2026

Via Email

CSI Sports
c/o Richard Miele

Re: Letter of Direction – Payment Instructions

Dear Mr. Miele,

This letter shall serve as formal notice and direction that, moving forward, any and all payments due from CSI Sports to Floyd Mayweather shall be remitted pursuant to the wire instructions provided below.

Effective immediately, all such payments shall be sent to the following account:

Bank Name: Wells Fargo Bank
Account Name: Mayweather Promotions LLC
Account Number: ████5163
Routing Number (Domestic): ████0 248
SWIFT Code (International): ████JS6S
Bank Address:
3753 Howard Hughes Pkwy
Las Vegas, NV 89169
United States

Kindly ensure that all future payments are directed in accordance with these instructions unless otherwise notified in writing.

Should you have any questions or require further documentation, please do not hesitate to contact us.

Sincerely,

Ayal Frist
Authorize Required - Signature Applied
First Apex Ventures LLC

Floyd Mayweather
Authorized Signatory
Mayweather Promotions LLC

11:38 PM

**February 24, 2026**

Just FYI Champ will make a post for an exhibition scheduled in June in Greece. Will be after Tyson warm up PacMan            11:35 PM

**February 25, 2026**

Can you please hold until we speak?            7:39 AM ✓✓

That's a problem. Please hold.

😊 | Message            📎    📷    🎤