# EXHIBIT 20

 # Floyd Mayweather

7,862 posts

**Posts**          Replies          Media

 **Floyd Mayweather** ✔ @Flo... ·03 Mar Ø ⋮
2026 is already shaping up to be an exciting year for me...

(((Europe)))...
I'm on the way to entertain!!

Athens, Greece... Get Ready
For An All Out Exhibition.

This summer will be a legendary battle 🔥 🔥 🔥

June is the month where
history will be made at the Telekom Center.
Show more



← Post



12:54 AM · 03 Mar 26 · **171K** Views

**215** Reposts   **52** Quotes   **1,140** Likes

**71** Bookmarks

 

Post your reply