# EXHIBIT 21

**Letter Agreement**

March 17, 2026

Dear Messers. Floyd Mayweather, Jr and Keane Anis:

This letter agreement (this "Agreement") is entered into as of March 17, 2026 (the "Effective Date"), by and among CSI Entertainment Events, LLC and CSI Sports Events, LLC (collectively, "CSI"), on the one hand, and Front Row Entertainment a/k/a Front Row Fight Series ("FR"), and Floyd Mayweather, Jr: ("FM"), on the other hand. CSI, FR, and FM shall each be referred to herein as a "Party," and collectively as the "Parties".

**CSI will withdraw their Cease and Desist** letters (both in the USA and Greece) and acknowledges a June 27th, 2026 event in Athens, Greece featuring FM (the "Greece Event"), subject to the following conditions:

1. Following signatures, and *after* FM participates in the boxing match against Mike Tyson, *then* marketing and promotional activities by FR and FM (direct or indirect) related to the Greece Event/FM, will begin, *but not beforehand.* Greece event to take place June 27, 2026 and no later than September 1, 2026.

2. If the Greece Event is to be broadcast, then CSI/FIGHT SPORTS will produce and broadcast the Greece Event with no others at CSI's sole expense for that event. If the Parties additionally *decide to work together* on the Greece Event, they will negotiate in good faith for terms to make it successful for all Parties.

3. This Agreement shall remain in full force in effect on the condition that FM continues to comply with the other agreements between CSI and FM or his affiliates (e.g. fighting Mike Tyson before the Greece Event). CSI will be irreparably harmed by any breach of this Agreement; the Parties acknowledge that and hence will comply with this Agreement.

This Agreement will be governed by the laws of New York if CSI were to bring an action in New York and under Greek law if CSI were to bring an action in Greece; and the Parties all agree to submit to jurisdiction of the New York and Greek Courts, wherever an action may be brought.

If the foregoing terms are acceptable, please confirm your agreement to the same by executing below. This Agreement shall only become enforceable upon execution by all Parties.

**AGREED AND ACCEPTED:**

**CSI ENTERTAINMENT EVENTS, LLC**          **CSI SPORTS EVENTS, LLC**

By: _____          By: _____

Name: _____          Name: _____

Title: _____          Title: _____

Date: _____          Date: _____

**FRONT ROW ENTERTAINMENT**
**(A/K/A FRONT ROW FIGHT SERIES)**

By: _____          By:_____
                                      FLOYD MAYWEATHER, JR.
Name: _____

Title: _____

Date: _____

1

4903-4505-7176 v.1