# EXHIBIT 22



May 12, 2026

ATTN:
Floyd Mayweather
Brent Johnson
Walter Jordon
Ayal Frist
Jona Rechnitz
John Skipper
Mark Taffet

CC: Andrew Ruf

Gentlemen -

We write this letter in good faith, with the intention to hopefully resolve the below (*based on Agreements signed between Mayweather and CSI – and advances paid*):

1.  Related to Mayweather vs. Tyson, the August 10th, 2025 Agreement and February 22nd, 2026 Amendment:
Mike Tyson ("MT") broke his hand in March 2026. He is not fully recovered and as a result of this injury the fight will not happen on May 30, 2026. He is able to fight at a time within the next 6 months, so our agreement is tolled, and under our agreement, Floyd Mayweather ("FM") is not permitted to participate in any fights in the interim, until after the Tyson fight. We will come back to you on the rescheduled date and timing related to all other aspects of marketing/promotions etc. for the event.

2.  Related to Exclusive Rights to Mayweather's next fight AFTER TYSON; 1st right/match on following Fights afterwards; our November 6th, 2025 Agreement and February 20th, 2026 Amendment:
CSI has the exclusive rights to FM's immediate next fight after MT (*and 1st right/match on following Fights afterwards*). CSI granted a limited exception to fight Manny Pacquiao on September 19, 2026. However, FM breached these agreements as follows, and they are immediately affected as set forth below:

- Breach #1: FM had no right to accept, market or promote any fight other then the limited exception CSI granted/signed for the fight against Pacquiao. So, by announcing, marketing and pursuing the fight in Greece FM is in material breach of these Agreements (*This is a breach of the Tyson Agreement, Nov. 2025 agreement, and February Amendments*)
- Breach #2: CSI was due to be paid $2.5M within 60 days after signature of the Amendment as consideration for agreeing to the Amendment. This payment has not been made and therefore this another material breach of the Agreement.

*Additional Note Re: Greece: The Promoter in Greece just made serious untrue claims against CSI to our law firm in Athens, which we are immediately defending and furthermore we'll further enforce our existing Agreement related to our rights and that Event.*

As a result of above-mentioned material breaches, FM does not have the right to move forward with the Pacquiao fight nor the Greece fight without a joint resolution. The Settlement with Everwonder was subject to there being no breaches of the above agreements, and hence that agreement is also immediately affected accordingly.

The above sets forth the facts based on our agreements and the actions that have taken place.

We remain open to discussing an immediate potential solution, so all of us can plan accordingly.

Sincerely,

Richard Miele