# EXHIBIT 23

**SINGER**
**WEINSTEN WOLF & JONELIS LLP**
ATTORNEYS AT LAW
SUITE 2400
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE (310) 556-3501
FACSIMILE (310) 556-3615
www.SINGERLAW.com

MARTIN D. SINGER
BRIAN G. WOLF
LYNDA B. GOLDMAN
PAUL N. SORRELL
MICHAEL E. WEINSTEN
EVAN N. SPIEGEL
ALLISON S. HART
T. WAYNE HARMAN

DAVID B. JONELIS
MELISSA Y. GLASS △*
KELSEY J. LEEKER
CESIE C. ALVAREZ△
MILAGROS R. VILLALOBOS
MAX D. FABRICANT
ROYA M. HASSAS

△ ALSO ADMITTED IN NY
* ALSO ADMITTED IN TX

June 9, 2026

**Via E-Mail:** *rmiele@csisports.tv*
Richard Miele
CSI Entertainment Events, LLC

### Re:     Floyd Mayweather, Jr. / NOTICE OF TERMINATION

Richard:

Consistent with and in furtherance of my correspondence from last week, and given that my client's repeated efforts to facilitate a resolution proved to be fruitless, this letter shall serve as formal notice that my client, Floyd Mayweather, Jr., hereby terminates his business relationship with CSI Entertainment Events, LLC ("CSI") and its affiliates, effective immediately. This termination renders any and all contracts (written or otherwise) between Mr. Mayweather and CSI void.

While CSI should already be well-aware of the grounds for Mr. Mayweather's termination, this email shall confirm that those grounds include, inter alia, lack of consideration, failure of consideration, fraud in the inducement, CSI's failure to perform its own obligations, CSI's unclean hands, and violation of well-settled New York law preventing restraint of trade (including specifically New York General Business Law § 340 et seq.).

I would further note for the record that, prior to this termination, my client remained ready willing and able to engage in an exhibition fight with Mike Tyson, as contemplated under the subject agreements between CSI and Frist Apex Ventures.  Likewise, we understand that, notwithstanding the purported excuses communicated by CSI, Mr. Tyson was himself admittedly ready willing and able to engage in the contemplated fight with my client – as evidenced by Mr. Tyson's own public statement back in March that he had only incurred "a little sprain" and the subsequent published photos and video of him in Thailand without any indication of an injury. However, due to CSI's unlawful attempt to prevent Mr. Mayweather from practicing his trade in connection with other fights on other dates, CSI has ironically prevented the Tyson fight from taking place as contemplated.  Accordingly, to the extent that CSI has now been deprived of the potential revenue that could have come from the Tyson fight, such is of CSI's own doing.  Had it not unreasonably sought to enjoin my client's other fights, CSI would still have enjoyed the financial fruits of the Tyson fight.

All rights reserved.

Sincerely,

*[signature]*

DAVID B. JONELIS