UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                         :
CSI ENTERTAINMENT, LLC, et al.,          :
                         :
                 Plaintiffs,    :
                         :            26-CV-5150 (VSB)
       -against-                 :
                         :                  **ORDER**
FLOYD MAYWEATHER JR. and       :
FRIST APEX VENTURES LLC,        :
                         :
               Defendants.   :
                         :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 20, 2026, Judge P. Kevin Castel issued an order pursuant to his Part I responsibilities scheduling a hearing on Plaintiffs' temporary restraining order ("TRO") on Monday, June 22, 2026 at 2:00 p.m. ET, "unless a judge is assigned to the action and wishes to proceed otherwise." (Doc. 13.)  As the Judge assigned to this action, I hereby reschedule the hearing until Wednesday, June 24, 2026 at 3:00 p.m. ET.  The hearing shall be held telephonically.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.  Copies of this order and all other filings in this matter should be transmitted via email to Defendants and Defendants' counsel.

SO ORDERED.
Dated:        June 22, 2026
               New York, New York

                                    Vernon S. Broderick
                                    United States District Judge