UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

*Plaintiffs*,

– against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

*Defendants*.

--------------------------------------------------------------X

CASE NO. 1:26-CV-05150 (VSB)

**DECLARATION OF WALTER JORDAN IN SUPPORT OF SPECIALLY APPEARING DEFENDANT FLOYD MAYWEATHER, JR.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

I, Walter Jordan, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of the facts set forth herein, except for those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to those facts set forth herein.

2.      I am Specially Appearing Defendant Floyd Mayweather's business manager and have served in that capacity since February 2026. I submit this Declaration in support of his Opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order.

3.      In my role as Mr. Mayweather's business manager, I am familiar with the negotiations, agreements and communications relating to Mr. Mayweather's boxing and exhibition events.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Letter of Authority executed by Mr. Mayweather confirming that he entered into an agreement with Front Row Fight Series on May 15, 2025, relating to Mr. Mayweather's exhibition bout against Kostas Zambidis in Greece (the "Zambidis Agreement").

5.      The Zambidis Agreement was negotiated and executed before the disputes that are the subject of this action arose. I am informed and believe that, at all relevant times, Mr.

1

Mayweather intended to honor his obligations under that agreement. Once I joined his team, I acted in accordance with his instructions to honor this agreement.

6.    In August 2025, CSI executed an agreement with Frist Apex for a proposed fight between Mr. Mayweather and Mike Tyson ("Tyson"). I am informed and believe that, before CSI and Frist Apex later entered into an agreement concerning a proposed fight between Mr. Mayweather and Manny Pacquiao ("Pacquiao") in November 2025, Frist Apex and/or persons acting through Frist Apex had already been involved in negotiations, payment arrangements, or asserted rights with Players Era, LLC dba EverWonder Studios ("EverWonder") concerning the same proposed Mayweather-Pacquiao event. Those arrangements contemplated that EverWonder, in cooperation with Netflix, would produce and exploit the Mayweather-Pacquiao event. Based on my review to date, I am not aware of any funds received by Frist Apex from CSI in connection with the November 2025 arrangements being transferred directly to Mr. Mayweather or Mayweather Promotions. CSI's August 2025 agreement for the Mayweather-Tyson fight and purported November 2025 agreement for the Mayweather-Pacquiao fight are referred to collectively herein as the "CSI agreements."

7.    At the time the CSI agreements were negotiated and executed, Mr. Mayweather's business affairs relating to these proposed events were being handled by Jona Rechnitz ("Rechnitz") and Defendant Frist Apex Ventures LLC ("Frist Apex"). Mr. Mayweather did not personally negotiate the CSI agreements and was not aware of all the agreements and representations being made by Rechnitz and Frist Apex concerning rights to a potential Mayweather-Pacquiao event.

8.    The CSI agreements were suspect from the outset because they were out of line with the price commanded by Mr. Mayweather as one of the most accomplished and skilled boxers of his generation.

9.    It is my understanding that the EverWonder agreements were not terminated when CSI and Frist Apex signed the purported agreement for the Mayweather-Pacquiao fight. I am informed and believe that EverWonder was performing its contractual obligations during this time.

2

10.     During the relevant period, I communicated with representatives of CSI and others concerning the proposed Mayweather-Tyson event ("Tyson event").

11.     Under the August 2025 CSI-Frist Apex agreement, the Tyson event was initially contemplated to occur on or before April 25, 2026. The agreement provided for an extension of the deadline for the Tyson event to June 30, 2026 if certain conditions were met. Those conditions were not satisfied, leaving in place the April 25, 2026 deadline for the Tyson event.

12.     The agreement also granted Mr. Mayweather the right to participate in one professional boxing match (not against Tyson) prior to the Tyson event.

13.     In February 2026, CSI and Frist Apex signed an amendment extending the deadline for the Tyson event to May 31, 2026.

14.     On March 11, 2026, Tyson appeared on The Ariel Helwani Show with a cast on his right hand. When the host asked Tyson if his hand was broken, Tyson said no and referred to it as "just a sprain." He also expressed his belief that his fight against Mayweather was proceeding, as previously announced, on April 25, 2026.

15.     As that date approached, CSI had not secured a finalized venue for the event and was not prepared to proceed. The event did not take place by April 25, 2026.

16.     Thereafter, in late May 2026, CSI represented that the Tyson event would be postponed and rescheduled, claiming for the first time that the injury Tyson referred to as "just a sprain" in March was, in fact, a broken hand. Despite ongoing discussions, CSI still did not provide Mr. Mayweather or his team with a finalized venue and definitive event plan.

17.     The May 31 deadline also passed without the Tyson event taking place.

18.     During this period, Mr. Mayweather never refused to participate in the Tyson event and remained prepared to perform his obligations if CSI succeeded in organizing and staging the event.

19.     Based on my involvement in the matter, CSI never reached a point where it was fully prepared to proceed with the Tyson event, including securing the necessary venue and finalizing the event logistics.

3

20.    As a result of CSI's repeated postponements and inability to move the event forward, substantial uncertainty arose regarding whether and when the Tyson event would ever occur. At present there is no confirmed date or venue for the Tyson event.

21.    Had the Tyson event proceeded within the timeframes contemplated by the parties, the issues CSI now raises concerning the Zambidis exhibition would not have arisen.

22.    As of earlier this month, the Mayweather-Pacquiao fight is no longer confirmed for September 25, 2026. CSI opposed Netflix's efforts to go forward with the Mayweather-Pacquiao fight on September 25, despite having signed an agreement in February 2026 that permitted EverWonder to proceed with the fight in exchange for certain branding benefits and monetary consideration for CSI. That February 2026 agreement contemplated the Mayweather-Tyson event would occur before the Mayweather-Pacquiao fight, consistent with the CSI agreements extending the deadline for the Mayweather-Tyson fight to occur from April 25 to May 31, 2026. However, when CSI took the position in late May that Tyson's hand was broken and announced the Tyson event's postponement to the fall of 2026 due to his injury, CSI insisted that Netflix and EverWonder push the Mayweather-Pacquiao fight to a later date so the Tyson event could take place first. In fact, CSI insisted the Mayweather-Tyson event occur on September 26. EverWonder and Mayweather did not agree to postponing the Mayweather-Pacquiao fight and proposed the Tyson event occur after the Mayweather-Pacquiao fight scheduled for September 25. CSI rejected this proposal. As a direct result of CSI's repeated threats of litigation and refusal to participate in efforts to resolve the dispute in good faith, Netflix withdrew from negotiations and terminated its agreement with EverWonder relating to the Mayweather-Pacquiao fight in early June.

23.    Mr. Mayweather has already traveled to Greece for Saturday's fight against Zambidis and is currently in Athens.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2026 at Laurel, Maryland.

Walter Jordan