# EXHIBIT A

# LETTER OF AUTHORITY

To Whom It May Concern:

I, Floyd Mayweather Jr., hereby confirm and authorize Front Row Fight Series, together with Keane Anis, to act as my authorized representatives for the limited purpose of organizing, negotiating, promoting, and coordinating a proposed boxing event between Floyd Mayweather Jr. and Mike Zambidis to take place in Athens, Greece.

This Letter of Authority confirms that Front Row Fight Series has entered into an agreement with Floyd Mayweather Jr. and Mike Zambidis dated May 15, 2025, relating to the proposed bout. This letter evidences Front Row Fight Series' authority to continue discussions and arrangements necessary to develop and stage the event, including communications with venues, sponsors, broadcasters, local organizers, athletic or governmental authorities, vendors, and other necessary third parties.

Keane Anis, in his capacity as TMT Europe / Africa Head, is authorized to negotiate, coordinate, promote, and assist in the development of the event on behalf of Mr. Mayweather and in cooperation with Front Row Fight Series. This authority includes conducting discussions, coordinating event logistics, participating in promotional planning, and assisting with reasonable commercial negotiations necessary to advance the event.

All rights granted under this Letter of Authority are limited to the proposed Floyd Mayweather Jr. vs. Mike Zambidis bout in Athens, Greece. Nothing in this letter grants any party the right to bind Mr. Mayweather to any financial obligation, transfer or assign his name, image, likeness, intellectual property, or publicity rights, or enter into any final binding event agreement on his behalf unless separately approved in writing and signed by Mr. Mayweather or his authorized representative.

Front Row Fight Series and Keane Anis are authorized to represent to third parties that they have Mr. Mayweather's authority to develop and promote the proposed event, subject to final documentation, applicable approvals, and Mr. Mayweather's continuing approval of material terms. All announcements, public statements, use of Mr. Mayweather's name or likeness, and promotional materials shall remain subject to Mr. Mayweather's prior approval.

This Letter of Authority shall remain effective for the purpose stated above unless withdrawn in writing by Mr. Mayweather or superseded by a definitive written agreement.

Signed,

Floyd Mayweather Jr.

_____

Date: \_\_\_\_5/15/2025_____

Acknowledged by Front Row Fight Series:

By: _____

Name: _____

Title: _____

Date: _____