UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

<em>Plaintiffs</em>,

– against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

<em>Defendants</em>.
---------------------------------------------------------------X

CASE NO. 1:26-CV-05150 (VSB)

**DECLARATION OF CESIE C. ALVAREZ IN SUPPORT OF SPECIALLY APPEARING DEFENDANT FLOYD MAYWEATHER, JR.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

I, Cesie C. Alvarez, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of the facts set forth herein, except for those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to those facts set forth herein.

2.      I am an attorney licensed to practice law in the State of New York. I am an associate at the law firm Singer Weinsten Wolf & Jonelis LLP, counsel of record for Specially Appearing Defendant Floyd Mayweather, Jr. ("Defendant") in the above-captioned action. I submit this Declaration in support of his Opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Verified Complaint filed in the matter of *Mayweather, et al. v. Rechnitz, et al.*, Index No. 156603/2026, pending in the Supreme Court of the State of New York, County of New York.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a transcript I prepared of an excerpt from Mike Tyson's appearance on the March 11, 2026 episode of *The Ariel Helwani Show*. The excerpt corresponds to approximately 35:50 through 38:09 of the publicly available full video of the episode located at https://www.youtube.com/watch?v=IQlchbBAEo0. In the video

1

excerpt, the interviewer, Ariel Helwani, asks about Mr. Tyson's injury. Mr. Helwani states, "By the way, I noticed your hand is in a cast. What happened? . . . Is it a broken hand? You're going too hard?" Mr. Tyson responds, "Just a little… just a little sprain." Mr. Helwani also states, "We do know that you were in talks to fight Floyd on April 25. Can you give us a status update on that? . . . Is it still happening on April 25?" Mr. Tyson responds, "I believe so."

5.       Attached hereto as **Exhibit D** is a true and correct copy of a May 21, 202 article by James Hicken for Sports Illustrated entitled "*Mike Tyson vs. Floyd Mayweather Exhibition Postponed Due to Injury*." I created a PDF of the article, which is available on the Sports Illustrated website at https://www.si.com/fannation/boxing/mike-tyson-vs-floyd-mayweather-exhibition-postponed-due-to-injury.

6.       Attached as **Exhibit E** is a true and correct copy of the July 1, 2024 Order by the California Court of Appeal, Fourth District, Division 3 in *Paradigm Sports Mgmt., LLC v. Pacquiao*, Case No. 30-2021-01207553.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2026 at Los Angeles, California.

Cesie C. Alvarez

2