# EXHIBIT C

**Ariel Helwani :** [35:50:00] By the way, I noticed your hand is in a cast. What happened?

**Mike Tyson:** Excuse me? Training. I

**Ariel Helwani :** no-

**Mike Tyson:** Punching stuff.

**Ariel Helwani :** Okay. Uh, so w- what is it? Is it a broken hand? You're going too hard?

**Mike Tyson:** Like, it's a little, you know, it's a little sprain. I gotta go hard. That's the only way, way I know how to go.

**Ariel Helwani :** I know, I know. We've seen you do it.

Uh, we, we do know that you're, y- you were in talks to fight Floyd on April 25th. Can you give us a... a status update on that?

**Mike Tyson:** Hey, listen, um, that's something I signed for already. It's already going down. It's gonna be going down in, um, Africa.

**Ariel Helwani :** Is it still happening on April 25th?

**Mike Tyson:** I believe so.

**Ariel Helwani :** Okay. So, so this, uh, this small injury is not gonna preclude it from happening?

**Mike Tyson:** Well, we'll see.

**Ariel Helwani :** Okay. What weight will it be at?

**Mike Tyson:** Um, it's just free fighting, catch weight, everything.

**Ariel Helwani :** Okay. How many rounds? [36:50:00]

**Mike Tyson:** Eight, I believe.

**Ariel Helwani :** Does this interest you, like, in, in, in, in the kind of way that the, uh, the Jake Paul fight interested you?

Like, to fight a guy like Floyd, obviously, with a-

**Mike Tyson:** This, it, it's gonna be pretty interesting. I'm looking forward to it, yes.

**Ariel Helwani :** Yes, and especially in a, in a setting like that, right? I think you were over there and, and got to meet the people that

**Mike Tyson:** are- Yeah, I was over there, and it's gonna be in the same ring that Muhammad Ali and George Foreman was in.

**Ariel Helwani :** The exact same? They kept it?

**Mike Tyson:** Yeah. Yes, yes.

**Ariel Helwani :** Holy smokes. From, like, 1974, right?

**Mike Tyson:** Yes, yes.

**Ariel Helwani :** So it's the Rumble in the Jungle part two.

**Mike Tyson:** Yes.

**Ariel Helwani :** Amazing. The Mike Tyson Invi- So as of right now, the- ...

**Mike Tyson:** invitation. Mike Tyson invitation is really what's going down right now. That's really what's happening tomorrow, and that's- I feel you

what we gonna do. Yeah.

**Ariel Helwani :** Okay, okay. Uh, totally understand. Now, is this gonna be a yearly thing, the, the MTI?

**Mike Tyson:** Well, listen, I would like for it to be, um... I used to fight every week. We'd f- from Cassie, we'd go to the Bronx and fight every week. I like it to be as often as possible. One year is just too long. [37:50:00]

**Ariel Helwani :** Yeah.

But every week might be a little bit too much, right?

**Mike Tyson:** Maybe every month or something.

**Ariel Helwani :** Okay, every month. I love that. You don't think that's, uh, that's too ambitious? You guys are ready for that?

**Mike Tyson:** Yeah, well, we'll get there. We will get there. You're right. We will get there.

**Ariel Helwani :** Okay. And, uh, just curious, what-