# EXHIBIT D

https://www.si.com/fannation/boxing/mike-tyson-vs-floyd-mayweather-exhibition-postponed-due-to-injury

SI.COM   ON SI   SI SWIMSUIT   SI TICKETS   SI RESORTS   SI SHOPS   MY ACCOUNT   SUBSCRIBE NOW



BOXING   SI.COM   ⋯

# Mike Tyson vs Floyd Mayweather Exhibition Postponed Due to Injury

The pair were initially scheduled to have an exhibition fight in the spring which has now been delayed

**James Hicken** | May 21, 2026

  

G Add us as a preferred source



Mike Tyson | IMAGO / Cover-Images

SAMSUNG

Circle it, find it
Galaxy S26 Ultra

Circle to Search
with Google

Requires internet connection; results
may vary by uniqueness, clarity and
framing of circled image and related factors.
Google is a trademark of Google LLC.

## Related Articl



Floyd Ma
Announc
Return t



Ryan Ga
Put His 1
Past Beh



Floyd Ma
Facing N
Over Tys



Floyd Ma
Facing F
Over Lu



2026 SIERRA 1



The planned blockbuster exhibition between two of boxing's greatest operators, which was announced in September of last year, has now been postponed.

Since its inception in September 2025, the fight has never really been fully confirmed, constantly bouncing between dates, venues and broadcasters including a failed April 25 fight in the Democratic Republic of Congo. But a press release from CSI Sports yesterday confirmed that the fight has been rescheduled for the Fall of 2026 after Tyson broke his hand during training.

The press release stated that Tyson, who has been seen wearing a cast, is recovering smoothly and fully intends to honor his contract for the fight. The delay was described as a short postponement from the originally scheduled May 30 fight date, with both men contracted with CSI and Fight Sports to share the ring.



Mike Tyson taking on Jake Paul in their 2024 professional fight | IMAGO / Inpho Photography

## Tyson confirms the hand injury

If there were any suspicions over the legitimacy of Tyson's injury, all you need to do is look back to March when the former heavyweight champion acknowledged this injury in its infancy whilst talking to boxing and MMA reporter Ariel Helwani on the 'Ariel Helwani Show'.



"Training. Punching stuff," Tyson told Ariel Helwani. "It's just a little sprain. I've got to go hard. It's the only way I know how to go."

The last time we saw Tyson in the ring was in November 2024 for his controversial fight with Jake Paul, which ended in a unanimous decision in favor of Paul, as Tyson just couldn't move or close the distance in the explosive way that made him one of the most destructive fighters of all time. The then 58-year-old can be forgiven as it was his first professional fight in nearly 20 years.

Mike Tyson (black gloves) fights Jake Paul (silver gloves) | Kevin Jairaj-Imagn Images



Tyson has been more active than Mayweather recently, as the last time we saw the undefeated former champion was in June 2024 when he had an exhibition with John Gotti III. But it looks as though Mayweather will have a busy year as he is still under contract to fight another 'Iron Mike', taking on Mike Zambidis on June 27 in Greece.

There have been no further updates on Mayweather's scheduled mega-rematch with Manny Pacquiao, currently set for September 26 in Las Vegas, which would be Mayweather's first professional fight since beating Conor McGregor in 2017. But this new announcement about the exhibition with Tyson does throw some doubt over the already hotly debated fight.