UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                              Case No. 26-cv-5150 (VSB)

            *Plaintiffs*,

     – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

            *Defendants*.
------------------------------------------------------------X

**REPLY DECLARATION OF RICHARD MIELE IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY
<u>RESTRAINING ORDER</u>**

I, **RICHARD MIELE**, hereby declare under penalty of perjury as follows:

1.     I am the Co-CEO of Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs") in the above-captioned caption.

2.     I submit this Reply Declaration in further support of Plaintiffs' motion, pursuant to Fed. R. Civ. P. 65, seeking a Preliminary Injunction and Temporary Restraining Order ("TRO"), as set forth in Paragraph 3 of the Declaration of Judd Burstein, dated June 19, 2026.  Doc. No. 5.

3.     The purpose of this Declaration is to deal with certain material factual inaccuracies from Mayweather's opposition – which is all Plaintiffs can do under the time constraints.  All defined terms from Plaintiffs' prior submissions are adopted herein.

4.     **First**, Zambidis did not sign to fight Mayweather until January 12, 2026.  *See* Exhibit 1 hereto.  Defendants' claim that there was a contract for the Zambidis Fight back in May of 2025 is patently false, and I note that they did not submit this alleged contract to the Court.

2

5.      **Second**, Tyson was injured in March of 2026 – he fractured his hand, he did not sprain it – and Tyson could not fight Mayweather by May 30, 2026, as confirmed by his own doctor. *See* Exhibit 2 hereto.

6.      **Third**, Stephen Espinoza's sworn claim that Everwonder/Netflix had rights to a Mayweather-Pacquiao fight as of October 2025 is completely incorrect, as confirmed by Pacquiao's own manager. *See* communication from Pacquiao's manager which is annexed hereto as Exhibit 3.

7.      **Fourth**, the Tyson Fight was signed by CSI to proceed in the Congo on May 30, 2026. Neither the Tyson Fight nor the Pacquiao Fight will be held in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2026, in the State of New Jersey, Sussex County.

Signed by:

48D048F0C89D449...

RICHARD MIELE

2