# EXHIBIT 1

**Victor Weberman**

| | |
|---|---|
| **From:** | ████████ |
| **Sent:** | ████████████████████ |
| **To:** | ████████████ |
| **Cc:** | ████████ |
| **Subject:** | ████████████████████████████ |
| **Attachments:** | 20260424 original gr notice response  Zabidis Fouseki.pdf; 20260424 formal notice translation Zabidis.SoFine.docx |





**From:** Achilles Zafeiriou <az@manginas.gr>
**Sent:** Wednesday, June 24, 2026 11:18 AM
**To:** Richard Miele <rmiele@csisports.tv>; Dimosthenis Manginas <dimosthenis@manginas.gr>
**Subject:** Notice from Zambidis dated 22.04.26 Original and translated in english

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1

Dear Mr. Miele,
Reference to the subject please find the original of the Notice of Zambidis/Fousseki dated 22/04/2026 and a translation in English.

The date of his agreement with Mayweather (Epic Experience and Front Row Agreement) is 12/01/2026.

Kind regards,


Achilles Zafeiriou
Partner

Manginas Law Firm
Address:  Alexandras Av. 46, Athens 114 73
Tel: +30 210 8830123, Mobile: +30 6978892576
E-mail: az@manginas.gr


The information contained in this e-mail and the files attached thereto is attorney privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of any of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this message from your system.





## ANGELOS PATRONIS SPORTS LAW OFFICE

Pindarou 11 / 106 73 Athens / Greece / Tel.: +30 210 3642240, Fax : +30 210 3642244,

E-mail: patronis_law@hotmail.com

Ενώπιον παντός αρμοδίου

Δικαστηρίου και Αρχής

## ΕΞΩΔΙΚΗ ΔΗΛΩΣΗ - ΑΠΑΝΤΗΣΗ –

## ΔΙΑΜΑΡΤΥΡΙΑ - ΠΡΟΣΚΛΗΣΗ

1. Του **Μιχαήλ Ζαμπίδη** του Παντελή, κατοίκου Γλυφάδας Αττικής, οδός Λόντου αρ. 16 με ΑΦΜ 079743690.

2. Της ετερόρρυθμης εταιρείας με την επωνυμία «**Α. ΦΟΥΣΕΚΗ ΚΑΙ ΣΙΑ Ε.Ε**» που εδρεύει στην Αθήνα (Λεωφ. Συγγρού αρ. 2) και εκπροσωπείται νόμιμα, με ΑΦΜ 999313780.

## ΠΡΟΣ

Την Εταιρεία Περιορισμένης Ευθύνης με την επωνυμία «CSI Sports Event LLC» και τον διακριτικό τίτλο «CSI», που εδρεύει στις Ηνωμένες Πολιτείες Αμερικής, 1, Evertrust Plaza, Jersey City, New Jersey 07302, όπως νόμιμα εκπροσωπείται, και με δηλωθείσα διεύθυνση στην Ελλάδα στην Αθήνα, Λεωφόρος Αλεξάνδρας αρ. 46, 11473 Αθήνα, στη Δικηγορική Εταιρεία με την επωνυμία «ΜΑΓΓΙΝΑΣ Δικηγορική Εταιρεία», όπως νόμιμα εκπροσωπείται.

<u>Κοινοποίηση προς</u>: - Ολυμπιακό Αθλητικό Κέντρο Αθηνών «Σπύρος Λούης»

(ΟΑΚΑ)

- Ticketmaster Hellas

- TELEKOM CENTER ATHENS –Εταιρία White Veil-,

2

Σε απάντηση των από 09/02/2026, 12/03/2026 και λοιπών εξωδίκων δηλώσεων, προσκλήσεων και διαμαρτυριών σας, καθώς και κάθε συναφούς ενέργειάς, σας γνωρίζουμε τα ακόλουθα, επιφυλασσόμενοι παντός νομίμου δικαιώματός μας.

Ο πρώτος εξ ημών, Μιχαήλ Ζαμπίδης, αποτελεί επί δεκαετίες κορυφαίο επαγγελματία αθλητή διεθνούς εμβέλειας στον χώρο των μαχητικών αθλημάτων, με πολυετή συμμετοχή σε κορυφαίες διοργανώσεις (ενδεικτικά Κ-1), πολλαπλούς παγκόσμιους τίτλους και νίκες απέναντι σε διεθνώς αναγνωρισμένους αντιπάλους, ενώ τυγχάνει ευρέως αποδεκτός ως εμβληματική φυσιογνωμία στον χώρο των μαχητικών αθλημάτων στην Ελλάδα και το εξωτερικό. Η επαγγελματική του πορεία χαρακτηρίζεται από συνέπεια, αξιοπιστία και υψηλό κύρος, ενώ η δημόσια εικόνα και φήμη του αποτελούν αναπόσπαστο στοιχείο της επαγγελματικής του δραστηριότητας και εμπορικής του αξιοποίησης.

