# EXHIBIT 2



## DESERT ORTHOPAEDIC CENTER

*Experience. Excellence.*

Ajit K. Amesur, D.O.
John M. Baldauf, M.D.
Hugh L. Bassewitz, M.D.
Thomas Dunn, M.D.
Roger A. Fontes, M.D.
Matthew N. Fouse, M.D.
Kyle J. Hancock, M.D.
Chad M. Hanson, M.D.
Yuichiro Hayashi, M.D.
Lawrence R. Huff, M.D.
Parminder S. Kang, M.D.
Andrew B. Kim, D.O.
Daniel D. Lee, M.D.
Michael L. Lee, M.D.
Michael Miao, M.D.
Russell T. Nevins, M.D.
Steven K. Nishiyama, D.O., Ph.D.
S. Andrew Park, M.D.
Archie C. Perry, Jr., M.D.
Abdi Raissi, M.D.
Walter J. Song, M.D.
Timothy B. Sutherland, M.D.
Craig T. Tingey, M.D.
Troy S. Watson, M.D.
Richard P. Winder, M.D.
Richard S. Woodworth, M.D.
Jessica R. Zarndt, D.O.

Ryan T. Luchner
*Chief Executive Officer*

Samantha D. Craft
*Chief Operations Officer*

James P. Washer II
*Chief Financial Officer*

Misty S. Carlo
*Director of Health Information*

Phone: (702) 731-1616
Appointments: (702) 731-4088
Fax: (702) 734-4900
www.doclv.com

To Whom It May Concern:                                        06/24/2026

Mike Tyson was evaluated and treated for a fractured hand in March 2026.
Due to this fracture, he was not medically cleared to fight in May 2026.

Sincerely,

Daniel D. Lee, M.D

---

**Central**
2800 East Desert Inn Rd.
Suite 100
Las Vegas, NV 89121

**Northwest**
8402 West Centennial Pkwy.
Las Vegas, NV 89149

**Southwest**
8205 West Warm Springs Rd.
Suite 250
Las Vegas, NV 89113

**West Central**
8689 West Charleston Blvd.
Suite 105
Las Vegas, NV 89117

**Henderson**
2930 West Horizon Ridge Pkwy.
Suite 100
Henderson, NV 89052