# EXHIBIT 3

**Victor Weberman**

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**



From: Jas Mathur <jas@pacquiaopromotions.com>
Date: 6/24/26 11:58 AM (GMT-05:00)
To: Richard Miele <rmiele@csisports.tv>
Subject: Re: Manny Pacquiao

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Richard,

Confirmed, with one correction to item 1 (role):

1. Since September 2025 through the present, I have served as advisor and business partner to Manny Pacquiao across all fronts, including all boxing- and business-related matters.

2. In that capacity, I have personal knowledge of Mr. Pacquiao's fight business and his contractual obligations.

3. As of October 2025 through at least December 11, 2025, Mr. Pacquiao had not signed any agreement with Everwonder, nor entered into any agreement granting Everwonder rights to any of his fights.

The foregoing is true and correct to the best of my knowledge.


Regards,

Jas



Get Outlook for iOS

---

**From:** Richard Miele <rmiele@csisports.tv>
**Sent:** Wednesday, 24 June 2026 08:54:18
**To:** Jas Mathur <jas@pacquiaopromotions.com>
**Subject:** Manny Pacquiao

Jas -

Please confirm per discussions

1. You have been Manny Pacquiaos manager, business partner across all fronts including everything boxing and business related, since September 2025 through the present

2. In that capacity you have personal knowledge of Manny's fight business and contractual obligations

3. As of October 2025 through at least Dec 11, 2025, Manny Pacquiao had not signed any agreement with Everwonder, nor entered any agreement giving Everwonder rights to any of his fights.

Confirmed?

Best,
Richard

2