UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

             Case No. 1:26-CV-05150

      *Plaintiffs*,

   – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

      *Defendants*.
-----------------------------------------------------------X

## DECLARATION OF MARK TAFFET

 I, **MARK TAFFET**, hereby declare under penalty of perjury as follows:

 1. I have already submitted a declaration in this matter and refer to that for background. Any defined terms used there are used herein.

 2. I refer to the Declaration ("Espinoza Dec.") of Stephen Espinoza ("Mr. Espinoza") dated June 23, 2026 ("Espinoza Dec."). I have known Mr. Espinoza for many years.

 3. The following is a response to the Espinoza Dec. that is abbreviated due to time constraints.

 4. **First**, in arguing that CSI would not suffer irreparable harm, the Espinoza Dec. does not mention the extraordinary value to a broadcaster in obtaining **exclusive** rights to a marquee fighter. The value of exclusivity has already been detailed for the Court in prior submissions. The Zambidis Fight would be seen as a complete derogation of CSI's exclusive rights to Mayweather's upcoming fights, and the Espinoza Dec. does not address the resulting harm to CSI in any fashion.

5.      **Second**, and relatedly, the Espinoza Dec. does not mention the damage to the CSI and FIGHT SPORTS Brands that will be the inevitable result of Mayweather fighting in violation of CSI's heavily publicized, exclusive rights

6.      **Third,** and perhaps most fundamentally, my original Declaration discussed the catastrophic impact the Zambidis Fight will have on CSI's ongoing negotiations with distributors for CSI/FIGHT SPORTS to launch their sports network in the USA with the Mayweather vs. Tyson fight as the lynchpin.  CSI is seeking distribution platforms throughout the United States to add a CSI channel.  Exclusive rights to big name fighters enable CSI to commit to providing year-round services and content with major names, which, in turn, serves as the foundation for all of its other content.  If the Zambidis fight goes ahead, it will throw all of that into question because distributors will not trust that CSI has the exclusive rights that it has (truthfully) represented it does.  **The Espinoza Dec. is completely silent on this crucial issue.**

7.      **Fourth**, the Espinoza Dec. contends that CSI's injury is overstated because marquee fighters are no longer so important to broadcasters as they once were.  This unsubstantiated assertion completely ignores the incredible media attention that followed the announcement of the Mayweather-Tyson Fight.  Mayweather and Tyson are cultural icons and the benefit to CSI to own the exclusive rights to their fight– and to have the right to future Mayweather fights – cannot be overstated.

8.      **Fifth**, the Espinoza Dec. also contends that there would be little loss in value to a Tyson Fight if the Zambidis Fight proceeds. This is untrue for a number of reasons. While Mayweather is unquestionably one of the greatest fighters of all time, a number of the exhibition fights in which he has participated for the last several years have been against lesser opponents and have been unexciting compared to the professional bouts in which he earned his reputation. A

Zambidis exhibition could easily be yet another event which leaves the public unsatisfied and thus diminishes interest in future Mayweather bouts. Moreover, nobody can predict the future and there are many ways that the outcome of the Zambidis Fight could have a disastrous effect on CSI. Most obviously, Mayweather could suffer a serious injury, thus jeopardizing the Tyson fight. No matter how insignificant an opponent may appear on paper, injuries are an indelible part of boxing. They can happen at any time to anyone. And how Mayweather performs generally could undercut the value of the Tyson Fight.

9.      **Sixth**, the Espinoza Dec maintains that CSI has already lost credibility because of the Tyson injury. That is incorrect. Injury delays are a common occurrence in boxing. There is no stigma associated with it. The fact that Tyson injured his hand while sparring is not unusual and it does not reflect poorly on CSI as long as the postponed fight proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2026, in the State of State of New Jersey, Morris County.

MARK TAFFET