UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                       Case No. 26-cv-5150 (VSB)
         *Plaintiffs*,

     – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

        *Defendants*.
------------------------------------------------------------X

**REPLY DECLARATION OF VICTOR WEBERMAN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY <u>RESTRAINING ORDER</u>**

I, **VICTOR WEBERMAN**, hereby declare under penalty of perjury as follows:

1. I am an attorney admitted to the Bar of the State of New York.

2. I am associated with Judd Burstein, P.C., attorneys for Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs") in the above-captioned caption.

3. I submit this Reply Declaration in further support of Plaintiffs' motion, pursuant to Fed. R. Civ. P. 65, seeking a Preliminary Injunction and Temporary Restraining Order ("TRO"), as set forth in Paragraph 3 of the Declaration of Judd Burstein, dated June 19, 2026.  Doc. No. 5.

4. On June 19, 2026, at 5:35 p.m. EDT, the Court sent Mr. Burstein and me an Order, signed by District Judge P. Kevin Castel, by email in connection with Plaintiff's Motion for a Preliminary Injunction and TRO, filed that same day (the "Email Order").  Annexed hereto as Exhibit 1 is a true and correct copy of the Email Order.

5.      Five minutes later on June 19, 2026, at 5:40 p.m. EDT, I emailed a copy of the Email Order to David Jonelis, Esq., as required by the Email Order.  Annexed hereto as Exhibit 2 is a true and correct copy of this email without attachments.  I also sent this email to Defendant Floyd Mayweather, Jr., out of an abundance of caution given that, earlier the same day, Mr. Jonelis (a) stopped communicating with our firm, and (b) never confirmed that he or his firm would be representing Mayweather in this action.  Doc. No. 5 at ¶¶ 18-25.

6.      At 7:34 p.m. EDT that same day, Mr. Jonelis emailed the Court in connection with the Email Order, copying his "colleagues Melissa Glass and Cesie Alvarez [who would] be handling the TRO hearing."  Annexed hereto as Exhibit 3 is a true and correct copy of this email.

7.      At 7:40 p.m. EDT, Mr. Burstein directed me to send Mr. Jonelis, Ms. Glass, and Ms. Alvarez – i.e., Mayweather's now counsel of record – a copy of Plaintiffs' Motion for a Preliminary Injunction and TRO.  Annexed hereto as Exhibit 4 is a true and correct copy of the relevant email chain.

8.      One minute later, at 7:41 p.m. EDT, I sent Mayweather's counsel a link containing a complete set of Plaintiffs' Motion for a Preliminary Injunction and TRO.  Id.

9.      At 7:59 p.m. EDT, Ms. Glass confirmed receipt of the link that I sent eighteen minutes earlier.  Id.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2026, in the State of New York, New York County.

_____
VICTOR WEBERMAN