# EXHIBIT 1

## Victor Weberman

| | |
|---|---|
| **From:** | P Castel <PKevin_Castel@nysd.uscourts.gov> |
| **Sent:** | Friday, June 19, 2026 5:35 PM |
| **To:** | Victor Weberman; Judd Burstein |
| **Cc:** | Alexandra Curnin; Florence Nacanther; Matthew Schneider |
| **Subject:** | CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150 U/A |

The Following will be posted on ECF at the earliest opportunity.  It is an Order of the Court effective immediately:

**This is the Court's Order scheduling a hearing on plaintiffs' application for a Temporary Restraining Order filed on June 19, 2026, a Court holiday, and directed to the undersigned as the Part I Judge at 4:39 p.m.**

**Plaintiffs note that a professional prize fight is scheduled in Athens, Greece  on June 27, 2026 in which Floyd Mayweather, Jr. is scheduled to participate. Plaintiffs assert that Mayweather is under contract to them and the fight, if it were to proceed, would be in breach of his contractual rights to them.  Mayweather, through counsel, purported to terminated the contract with plainitffs on June 9, VENTURES LLC.**

**The Court has reviewed the Complaint, proposed Order to Show Cause, application for a temporary restraining order and submissions in support therof.**

**Court will hear the TRO  application on June 22, 2026 at 2pm in Courtroom 11D, unless a judge is assigned to the action and wishes to proceed otherwise.**

**The Court is well aware that this scheduling is over the objection of plainitffs who note that Mayweather may fly to Athens in the interim.  But in hearing the TRO application, the status quo to be perseved is the status quo ante the litigation and no action by defendant Mayweather can change that circumstance. Mayweather is on notice of this action and the application for a TRO because his lawyer as of June 9, 2026 who sent the notice of termination, David B. Jonelis,  is on notice of the application.**

**The allegations supporting diversity jurisdiction, at least as to FRIST APEX  Venutres LLC , are upon information and belief.  The first question on Monday will address this Court's subject matter jurisdiction.**

**If Mr. Jonelis represents that he is eligible for pro hac vice admission, he may provisionally appear pro hac vice at the TRO application on Monday.**

**Counsel for plainitffs is directed immediately upon receipt to forward this Order to Mr. Jonelis.**

**SO ORDERED.**

**New York, NY**

**June 19, 2026, 5:33pm**

**s/P. Kevin Castel, U.S.D.J.**

**Part I**

i



**P. Kevin Castel**
United States District Judge,
Southern District of New York
. 500 Pearl Street
New York, NY    10007
212-805-0262
212-805-7949 (fax)
pkevin_castel@nysd.uscourts.gov