# EXHIBIT 2

## Victor Weberman

| | |
|---|---|
| **From:** | Victor Weberman |
| **Sent:** | Friday, June 19, 2026 5:40 PM |
| **To:** | David Jonelis; floydmayweather007@yahoo.com |
| **Cc:** | Judd Burstein; Peter B. Schalk |
| **Subject:** | CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150 |
| **Attachments:** | CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150 U/A |

**Importance:**     High

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| David Jonelis | | |
| floydmayweather007@yahoo.com | | |
| Judd Burstein | Delivered: 6/19/2026 5:40 PM | |
| Peter B. Schalk | Delivered: 6/19/2026 5:40 PM | Read: 6/19/2026 5:49 PM |

Dear Messrs. Jonelis and Mayweather:

In connection with the above-referenced matter, please find attached the Order, dated June 19, 2026, signed by the Honorable P. Kevin Castel.

Very truly yours,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com
THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY