# EXHIBIT 4

## Victor Weberman

| | |
|---|---|
| **From:** | Melissa Y. Glass <mglass@singerlaw.com> |
| **Sent:** | Friday, June 19, 2026 7:59 PM |
| **To:** | Victor Weberman |
| **Cc:** | Judd Burstein; David Jonelis; Peter B. Schalk; Cesie Alvarez |
| **Subject:** | Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150 |

Received, thank you.

**Melissa Y. Glass**
*Singer Weinsten Wolf & Jonelis LLP*
**P.** 310-556-3501 x 264
**M.** 310-710-0388


Sent from my iPhone


On Jun 19, 2026, at 4:41 PM, Victor Weberman <VWeberman@burlaw.com> wrote:


Here is a link to the motion papers:

https://burlaw.egnyte.com/fl/vyHCtc4G34vh


Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com
THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN
INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW,
DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND
DELETE THIS E-MAIL WITHOUT MAKING A COPY

Get Outlook for iOS

**From:** Judd Burstein <jburstein@burlaw.com>
**Sent:** Friday, 19 June 2026 19:40:21
**To:** David Jonelis <djonelis@singerlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** Peter B. Schalk <pschalk@burlaw.com>; Melissa Y. Glass <mglass@singerlaw.com>; Cesie Alvarez

<calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Victor.  Please take care of this


Judd Burstein

Judd Burstein, P.C.

825 Third Avenue

21st Floor

New York, New York 10022

(212) 974-2400 (Main Number)

(917) 687-2981 (Direct)


**PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.**

Sent from my T-Mobile 5G Device

---

**From:** David Jonelis <djonelis@singerlaw.com>
**Sent:** Friday, 19 June 2026 19:29:58
**To:** Victor Weberman <VWeberman@burlaw.com>; Judd Burstein <jburstein@burlaw.com>
**Cc:** Peter B. Schalk <pschalk@burlaw.com>; Melissa Y. Glass <mglass@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Judd, Victor:

Thank you for forwarding the attached order from Judge Castel.

My colleagues Melissa Glass and Cesie Alvarez (cc'ed here), both of whom are licensed in New York, will be handling Monday's TRO hearing on Mr. Mayweather's behalf.

As Ms. Glass and Ms. Alvarez are located here in California, we will reach out directly to Judge Castel to request a zoom link or dial in number for the hearing.

In the meantime, will you please promptly forward us a complete set of the filed TRO pleadings and exhibits? Thus far, I have only received the unfiled versions that you sent earlier.

Thank you.

Regards,
David

**DAVID B. JONELIS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
(310) 556-3501; DJONELIS@SINGERLAW.COM
**--Please note my new email address—**
<image001.png>
THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.

---

**From:** Victor Weberman <VWeberman@burlaw.com>
**Sent:** Friday, June 19, 2026 2:40 PM
**To:** David Jonelis <djonelis@singerlaw.com>; floydmayweather007@yahoo.com
**Cc:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150
**Importance:** High

Dear Messrs. Jonelis and Mayweather:

In connection with the above-referenced matter, please find attached the Order, dated June 19, 2026, signed by the Honorable P. Kevin Castel.

Very truly yours,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com

THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY