UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                Case No. 26-cv-5150 (VSB)

*Plaintiffs*,

– against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

           *Defendants*.
-----------------------------------------------------------X

**REPLY DECLARATION OF JUDD BURSTEIN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY <u>RESTRAINING ORDER</u>**

I, **JUDD BURSTEIN**, hereby declare under penalty of perjury as follows:

1. I am an attorney admitted to the Bar of this Court.

2. I am the sole shareholder of Judd Burstein, P.C., attorneys for Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs") in the above-captioned caption.

3. I submit this Reply Declaration in further support of Plaintiffs' motion, pursuant to Fed. R. Civ. P. 65, seeking a Preliminary Injunction and Temporary Restraining Order ("TRO"), as set forth in Paragraph 3 of my Declaration, dated June 19, 2026. Doc. No. 5.

4. Annexed as Exhibit 1 hereto is an email with the Court of Appeal, Fourth District Division 3, in connection with the Appeal of *Paradigm Sports Mgmt., LLC v. Pacquiao*, Case No. 30-2021-01207553, scheduling the Oral Argument in October of 2026.

5. Annexed hereto as Exhibit 2 is an ESPN article.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2026, in the State of New York, New York County.

<i>/s/ Judd Burstein</i>

JUDD BURSTEIN