# EXHIBIT 1

**Victor Weberman**

---

| | |
|---|---|
| **From:** | Johnson, Dana <dana.johnson@jud.ca.gov> |
| **Sent:** | Tuesday, June 9, 2026 7:55 PM |
| **To:** | Judd Burstein; vfuller@appealfirm.com; Peter B. Schalk; bcleeland@hbblaw.com; edocs@hbblaw.com; ajamshidi@hansonbridgett.com; gmohr@hansonbridgett.com; mjaniel@hbblaw.com |
| **Cc:** | Mendez, Sandra |
| **Subject:** | RE: G064945 - Paradigm Sports Management, LLC v. Pacquiao [ Trial Court Case No: 30-2021-01207553 ] |

Thank you counsel, I will advise the court of your response.

**Dana Johnson |** Senior Deputy Clerk
California Court of Appeal
Fourth Appellate District, Division Three
601 W. Santa Ana Blvd, Santa Ana, CA 92701
Ph: (714) 571-2603 | dana.johnson@jud.ca.gov

---

**From:** Judd Burstein <jburstein@burlaw.com>
**Sent:** Tuesday, June 9, 2026 4:48 PM
**To:** Johnson, Dana <dana.johnson@jud.ca.gov>; vfuller@appealfirm.com; Peter B. Schalk <pschalk@burlaw.com>; bcleeland@hbblaw.com; edocs@hbblaw.com; ajamshidi@hansonbridgett.com; gmohr@hansonbridgett.com; mjaniel@hbblaw.com
**Cc:** Mendez, Sandra <Sandra.Mendez@jud.ca.gov>
**Subject:** Re: G064945 - Paradigm Sports Management, LLC v. Pacquiao [ Trial Court Case No: 30-2021-01207553 ]

**EXTERNAL EMAIL**

I am available

Judd Burstein
Judd Burstein, P.C.
825 Third Avenue
21st Floor
New York, New York 10022
(212) 974-2400 (Main Number)
(917) 687-2981 (Direct)

1

# PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.

Sent from my T-Mobile 5G Device

---

**From:** Johnson, Dana <dana.johnson@jud.ca.gov>
**Sent:** Tuesday, 09 June 2026 18:48:50
**To:** vfuller@appealfirm.com <vfuller@appealfirm.com>; Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; bcleeland@hbblaw.com <bcleeland@hbblaw.com>; edocs@hbblaw.com <edocs@hbblaw.com>; ajamshidi@hansonbridgett.com <ajamshidi@hansonbridgett.com>; gmohr@hansonbridgett.com <gmohr@hansonbridgett.com>; mjaniel@hbblaw.com <mjaniel@hbblaw.com>
**Cc:** Mendez, Sandra <Sandra.Mendez@jud.ca.gov>
**Subject:** G064945 - Paradigm Sports Management, LLC v. Pacquiao [ Trial Court Case No: 30-2021-01207553 ]

Hello,

Today we received notice of unavailability for respondent counsel on this appeal.
The notice stated that attorney Arezoo Jamshidi is not available for oral argument for the month of August and September.
Accordingly, the next available calendar month would be in October.
I've been instructed by this court to inform counsel arguing this appeal, that oral argument for the month of October will be the week of October 19th–23rd.
With possible rollover dates of October 26th and 27th. This court would like to know if both counsel will be available these dates.
You may respond to this e-mail with your answer.


Best regards,
**Dana Johnson |** Senior Deputy Clerk
California Court of Appeal
Fourth Appellate District, Division Three
601 W. Santa Ana Blvd, Santa Ana, CA 92701
Ph: (714) 571-2603 | dana.johnson@jud.ca.gov

2