JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN
JBURSTEIN@BURLAW.COM
———

PETER B. SCHALK*
OF COUNSEL
PSCHALK@BURLAW.COM

VICTOR M. WEBERMAN
VWEBERMAN@BURLAW.COM

*ALSO ADMITTED IN NEW JERSEY

825 THIRD AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

June 24, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

  Re: *CSI Entertainment, LLC, et al. v. Mayweather et al.*, Case No. 26-cv-5150 (VSB)

Dear Judge Broderick:

  My firm represents Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs") in the above-referenced action.

  Per Your Honor's instructions during today's hearing on Plaintiffs' application for a Temporary Restraining Order, please find enclosed, as Exhibit A hereto, Judge Loretta A. Preska's Order, dated June 1, 2005, granting M&M Sports Inc.'s motion for a preliminary injunction in *Pacquiao v. M&M Sports, Inc. et al.*, Case No. 05-cv-4200 (LAP).

        Respectfully yours,

        */s/ Judd Burstein*

        Judd Burstein

Encl.

cc: Counsel of Record (via ECF w/ encl.)