# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EMMANUEL PACQUIAO,

               Plaintiff,

      -against-

M&M SPORTS, INC. and
MURAD MUHAMMAD,

               Defendants.

------------------------------------x

               05 Civ. 4200 (LAP)

               <u>Order</u>



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/05

LORETTA A. PRESKA, United States District Judge:

      Oral argument was held today in Courtroom 12A on Defendants' motion for a preliminary injunction, <u>inter alia</u>, barring Plaintiff from participating in any boxing matches promoted by a person or entity other than Defendant M&M Sports, Inc. and its principal, Murad Muhammad.

      At the outset, I note that Plaintiff and M&M Sports, Inc. entered into an agreement on March 1, 2004 in which they anticipated the present situation. Paragraph 12(a) of the March 1 agreement reads:

> Fighter [Pacquiao] acknowledges that his services as a professional boxer are special, unique, extraordinary, irreplaceable and of peculiar value, and that in the event [of] their [sic] breach or threatened breach of this Agreement, Promoter [M&M Sports, Inc.] would suffer irreparable damage which could not be reasonably or adequately compensated by an action at law. Accordingly, Fighter expressly agrees that in the event of such breach, Promoter shall be entitled, in addition to all other rights and remedies available to it, to obtain equitable relief,

including but not limited to, an injunction against such breach in any court of competent jurisdiction, without the necessity of posting an undertaking, and that Fighter will not assert as a defense in any such action that Promoter has an adequate remedy at law.

Therefore, in accordance with the intent of the parties as expressed in the March 1 agreement and based on the record on the motion as more fully set forth in the transcript of today's proceeding, it is hereby ORDERED that Defendants' motion for a preliminary injunction is granted.

Accordingly, it is hereby ORDERED that Emmanuel Pacquiao is preliminarily enjoined from: participating in any professional boxing match promoted by any person other than Defendant M&M Sports, Inc.; rendering services as a professional boxer to any person other than Defendant M&M Sports, Inc.; or entering into any agreement with any person which purports to grant such person any rights which conflict with the rights granted to M&M by the March 1, 2004 agreement (as amended on December 1 and 10, 2004) between Plaintiff and M&M Sports, Inc., or which might interfere with Plaintiff's performance of his obligations under the March 1 agreement.

The parties shall appear for trial in this matter in Courtroom 12A on June 20, 2005 at 10:00 a.m.  Counsel shall participate in a telephone conference on June 3, 2005 at 1:00 p.m.


SO ORDERED

June  1 , 2005

_Loretta A Preska_
Loretta A. Preska, U.S.D.J.