JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN
JBURSTEIN@BURLAW.COM
———
PETER B. SCHALK*
OF COUNSEL
PSCHALK@BURLAW.COM

VICTOR M. WEBERMAN
VWEBERMAN@BURLAW.COM

*ALSO ADMITTED IN NEW JERSEY

825 THIRD AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

June 25, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

  Re: *CSI Entertainment, LLC, et al. v. Mayweather et al.*, Case No. 26-cv-5150 (VSB)

Dear Judge Broderick:

  My firm represents Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs") in the above-referenced action.

  Per Your Honor's instructions regarding supplemental submissions in connection with Plaintiffs' application for a Temporary Restraining Order, Plaintiffs contemporaneously submit the following:  (a) Supplemental Declaration of Richard Miele, (b) Supplemental Declaration of Mark Taffet, (c) Declaration of Andrew Ruf, and (d) Declaration of Daniel Lee, M.D., with (e) any Exhibits thereto.[1]  These submissions are made in response to the following questions and/or issues raised by Your Honor during yesterday's TRO hearing:

1. Is Mike Tyson medically cleared to fight Floyd Mayweather, Jr. ("Mayweather") in September of 2026?
2. What is the level of Mike Zambidis's ("Zambidis") boxing skills?
3. What is the risk that Mayweather loses to Zambidis or is injured while fighting Zambidis?

  Unfortunately, I am unable to respond to any submission by Mayweather on the issue of a potential bond because I have not received it at the time of this filing.  I note that my office sent

---

[1] In addition, yesterday I provided the Court with a copy of Judge Preska's Order in *Pacquiao v. M&M Sports, Inc.*

JUDD BURSTEIN, P.C.

Hon. Vernon S. Broderick
June 25, 2026
Page 2

emails to opposing counsel yesterday at 7:18 p.m. and 9:07 p.m. asking them to provide us with Mayweather's submission on this issue in sufficient time for me to respond to it.  *See* Exhibits 1 and 2 hereto.  Opposing counsel did not respond to this request.   Unfortunately, I have a prior commitment between 12:30 p.m. and 1:30 p.m. today and therefore request until 2:30 p.m. to respond.  If I determine that no response is needed, I will so inform the Court

Respectfully yours,

*/s/ Judd Burstein*

Judd Burstein

Encls.

cc:      Counsel of Record (via ECF w/ encls.)