# EXHIBIT 1

**Victor Weberman**

| | |
|---|---|
| **From:** | Victor Weberman |
| **Sent:** | Wednesday, June 24, 2026 7:18 PM |
| **To:** | Melissa Y. Glass; Judd Burstein; Peter B. Schalk |
| **Cc:** | David Jonelis; Cesie Alvarez |
| **Subject:** | RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150 |

Dear counsel:

Prior to any meet and confer regarding the supplemental submissions from both sides due tomorrow by 12:00 p.m. EDT, we write to address the following:

We are amenable to you filing your submissions at any time before noon tomorrow and/or simultaneous submissions (as referenced by Judge Broderick).

In addition, and although we have not yet received the transcript, Judge Broderick stated that Plaintiffs would be able to reply regarding the bond issue.  To comply with the noon deadline, we would like to include in our supplemental submission such a reply.  Therefore, in advance of your submission, we request that you share the part of any submission regarding the bond by 10:30 a.m. EDT tomorrow.  If the bond will be part of papers including other issues, we would accept a document that contains only the language regarding the bond, so long that it will not be changed but for style edits and proofing.

Are you agreeable to doing so?

Thanks,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com

THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY

**From:** Melissa Y. Glass <mglass@singerlaw.com>
**Sent:** Wednesday, June 24, 2026 7:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** David Jonelis <djonelis@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Counsel,

In accordance with Judge Broderick's instructions, we are writing to meet and confer regarding the parties' supplemental submissions due by 12 pm EDT tomorrow. In addition to additional declarations with exhibits, we propose Plaintiffs and Defendant each submit a 5-page supplemental MOL. Please let me know at your earliest convenience whether Plaintiffs are amenable.

Sincerely,
Melissa Glass

--------------------------------------------------------------------------------

**MELISSA Y. GLASS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
Telephone: (310) 556-3501 x 264
E-Mail: mglass@singerlaw.com
Website: www.singerlaw.com

_____

THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.

--------------------------------------------------------------------------------

**From:** Victor Weberman <VWeberman@burlaw.com>
**Sent:** Monday, June 22, 2026 8:56 AM
**To:** Melissa Y. Glass <mglass@singerlaw.com>; David Jonelis <djonelis@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Cc:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Dear counsel:

Today's hearing has just been adjourned to Wednesday, June 24, 2026, at 3:00 p.m. EDT, per the attached Order that we just received via email which will be published on the docket shortly.

Thank you,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com

THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR

DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY

---

**From:** Melissa Y. Glass <mglass@singerlaw.com>
**Sent:** Friday, June 19, 2026 7:59 PM
**To:** Victor Weberman <VWeberman@burlaw.com>
**Cc:** Judd Burstein <jburstein@burlaw.com>; David Jonelis <djonelis@singerlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Received, thank you.

**Melissa Y. Glass**
*Singer Weinsten Wolf & Jonelis LLP*
**P.** 310-556-3501 x 264
**M.** 310-710-0388

Sent from my iPhone

> On Jun 19, 2026, at 4:41 PM, Victor Weberman <VWeberman@burlaw.com> wrote:

Here is a link to the motion papers:

https://burlaw.egnyte.com/fl/vyHCtc4G34vh

Victor M. Weberman

Judd Burstein, P.C.

825 Third Avenue, 21st Floor

New York, NY 10022

Tel.: (212) 974-2400

Fax: (212) 974-2944

vweberman@burlaw.com

www.burlaw.com

THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE

RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY

Get Outlook for iOS

---

**From:** Judd Burstein <jburstein@burlaw.com>
**Sent:** Friday, 19 June 2026 19:40:21
**To:** David Jonelis <djonelis@singerlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** Peter B. Schalk <pschalk@burlaw.com>; Melissa Y. Glass <mglass@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Victor.  Please take care of this

Judd Burstein
Judd Burstein, P.C.
825 Third Avenue
21st Floor
New York, New York 10022
(212) 974-2400 (Main Number)
(917) 687-2981 (Direct)

## PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.

Sent from my T-Mobile 5G Device

---

**From:** David Jonelis <djonelis@singerlaw.com>
**Sent:** Friday, 19 June 2026 19:29:58
**To:** Victor Weberman <VWeberman@burlaw.com>; Judd Burstein <jburstein@burlaw.com>
**Cc:** Peter B. Schalk <pschalk@burlaw.com>; Melissa Y. Glass <mglass@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Judd, Victor:

Thank you for forwarding the attached order from Judge Castel.

4

My colleagues Melissa Glass and Cesie Alvarez (cc'ed here), both of whom are licensed in New York, will be handling Monday's TRO hearing on Mr. Mayweather's behalf.

As Ms. Glass and Ms. Alvarez are located here in California, we will reach out directly to Judge Castel to request a zoom link or dial in number for the hearing.

In the meantime, will you please promptly forward us a complete set of the filed TRO pleadings and exhibits? Thus far, I have only received the unfiled versions that you sent earlier.

Thank you.

Regards,
David

**DAVID B. JONELIS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
(310) 556-3501; DJONELIS@SINGERLAW.COM
**--Please note my new email address—**
<image001.png>
THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.

---

**From:** Victor Weberman <VWeberman@burlaw.com>
**Sent:** Friday, June 19, 2026 2:40 PM
**To:** David Jonelis <djonelis@singerlaw.com>; floydmayweather007@yahoo.com
**Cc:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150
**Importance:** High

Dear Messrs. Jonelis and Mayweather:

In connection with the above-referenced matter, please find attached the Order, dated June 19, 2026, signed by the Honorable P. Kevin Castel.

Very truly yours,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com
THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE

RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY