# EXHIBIT 2

**Victor Weberman**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Wednesday, June 24, 2026 9:07 PM |
| **To:** | Melissa Y. Glass; Peter B. Schalk; Victor Weberman |
| **Cc:** | David Jonelis; Cesie Alvarez |
| **Subject:** | Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150 |

That's fine  But can I get the section on the bond earlier?


Judd Burstein

Judd Burstein, P.C.

825 Third Avenue

21st Floor

New York, New York 10022

(212) 974-2400 (Main Number)

(917) 687-2981 (Direct)


# PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.

Sent from my T-Mobile 5G Device

---

**From:** Melissa Y. Glass <mglass@singerlaw.com>
**Sent:** Wednesday, 24 June 2026 21:02:11
**To:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** David Jonelis <djonelis@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Counsel,

Judge Broderick instructed the parties to meet and confer regarding supplemental submissions and said he would accept simultaneous submissions from both sides. A "cover letter" should suffice for our limited purposes. We do not intend to make any new legal arguments, but rather to respond to the Court's questions and requests for information from our client at today's hearing while providing citations to the evidence for the Court's convenience and ease of review. Given the time sensitivity of this matter, it is in everyone's best interest to do what we can to facilitate efficient examination of the materials we file tomorrow. I apologize -- my reference to an MOL was imprecise.

To be clear, I am not asking for your permission to file a sur-reply. The Court posed different questions to the parties and asked them to provide evidence regarding different issues. The Court gave the parties the same filing deadline of 12 pm EDT tomorrow, and we both agreed to that on the record. I cannot guarantee that I will have received and assembled all of our evidence by the arbitrary deadlines Plaintiffs seek to impose, and therefore cannot agree to send you our submission hours in advance of the noon deadline.

Please confirm your agreement to submit cover letters for the limited purposes identified above and to simultaneous submission at noon EDT tomorrow.

Sincerely,
Melissa

--------------------------------------------------------------------------------
**MELISSA Y. GLASS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
Telephone: (310) 556-3501 x 264
E-Mail: mglass@singerlaw.com
Website: www.singerlaw.com

THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.

**From:** Judd Burstein <jburstein@burlaw.com>
**Sent:** Wednesday, June 24, 2026 4:29 PM
**To:** Melissa Y. Glass <mglass@singerlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** David Jonelis <djonelis@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

To follow up.  I see no need for supplemental legal submissions and did not plan on one.  If you want to file a letter, I am amenable if you agree to provide it to me by 9:00 a.m. EST so that I can respond by Noon. Otherwise, I cannot agree because I would in essence be granting you the opportunity for a sur-reply

Judd Burstein
Judd Burstein, P.C.
825 Third Avenue

21st Floor
New York, New York 10022
(212) 974-2400 (Main Number)
(917) 687-2981 (Direct)


## PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.

---

**From:** Melissa Y. Glass <mglass@singerlaw.com>
**Sent:** Wednesday, June 24, 2026 7:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** David Jonelis <djonelis@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Counsel,

In accordance with Judge Broderick's instructions, we are writing to meet and confer regarding the parties' supplemental submissions due by 12 pm EDT tomorrow. In addition to additional declarations with exhibits, we propose Plaintiffs and Defendant each submit a 5-page supplemental MOL. Please let me know at your earliest convenience whether Plaintiffs are amenable.

Sincerely,
Melissa Glass


--------------------------------------------------------------------------------
**MELISSA Y. GLASS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
Telephone: (310) 556-3501 x 264
E-Mail: mglass@singerlaw.com
Website: www.singerlaw.com
_____
THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.


---

**From:** Victor Weberman <VWeberman@burlaw.com>
**Sent:** Monday, June 22, 2026 8:56 AM
**To:** Melissa Y. Glass <mglass@singerlaw.com>; David Jonelis <djonelis@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Cc:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Dear counsel:

Today's hearing has just been adjourned to Wednesday, June 24, 2026, at 3:00 p.m. EDT, per the attached Order that we just received via email which will be published on the docket shortly.

Thank you,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com
THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY

**From:** Melissa Y. Glass <mglass@singerlaw.com>
**Sent:** Friday, June 19, 2026 7:59 PM
**To:** Victor Weberman <VWeberman@burlaw.com>
**Cc:** Judd Burstein <jburstein@burlaw.com>; David Jonelis <djonelis@singerlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Received, thank you.

**Melissa Y. Glass**
*Singer Weinsten Wolf & Jonelis LLP*
**P.** 310-556-3501 x 264
**M.** 310-710-0388

Sent from my iPhone

> On Jun 19, 2026, at 4:41 PM, Victor Weberman <VWeberman@burlaw.com> wrote:
>
> Here is a link to the motion papers:
>
> https://burlaw.egnyte.com/fl/vyHCtc4G34vh
>
> Victor M. Weberman

4

Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com

THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY

Get Outlook for iOS

---

**From:** Judd Burstein <jburstein@burlaw.com>
**Sent:** Friday, 19 June 2026 19:40:21
**To:** David Jonelis <djonelis@singerlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Cc:** Peter B. Schalk <pschalk@burlaw.com>; Melissa Y. Glass <mglass@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** Re: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Victor.  Please take care of this


Judd Burstein
Judd Burstein, P.C.
825 Third Avenue
21st Floor
New York, New York 10022
(212) 974-2400 (Main Number)
(917) 687-2981 (Direct)


## PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.

Sent from my T-Mobile 5G Device

---

**From:** David Jonelis <djonelis@singerlaw.com>
**Sent:** Friday, 19 June 2026 19:29:58
**To:** Victor Weberman <VWeberman@burlaw.com>; Judd Burstein <jburstein@burlaw.com>

**Cc:** Peter B. Schalk <pschalk@burlaw.com>; Melissa Y. Glass <mglass@singerlaw.com>; Cesie Alvarez <calvarez@singerlaw.com>
**Subject:** RE: CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150

Judd, Victor:

Thank you for forwarding the attached order from Judge Castel.

My colleagues Melissa Glass and Cesie Alvarez (cc'ed here), both of whom are licensed in New York, will be handling Monday's TRO hearing on Mr. Mayweather's behalf.

As Ms. Glass and Ms. Alvarez are located here in California, we will reach out directly to Judge Castel to request a zoom link or dial in number for the hearing.

In the meantime, will you please promptly forward us a complete set of the filed TRO pleadings and exhibits? Thus far, I have only received the unfiled versions that you sent earlier.

Thank you.


Regards,
David


**DAVID B. JONELIS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
(310) 556-3501; DJONELIS@SINGERLAW.COM
**--Please note my new email address—**
<image001.png>
THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.

---

**From:** Victor Weberman <VWeberman@burlaw.com>
**Sent:** Friday, June 19, 2026 2:40 PM
**To:** David Jonelis <djonelis@singerlaw.com>; floydmayweather007@yahoo.com
**Cc:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** CSI Entertainment, LLC, et al. v. Mayweather et al., Case No. 26-cv-5150
**Importance:** High


Dear Messrs. Jonelis and Mayweather:

In connection with the above-referenced matter, please find attached the Order, dated June 19, 2026, signed by the Honorable P. Kevin Castel.

Very truly yours,

Victor M. Weberman
Judd Burstein, P.C.
825 Third Avenue, 21st Floor
New York, NY 10022

Tel.: (212) 974-2400

Fax: (212) 974-2944

vweberman@burlaw.com

www.burlaw.com

THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY