UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                                         Case No. 26-cv-5150 (VSB)
          *Plaintiffs*,

     – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

          *Defendants*.
-----------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF RICHARD MIELE IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

I, **RICHARD MIELE**, hereby declare under penalty of perjury as follows:

1. I am the Co-CEO of Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs" or "CSI") in the above-captioned caption.

2. I submit this Supplemental Declaration in further support of Plaintiffs' motion, pursuant to Fed. R. Civ. P. 65, seeking a Preliminary Injunction and Temporary Restraining Order ("TRO").

3. The purpose of this Declaration is to address certain factual issues that were raised during the June 24, 2026, proceedings held in this matter.

4. Defined terms from Plaintiffs' Verified Complaint ("Verified Complaint") and prior submissions on this motion are adopted herein.

5. On May 12, 2026, Plaintiffs wrote Mayweather and others a letter (the "May 12 Letter") advising them that the May 30, 2026, Tyson Fight was being postponed due to Tyson's

injury, while also providing notice of Mayweather's multiple breaches. *See* Doc. No. 1-22, Exhibit 22 to the Verified Complaint.

6. On May 15, 2026, David Jonelis, Esq. ("Jonelis"), a lawyer representing Mayweather, contacted me to schedule a telephone call to discuss the points that I had raised in the May 12 Letter.

7. On May 19, 2026, Jonelis and I spoke about the May 12 Letter and potential resolutions to the issues raised therein.

8. Then, on May 23, 2026, Walter Jordan, Stephen Espinoza ("Espinoza"), and Jonelis – who were in Mayweather's camp – and Judd Burstein, Esq., and I – who were representing CSI's interests – met virtually (the "May 23 Conference") to discuss potential resolutions to the parties' disputes. During the May 23 Conference, I advised all present that the Tyson Fight had been postponed from the Spring of 2026 to September 26, 2026.

9. During the May 23 Conference, I also stated that if Netflix would not push its CSI/FIGHT SPORTS Branded broadcast of a Mayweather vs. Pacquiao fight to a later date to accommodate the September 26, 2026, date for the Tyson Fight, then CSI would broadcast and finance a Mayweather vs. Pacquiao fight on its own. Consequently, Mayweather would be able to participate in and be compensated for both fights against Tyson and Pacquiao in the same manner as previously agreed, regardless of whether Netflix was involved in a Mayweather vs. Pacquiao fight.

10. On June 2, 2026, I participated in a two-hour lunch meeting (the "June 2 Meeting") with (a) Espinoza, (b) Mark Taffet ("Taffet"), a former Home Box Office, Inc. executive on CSI's team, and (c) Craig Miele, the Co-CEO of CSI and my brother. During the June 2 Meeting, I reiterated that CSI had set September 26, 2026, as the postponed date for the Tyson Fight.

11. During the June 2 Meeting, I also advised all present that the Tyson Fight would take place in the Democratic Republic of the Congo, and that the venue there was ready, willing, and able to host the event on September 26, 2026, as long as (a) the Ebola outbreak in the Congo had been contained, and (b) the entry ban placed by the United States for travelers from the Congo was lifted in time to allow the Tyson Fight to happen on that date. I also shared that, as a backup to the Congo, CSI intended to hold the Tyson Fight in a different country overseas.

12. In addition, I informed Espinoza that, out of an excess of caution, CSI had put the American Airlines Center in Dallas, Texas, on a non-binding (against CSI) hold as a final fallback venue for the Tyson Fight on September 26, 2026. If the Tyson Fight does proceed in Texas or some other venue in the United States, CSI will hire a licensed promoter to promote that Fight and take whatever other actions would be necessary to ensure compliance with all applicable local regulations. Of course, for this to happen, Mayweather would have to waive his objections that he has made in this case about the Tyson Fight proceeding in the United States.

13. The difficulty is not finding a venue that is willing to host the Tyson Fight on September 26, 2026, because that is done and confirmed. Rather, CSI needs Mayweather to commit to the Tyson Fight so that CSI can move forward. If Mayweather commits to fight Tyson on September 26, 2026, CSI will ensure that there is a suitable venue ready, willing, and able to host the Tyson Fight. CSI has produced more than one hundred Championship boxing events and has licensed thousands of hours of boxing events for broadcast – including prior live broadcasts of the most high-profile Mayweather and Tyson fights. Therefore, moving forward with the Tyson Fight is just business as usual for CSI.

14. Following the June 2 Meeting and prior to the commencement of this lawsuit, the parties continued to engage in settlement discussions. As part of those discussions, on or about

3

June 16, 2026, Espinosa confirmed to Taffet that Netflix had agreed to broadcast a CSI/FIGHT SPORTS Branded Mayweather vs. Pacquiao fight in January of 2027. Additionally, on or about that same date, Pacquiao's manager, Jas Mathur, also confirmed that Netflix had agreed to broadcast a CSI/FIGHT SPORTS Branded Mayweather vs. Pacquiao fight in January of 2027.

15. Annexed hereto as Exhibit 1 is a video created by CSI showing Zambidis's punching power and resulting knockouts.

16. Finally, with respect to the dangers of Mayweather losing to Zambidis, I have direct knowledge of a parallel situation. In 2021, I was personally involved in the negotiations for an exhibition between Tyson and Evander Holyfield ("Holyfield"). Holyfield was and is one of the greatest fighters in the history of the sport and the exhibition would have been his third fight against Tyson. However, before an agreement could be finalized, Holyfield took an interim fight in September of 2021 against Victor Belfort ("Belfort"), an MMA fighter who had fought in only one boxing match. Shockingly, Belfort knocked Holyfield out in the first round within two minutes. As a result, the Tyson-Holyfield exhibition bout never took place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2026, in the State of New Jersey, Sussex County.

Signed by:

5CD49316586E478...

RICHARD MIELE