# EXHIBIT 1

# Video File

# Mike Zambidis Fight Highlights