UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                                Case No. 26-CV-5150 (VSB)

              *Plaintiffs*,

       – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

              *Defendants*.
----------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF MARK TAFFET

I, **MARK TAFFET**, hereby declare under penalty of perjury as follows:

1.      As set forth in my initial June 19, 2026 Declaration filed in his case, I worked at Home Box Office, Inc. ("HBO") for more than 25 years as a senior executive involved in HBO's boxing programming.

2.      During my tenure at HBO, when we entered into an agreement to broadcast a major fight ("Major Fight") for a superstar boxer such as Floyd Mayweather, Jr. ("Mayweather") our practice was not to permit either participant to take an interim fight because it would pose significant risks to the value of the Major Fight. The same was true for Showtime, HBO's major competitor at the time, and remains industry practice today for current broadcasters of fights.[1]

3.      There are three principal reasons for this policy:

4.      **First**, the Major Fight might be canceled or postponed if one of the fighters suffered an injury during an interim fight – thereby leaving a major gap in the broadcaster's schedule. It bears noting that moving a fight date due to injury is not a simple task because boxing

---

[1]     HBO and Showtime no longer broadcast fights.

is not as popular as other sports, and broadcasters can schedule fights only when there is not significant competition for the viewers' attention. As a result, Major Fights are almost never scheduled on holiday weekends, July 1 through Labor Day (due to summer vacation) or, due to the holiday season, after the first weekend of December through New Year's Day. Hence, for example, if Mayweather were to be injured during the Zambidis Fight and become unable to fight for three months, the Tyson Fight would have to be rescheduled to November before the Thanksgiving weekend or on the first weekend in December. That would then significantly delay the Pacquiao Fight.

5.      **Second**, if the fighter were to lose the interim fight, it would destroy the value of the Major Fight and likely lead to its cancellation. History shows that Mayweather's confidence that he will defeat Zambidis is not sufficient for the Court to conclude that the Zambidis Fight does not present this danger. For example:

a.      In 1990, Mike Tyson ("Tyson") was scheduled to engage in a Major Fight against Evander Holyfield ("Holyfield"). That fight was canceled because Tyson lost to an unheralded Buster Douglas in a huge upset. While Tyson fought Holyfield thereafter, he did not do so until years later after engaging in multiple fights and then going to jail;[2]

b.      In 2012, Victor Ortiz ("Ortiz") was scheduled to fight a Major Fight against Saul "Canelo" Alvarez. That fight was canceled because Ortiz was upset by Joesito Lopez, who broke his jaw;

---

[2]      Tyson's conviction is relevant there because Mayweather is currently under indictment and may possibly become unavailable if he is convicted and sentenced to prison.

2

    c.      In 2005, Shane Mosley was scheduled to fight Ricardo Mayorga ("Mayorga") in a Major Fight. That bout never went forward because Mayorga was upset by Cory Spinks; and

    d.      In 1993, Tommy Morrison ("Morrison") was scheduled to fight Lennox Lewis ("Lewis"). That fight was canceled after Morrison was upset by Michael Bennt.[3]

6.      Moreover, even where no Major Fight has been scheduled, many superstar boxers have been upset in fights where the opponent was given little or no chance to win. For example:

    a.      In 2001, Lewis was knocked out by Hasim Rahman;

    b.      In 1991, Terry Norris defeated Sugar Ray Leonard;

    c.      In 1994, Oliver McCall upset Lennox Lewis; and

    d.      In 1978, Michael Spinks defeated Muhammad Ali in Michael Spinks' eighth professional fight.

7.      **Third**, the same concerns are present if a boxer performs poorly in an interim fight. For example, in 2003, Lewis fought Vitali Klitschko ("Klitschko"). Although Lewis won the fight by Technical Knockout because he seriously damaged Klitschko's eye, Klitschko was plainly beating him. Lewis then retired from boxing after that fight.

8.      Turning to the specific dangers posed by the Zambidis Fight, they are significant notwithstanding Mayweather's skills as one of the best defensive boxers in the history of the sport. Annexed hereto as Exhibit 1 is a ChatGPT response to a question about Zambidis's record. In relevant part, it states:

---

[3] In addition, as detailed in the Supplemental Declaration of Richard Miele ("Miele Supp. Dec."), Holyfield and Tyson were negotiating for an Exhibition bout to take place in 2021. It would have been their third fight against each other. Before the agreement was consummated, Holyfield took an interim fight against Victor Belfort ("Belfort"), an MMA fighter who had a 1-0 boxing record. Belfort knocked Holyfield out in the first round during the first two minutes and the Tyson-Holyfield exhibition never happened.

> Zambidis is famous primarily for his **punching power**.  His official kickboxing record is generally listed as 157-158 wins with 87 knockouts…. [T]he best estimate is that about **90% of Mike Zambidis' knockouts came from punches**.  That's unusually high for an elite kickboxer and one reason he's often compared stylistically to punch-heavy fighters like **Mike Tyson**, despite competing under kickboxing rules.

(Emphasis supplied).

9.    To provide evidence of Zambidis's punching power and the dangers it poses to Mayweather, I refer the Court to the video annexed as Exhibit 1 to the Miele Supp. Dec..

10.    Hence, there is no way to guarantee that Mayweather would avoid injury, losing, or performing poorly if he fights Zambidis.  The only way to prevent these risks is to stop the Zambidis Fight from occurring.  I further note that these risks remain even though the Zambidis Fight is only an exhibition because he and Mayweather will still be punching each other.

11.    Finally, I state that, on or about June 16, 2026, Stephen Espinoza told me that, to accommodate CSI's rights to the Tyson Fight, Neflix had moved the date of a Mayweather vs. Pacquiao fight from September of 2026 to January 29, 2027.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2026, in the State of State of New Jersey, Morris County.

DocuSigned by:

D15E02D1E758432…

MARK TAFFET