# EXHIBIT 1



what percentage of knockouts by Mike Zambidis are by puches

Mike "Iron" Zambidis is famous primarily for his punching power. His official kickboxing record is generally listed around **157–158 wins with 87 knockouts.** Athlon +1

However, there is **no comprehensive public statistic** that breaks down exactly how many of those 87 KOs came from punches versus kicks or knees.

That said, based on his fighting style and highlight reel finishes:

- The **vast majority** of his knockouts were from punches, especially left hooks, overhand rights, and body hooks.   w Wikipedia +2
- He did score some spectacular knockouts with knees and other strikes, so the percentage is not 100%.   🔴 Reddit
- Kickboxing fans and analysts often describe him as one of the best pure punchers in kickboxing history.   🔴 Reddit +1

A reasonable estimate would be that **well over 80%—and likely closer to 90%—of his knockouts came from punches**, but an exact percentage is not officially recorded.

   w  Wikipedia +1

If you'd like, I can also ↳  identify all the known non punch KO victories in Zambidis's career and ↳ estimate the percentage more precisely.

🗗  🖒  🖓  ⬆  ⟳  ⋯   🅐🅑Ⓦ  Sources

yes

Looking through available fight records and highlight archives, I could not find a complete strike-by-strike breakdown of all 87 KO wins. However, we can get closer to an estimate.

Known non-punch knockout examples include:

- A famous jumping-switch-knee knockout that is widely circulated in highlights.
     🔴 Reddit
- Multiple flying-knee finishes mentioned by kickboxing fans and analysts.   🔴 Reddit
- A small number of kick-based stoppages during his long career under K-1 and kickboxing rules.   🌐 LiquiSearch +1

On the other hand, many recorded KOs in his fight history are explicitly listed as:

- Left hook
- Right hook
- Punches

- Referee stoppage after punch combinations  🌐 LiquiSearch

His reputation among kickboxing fans is overwhelmingly that of a boxer puncher. Discussions about his style consistently describe him as winning primarily with his hands, especially hooks to the head and body.  😀 Reddit +3

Based on the documented KO methods and his style, a reasonable estimate is:

| KO Method | Estimated Share |
| --- | --- |
| Punches | 85–95% |
| Knees | 5–10% |
| Kicks | 0–5% |

Using his commonly cited total of **87 KO wins**, that would imply roughly:

- **74–83 punch KOs**
- **4–9 knee KOs**
- **0–4 kick KOs**  💬 Everything Expla... +1

So the best estimate is that **about 90% of Mike Zambidis' knockouts came from punches.** That's unusually high for an elite kickboxer and one reason he's often compared stylistically to punch-heavy fighters like Mike Tyson, despite competing under kickboxing rules.  😀 Reddit +1

🗗 👍 👎 ⤴ ↻ ⋯ 😀🔵Ⓦ Sources

---

 **Nex Playground**
Sponsored                                                ⋯



**Nex Playground | NexGym Fitness**
Virtual coached cardio and strength sessions with motion tracking to perfect your form.

---

Ads do not influence the answers you get from ChatGPT. Your chats stay private.
Learn about ads and personalization >