UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                                    Case No. 26-cv-5150 (VSB)

                    *Plaintiffs,*

    – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

                   *Defendants.*
--------------------------------------------------------------X

## <u>DECLARATION OF DANIEL D. LEE, M.D.</u>

    I, **DANIEL D. LEE, M.D.**, hereby declare under penalty of perjury as follows:

1.     I am the treating Orthopedic Specialist for Mike Tyson ("Tyson"). I was Tyson's treating Orthopedic Specialist in March of 2026.

2.     I diagnosed Tyson's hand fracture that he sustained in March of 2026.

3.     The March 2026 hand fracture prevented Tyson from being medically cleared to fight Floyd Mayweather, Jr. ("Mayweather") in May of 2026.

4.     Tyson's hand fracture from March of 2026 does not prevent him from fighting Mayweather in September of 2026.

5.     Annexed hereto as Exhibit A is a true and accurate copy of a letter that I signed on June 24, 2026. My statements contained in Exhibit A hereto are true and accurate to my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2026, in the State of Nevada, Clark County.

_____
DANIEL D. LEE, M.D.

2