# EXHIBIT A



**DESERT ORTHOPAEDIC CENTER**

*Experience. Excellence.*

06/24/2026

Ajit K. Amesur, D.O.
John M. Baldauf, M.D.
Hugh L. Bassewitz, M.D.
Thomas Dunn, M.D.
Roger A. Fontes, M.D.
Matthew N. Fouse, M.D.
Kyle J. Hancock, M.D.
Chad M. Hanson, M.D.
Yuichiro Hayashi, M.D.
Lawrence R. Huff, M.D.
Parminder S. Kang, M.D.
Andrew B. Kim, D.O.
Daniel D. Lee, M.D.
Michael L. Lee, M.D.
Michael Miao, M.D.
Russell T. Nevins, M.D.
Steven K. Nishiyama, D.O., Ph.D.
S. Andrew Park, M.D.
Archie C. Perry, Jr., M.D.
Abdi Raissi, M.D.
Walter J. Song, M.D.
Timothy B. Sutherland, M.D.
Craig T. Tingey, M.D.
Troy S. Watson, M.D.
Richard P. Winder, M.D.
Richard S. Woodworth, M.D.
Jessica R. Zarndt, D.O.


Ryan T. Luchner
*Chief Executive Officer*

Samantha D. Craft
*Chief Operations Officer*

James P. Washer II
*Chief Financial Officer*

Misty S. Carlo
*Director of Health Information*

Sharon S. Gibbs
*Chief Revenue Officer*

Phone: (702) 731-1616
Appointments: (702) 731-4088
Fax: (702) 734-4900
www.doclv.com

To Whom It May Concern:

The hand fracture that was diagnosed in March 2026 does not prevent Mike Tyson from competing in September 2026.

Daniel D. Lee, M.D.

| Central | Northwest | Southwest | West Central | Henderson |
|---------|-----------|-----------|--------------|-----------|
| 2800 East Desert Inn Rd. | 8402 West Centennial Pkwy. | 8205 West Warm Springs Rd. | 8689 West Charleston Blvd. | 2930 West Horizon Ridge Pkwy. |
| Suite 100 | Las Vegas, NV 89149 | Suite 250 | Suite 105 | Suite 100 |
| Las Vegas, NV 89121 | | Las Vegas, NV 89113 | Las Vegas, NV 89117 | Henderson, NV 89052 |