UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

                                   Case No. 26-cv-5150 (VSB)

               *Plaintiffs*,

      – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

               *Defendants*.
-----------------------------------------------------------X

## DECLARATION OF ANDREW RUF

I, **ANDREW RUF**, hereby declare under penalty of perjury as follows:

1.      I am a Managing Partner at Paradigm Talent Agency, LLC ("Paradigm").

2.      Paradigm currently represents Mike Tyson ("Mike") and has represented him since 2019.

3.      I was responsible for negotiating and closing an agreement between Mike and CSI for Mike to fight Floyd Mayweather, Jr. ("Mayweather") in an exhibition bout that is scheduled to be broadcast by CSI (the "Tyson-Mayweather Fight").

4.      Based on his agreement with CSI, Mike has been and is currently under contract to be engaged in the Tyson-Mayweather Fight on September 26, 2026. Mike is presently in training for the Tyson-Mayweather Fight, and we have been operating with the understanding that it will be Mike's next fight since the Fall of 2025.

5.      Mike is ready, willing, and able to participate in the Tyson-Mayweather Fight on September 26, 2026.

Docusign Envelope ID: B4EDF17C-45D2-80FD-83B3-D40B37BA545E

6.      The Tyson-Mayweather Fight was originally planned to go forward in the Spring of 2026.

7.      However, as noted by Mike's orthopedist, Daniel Lee, M.D., Mike fractured his hand which prevented him from fighting Mayweather on May 30, 2026.  As further noted by Dr. Lee, this hand injury poses no impediment to Mike fighting Mayweather on September 26, 2026.

8.      The opportunity to fight Mayweather is a huge opportunity for Mike.  In addition to financial remuneration, it is my professional opinion that Tyson and Mayweather are two of the biggest names in boxing and it will have special meaning in the history of the sport for them to fight each other.

9.      If Mayweather is unable to participate in the Tyson-Mayweather Fight on September 26, 2026, Mike will suffer significant harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2026, in the State of California, Los Angeles County.

DocuSigned by:

*Andrew Ruf*

E07FA00F79F0434...

ANDREW RUF