Παράλληλα, ο ανωτέρω έχει αναπτύξει και **θεσμική παρουσία στον χώρο του αθλητισμού**, καθώς έχει εκλεγεί και έχει αναλάβει καθήκοντα **Αντιπεριφερειάρχη Αθλητισμού στην Περιφέρεια Αττικής**, γεγονός που ενισχύει περαιτέρω την αξιοπιστία και το δημόσιο κύρος του.

Υπό τα ανωτέρω δεδομένα, **καθίσταται προδήλως αβάσιμη και προσβλητική κάθε απόπειρα παρουσίασής του ως δήθεν ενεργούντος άνευ νομικού ερείσματος ή κατά παράβαση συμβατικών δεσμεύσεων τρίτων.**

<u>**Σας γνωρίζουμε ότι**</u>, ο πρώτος εξ ημών, στο πλαίσιο συνεργασίας με την εταιρία EPIC EXPERIENCE LLC, προέβη **στη σύναψη της από 12/01/2026 έγγραφης συμφωνίας με την εταιρία FrontRowTMT LLC, ενεργούσα για λογαριασμό του αθλητή Floyd Jr. Mayweather**, με αντικείμενο τη διοργάνωση αγώνα επίδειξης μεταξύ των ανωτέρω αθλητών. Ο αγώνας επίδειξης <u>συμφωνήθηκε να διεξαχθεί στις 27/06/2026 στις εγκαταστάσεις του Ο.Α.Κ.Α. στην Αθήνα (TELEKOM CENTER)</u>. Σημειωτέον ότι, ο ως άνω εκπρόσωπος του Floyd J. Mayweather είχε **ρητή και πλήρη εξουσιοδότηση**

3

**προς τούτο, όπως προκύπτει από σχετική υπεύθυνη δήλωση του τελευταίου**, με την οποία του παρέχεται διαρκής εξουσία εκπροσώπησης για τη σύναψη και εκτέλεση της εν λόγω συμφωνίας.

Περαιτέρω, σε εκτέλεση της συμφωνίας, ο πρώτος και η δεύτερη εξ ημών έχουν ήδη προβεί σε **σημαντικές χρηματικές καταβολές**, καθώς και σε σειρά οργανωτικών, εμπορικών και προωθητικών ενεργειών για την υλοποίηση της διοργάνωσης, ενώ η συμφωνηθείσα εκδήλωση έτυχε **ήδη ευρείας δημοσιότητας** μέσω αναρτήσεων σε μέσα κοινωνικής δικτύωσης και λοιπά μέσα προβολής.

**Επειδή**, υπό τα ανωτέρω δεδομένα, η ως άνω συμφωνία <u>έχει ήδη ενεργοποιηθεί και εκτελείται</u>, καθότι ο πρώτος και η δεύτερη εξ ημών έχουν προβεί σε σημαντικές οικονομικές καταβολές και έχουν αναλάβει δεσμεύσεις έναντι τρίτων στο πλαίσιο της διοργάνωσης.

**Επειδή**, οι ισχυρισμοί που περιλαμβάνονται στις εξώδικες δηλώσεις σας, ότι ΔΗΘΕΝ ο πρώτος εξ ημών δεν έχει δικαίωμα συμμετοχής στον ως άνω αγώνα ένεκα ύπαρξης συμφωνίας αποκλειστικότητας με τρίτο πρόσωπο, ήτοι τον αθλητή Mike Tyson, <u>τυγχάνουν παντελώς αόριστοι, αβάσιμοι και μη αποδεικνυόμενοι</u>. Τούτο δε διότι, **ΟΥΔΕΠΟΤΕ** έχετε **κοινοποιήσει** στον πρώτο και στην δεύτερη εξ ημών **οποιοδήποτε έγγραφο από το οποίο να προκύπτει η ύπαρξη, το περιεχόμενο, το χρονικό εύρος ή το πεδίο εφαρμογής της επικαλούμενης συμφωνίας αποκλειστικότητας**. Ειδικότερα, δεν προκύπτει εάν τυχόν τέτοια συμφωνία καταλαμβάνει αγώνες επίδειξης, εάν βρίσκεται σε ισχύ κατά τον κρίσιμο χρόνο, ούτε ποια ακριβώς δικαιώματα φέρεται να παραβιάζονται.

**Επειδή**, σε κάθε δε περίπτωση, ακόμη και υπό την εκδοχή ότι υφίσταται τέτοια συμφωνία μεταξύ του Floyd J. Mayweather και τρίτων, **τυχόν δεσμεύσεις που απορρέουν εξ αυτής αφορούν αποκλειστικά τα συμβαλλόμενα σε αυτήν μέρη και ουδόλως δύνανται να αντιταχθούν έναντι**

4

τρίτων καλόπιστων αντισυμβαλλομένων, <u>όπως ο πρώτος και η δεύτερη εξ</u> <u>ημών, που συναλλάχθηκαν νομίμως,</u> βασιζόμενοι σε ρητή σύμβαση με τον **Floyd Jr. Mayweather** και την ομάδα του και ήδη έχουν προβεί σε σημαντικές οικονομικές και επιχειρηματικές δεσμεύσεις.

**Επειδή,** αντιθέτως, η συμπεριφορά σας, συνιστάμενη στην αποστολή αλλεπάλληλων εξωδίκων **όχι μόνο προς τον πρώτο και την δεύτερη εξ ημών αλλά και προς τρίτους εμπλεκόμενους φορείς** (ενδεικτικά Ο.Α.Κ.Α., συνεργαζόμενες εταιρίες και λοιπούς επαγγελματικούς φορείς), <u>χωρίς την</u> <u>ταυτόχρονη προσκόμιση οποιουδήποτε αποδεικτικού στοιχείου,</u> **έχει ως αποτέλεσμα τη δημιουργία σύγχυσης στην αγορά και την πρόκληση σοβαρής διαταραχής σε υφιστάμενες και υπό διαμόρφωση συνεργασίες**. Ειδικότερα, εξαιτίας των ενεργειών σας, δημιουργήθηκαν επιφυλάξεις εκ μέρους υποψηφίων χορηγών και συνεργατών, **ενώ επηρεάστηκε αρνητικά και η στάση του φορέα διεξαγωγής της εκδήλωσης (ΟΑΚΑ)**, με αποτέλεσμα <u>να</u> <u>τίθεται σε κίνδυνο η ομαλή εξέλιξη της διοργάνωσης</u>. Περαιτέρω, ο πρώτος εξ ημών αναγκάστηκε να προβεί σε <u>προσωπικές διαβεβαιώσεις και εγγυήσεις</u> <u>προς τρίτους</u>, προκειμένου **ν' αποκαταστήσει την αξιοπιστία της διοργάνωσης** και να περιορίσει τη ζημία που προκλήθηκε από τις ενέργειές σας.

**Επειδή** οι ανωτέρω ενέργειές σας συνιστούν, πέραν της προφανούς αοριστίας των ισχυρισμών σας, <u>**αθέμιτη παρέμβαση σε νόμιμη**</u> <u>**επιχειρηματική δραστηριότητα, καθώς και συμπεριφορά ικανή να**</u> <u>**προσβάλει την επαγγελματική φήμη και αξιοπιστία του πρώτου και της**</u> <u>**δεύτερης εξ ημών**</u>.

## ΓΙΑ ΤΟΥΣ ΛΟΓΟΥΣ ΑΥΤΟΥΣ

και με την επιφύλαξη παντός νόμιμου δικαιώματός μας,

**ΔΙΑΜΑΡΤΥΡΟΜΑΣΤΕ** εντονότατα για την ως άνω ΠΑΡΑΝΟΜΗ, ΑΒΑΣΙΜΗ ΚΑΙ ΚΑΤΑΧΡΗΣΤΙΚΗ ΣΥΜΠΕΡΙΦΟΡΑ ΣΑΣ, η οποία εκδηλώθηκε μέσω της αποστολής αλλεπάλληλων εξωδίκων δηλώσεων χωρίς

5

αποδεικτικό υπόβαθρο, με αποτέλεσμα τη διατάραξη της επιχειρηματικής δραστηριότητάς που συνδέεται με τη διοργάνωση και την πρόκληση σοβαρής βλάβης στην επαγγελματική φήμη και αξιοπιστία του πρώτου και της δεύτερης εξ ημών.

## ΣΑΣ ΚΑΛΟΥΜΕ

**Όπως εντός επτά (7) ημερών από την επίδοση της παρούσας:**

➢ Παύσετε αμέσως και εφεξής κάθε όχληση, παρέμβαση ή επικοινωνία προς τρίτους, με οποιοδήποτε μέσο, αναφορικά με τη διοργάνωση του συμφωνηθέντος αγώνα επίδειξης μεταξύ του πρώτου εξ ημών και του αθλητή Floyd Jr. Mayweather, προγραμματισμένου για τις 27/06/2026 στο Ολυμπιακό Αθλητικό Κέντρο Αθηνών (Ο.Α.Κ.Α. – TELEKOM CENTER).

➢ Απευθύνετε έγγραφη απολογητική επιστολή, με σαφή αναφορά περί εσφαλμένης ενημέρωσης/παρανόησης των πραγματικών περιστατικών, <u>προς όλους τους αποδέκτες των εξωδίκων σας και σε κάθε τρίτο στον οποίο κοινοποιήθηκαν οι ισχυρισμοί σας</u> (ενδεικτικά Ο.Α.Κ.Α., TELEKOM CENTER ATHENS –Εταιρία White Veil-, Ticketmaster και λοιπούς συνεργαζόμενους φορείς), κοινοποιώντας τα σχετικά έγγραφα και προς τον πρώτο και την δεύτερη εξ ημών.

## ΑΛΛΩΣ ΣΑΣ ΔΗΛΩΝΟΥΜΕ ΟΤΙ

Θα προβούμε άμεσα και χωρίς άλλη ειδοποίηση σε κάθε νόμιμη ενέργεια ενώπιον των αρμοδίων Δικαστηρίων και Αρχών για την πλήρη προάσπιση των δικαιωμάτων και συμφερόντων μας.

Αρμόδιος Δικαστικός Επιμελητής παραγγέλλεται να επιδώσει νόμιμα την παρούσα προς εκείνους στους οποίους απευθύνεται, προς γνώση τους και για τις νόμιμες συνέπειες, αντιγράφοντας το περιεχόμενό της στην οικεία έκθεση επιδόσεως.

6

Αθήνα, 22 Απριλίου 2026

Ο Πληρεξούσιος Δικηγόρος

**ΑΓΓΕΛΟΣ ΠΑΤΡΩΝΗΣ**
ΔΙΚΗΓΟΡΟΣ LL.M - A.M. ΔΣΑ: 27832
ΠΙΝΔΑΡΟΥ 11, ΑΘΗΝΑ 106 73
ΑΦΜ: 063399820 - ΔΟΥ: Δ' ΑΘΗΝΩΝ
ΤΗΛ: 210 3642240, 6973 252731
email: patronis_law@hotmail.com

BEFORE ANY COMPETENT
Court and AuthorityEXTRAJUDICIAL DECLARATION – RESPONSE – PROTEST – INVITATION

1. Michael Zambidis, son of Pantelis, resident of Glyfada, Attica, 16 Lontou Street, with Tax ID No. 079743690.

2. The limited partnership under the name "A. FOUSEKI AND CO EE", seated in Athens (2 Syngrou Avenue), legally represented, with Tax ID No. 999313780.

TO

The Limited Liability Company under the name "CSI SP011s Event LLC" and the distinctive title "CSI", seated in the United States of America, at 1 Evertrust Plaza, Jersey City, New Jersey 07302, as legally represented, and with declared address in Greece at 46 Alexandras Avenue, 11473 Athens, at the law firm "MAGGINAS Law Firm", as legally represented.

Notification to:

- Olympic Athletic Center of Athens "Spyros Louis" (OAKA)

- Ticketmaster Hellas

- TELEKOM CENTER ATHENS – White Veil Company –

In response to your extrajudicial declarations, invitations and protests dated 09/02/2026, 12/03/2026 and any others, as well as any related actions thereof, we hereby notify you of the following, while reserving all our lawful rights.

The first of us, Michael Zambidis, has for decades been a top professional athlete of international standing in combat sports, with long-term participation in major events (indicatively K1), multiple world titles and victories against internationally recognized opponents. He is widely accepted as an emblematic figure in combat sports in Greece and abroad. His professional career is characterized by consistency, reliability and high prestige, while his public image and reputation constitute an integral part of his professional activity and commercial exploitation.In parallel, the above individual has developed an institutional presence in the field of sports, having been elected and serving as Deputy Regional Governor for Sports in the Region of Attica, a fact that further enhances his credibility and public standing.

Under the above circumstances, any attempt to present him as allegedly acting without legal basis or in breach of third-party contractual obligations is manifestly unfounded and offensive.We hereby inform you that the first of us, within the framework of cooperation with the company EPIC EXPERIENCE LLC, entered into

**a written agreement dated 12/01/2026** with the company FrontRowTMT LLC, acting on behalf of the athlete Floyd Jr. Mayweather, for the organization of an exhibition match between the aforementioned athletes.

The exhibition match was agreed to take place on 27/06/2026 at the facilities of the O.A.K.A. at the TELEKOM CENTER. It is noted that the above representative of Floyd J. Mayweather had explicit and full authorization to this end, as evidenced by a relevant solemn declaration of the latter, by which he is granted continuous power of representation for the conclusion and execution of the said agreement.

Furthermore, in execution of the agreement, the first and the second of us have already made significant financial payments and have undertaken a series of organizational, commercial and promotional actions for the realization of the event, while the agreed event has already received extensive publicity through posts on social media and other promotional channels.

WHEREAS, under the above circumstances, the said agreement has already been activated and is being performed, since the first and the second of us have made significant financial payments and have undertaken commitments towards third parties in the context of the organization.

WHEREAS, the claims contained in your extrajudicial declarations, that the first of us allegedly has no right to participate in the above match due to the existence of an exclusivity agreement with a third party, namely the athlete Mike Tyson, are entirely vague, unfounded and unproven. This is because you have NEVER notified the first and the second of us of any document proving the existence, content, duration or scope of the alleged exclusivity agreement. In particular, it is not established whether any such agreement covers exhibition matches, whether it is in force at the material time, nor exactly which rights are allegedly being violated.

WHEREAS, in any case, even under the assumption that such an agreement exists between Floyd J. Mayweather and third parties, any obligations arising therefrom concern exclusively the contracting parties and cannot be invoked against third parties in good faith, such as the first and the second of us, who transacted lawfully, relying on an explicit contract with Floyd Jr. Mayweather and his team and who have already undertaken significant financial and business commitments.

WHEREAS, on the contrary, your conduct, consisting of sending successive extrajudicial declarations not only to the first and the second of us but also to third parties involved (indicatively O.A.K.A., cooperating companies and other professional entities), without simultaneously providing any supporting evidence, has resulted in creating confusion in the market and causing serious disruption to existing and forming partnerships. In particular, due to your actions, reservations have been created by potential sponsors and partners, while the stance of the

event venue (OAKA) has been negatively affected, placing the smooth progress of the organization at risk. Furthermore, the first of us was forced to provide personal assurances and guarantees to third parties in order to restore the credibility of the event and limit the damage caused by your actions.

WHEREAS the above actions of yours constitute, in addition to the obvious vagueness of your claims, unlawful interference in legitimate business activity, as well as conduct capable of damaging the professional reputation and credibility of the first and the second of us.

FOR THESE REASONSand reserving all our lawful rights,

WE PROTEST most vigorously against the above UNLAWFUL, UNFOUNDED AND ABUSIVE CONDUCT on your part, which manifested through the sending of successive extrajudicial declarations without any evidentiary basis, resulting in the disruption of the business activity related to the organization of the event and the causing of serious harm to the professional reputation and credibility of the first and the second of us.

WE CALL UPON YOUWithin seven (7) days from the service of this declaration:

1. To immediately cease and desist from any harassment, interference or communication to third parties, by any means, regarding the organization of the agreed exhibition match between the first of us and the athlete Floyd Jr. Mayweather, scheduled for 27/06/2026 at the Olympic Athletic Center of Athens (O.A.K.A. – TELEKOM CENTER).

2. To address a written apology letter, with clear reference to incorrect information/misunderstanding of the actual facts, to all recipients of your extrajudicial declarations and to every third party to whom your claims were communicated (indicatively O.A.K.A., TELEKOM CENTER ATHENS – White Veil Company –, Ticketmaster and other cooperating entities), copying the relevant documents also to the first and the second of us.

OTHERWISE WE DECLARE THAT

We will immediately and without further notice proceed with any lawful action before the competent Courts and Authorities for the full protection of our rights and interests.The competent Court Bailiff is hereby ordered to lawfully serve this declaration upon those to whom it is addressed, for their knowledge and for the legal consequences, copying its content in the relevant service report.Athens, April 22, 2026 The Attorney-at-Law