### SINGER
## WEINSTEN WOLF & JONELIS LLP
ATTORNEYS AT LAW

SUITE 2400

2049 CENTURY PARK EAST

LOS ANGELES, CALIFORNIA 90067-2906

TELEPHONE (310) 556-3501

FACSIMILE (310) 556-3615

WWW.SINGERLAW.COM

MARTIN D. SINGER
BRIAN G. WOLF
LYNDA B. GOLDMAN
PAUL N. SORRELL
MICHAEL E. WEINSTEN
EVAN N. SPIEGEL
ALLISON S. HART
T. WAYNE HARMAN

DAVID B. JONELIS
MELISSA Y. GLASS △*
KELSEY J. LEEKER
CESIE C. ALVAREZ △
MILAGROS R. VILLALOBOS
MAX D. FABRICANT
ROYA M. HASSAS

△ ALSO ADMITTED IN NY
* ALSO ADMITTED IN TX

June 25, 2026

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Thurgood Mashall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

     **Re:**    *CSI Ent., LLC et al. v. Mayweather et al.* **(Case No. 1:26-cv-05150 VSB)**

Dear Judge Broderick:

We represent Specially Appearing Defendant Floyd Mayweather, Jr. in the above-referenced action. Consistent with the Court's instructions at the June 24 hearing of Plaintiffs' Motion for Preliminary Injunction or Temporary Restraining Order [ECF No. 10] ("Motion"), we respectfully submit this cover letter and supplemental evidence in support of Defendant's Opposition to the Motion [ECF No. 16] ("Opposition"). The purpose of this letter is to provide a summary of information responsive to issues identified by the Court and raised by Plaintiffs during yesterday's hearing, with citations to the supplemental evidence submitted today by Mr. Mayweather in further support of his Opposition.[1]

I also write to notify the Court of an important recent development. Because Plaintiffs' Motion remains pending without a ruling, the Mayweather-Zambidis event will no longer proceed in Athens, Greece as planned on Saturday evening. Plaintiffs' commencement of this action and filing of the Motion, as well as their legal threats domestically and in Greece, have effectively stopped any promotion or distribution plans for the event and halted ticket sales. Due to the fluid situation on the ground in Athens and significant damage to the commercial viability of the event, and given the time difference and imminence of its scheduled start time on June 27, the difficult decision was made to cancel the June 27 exhibition fight. Depending on the Court's ruling, the event may be rescheduled for a later date.

---

[1] The following supplemental evidence is filed concurrently herewith: the Declaration of Floyd Mayweather, Jr. ("Mayweather Decl."); the Supplemental Declaration of Stephen Espinoza ("Supp. Espinoza Decl."); the Supplemental Declaration of Walter Jordan ("Supp. Jordan Decl") and Exhibit A thereto; the Supplemental Declaration of Cesie C. Alvarez ("Supp. Alvarez Decl.") and Exhibits B through J thereto; and the Declaration of Keane Anis ("Anis Decl.").

1

**<u>Evidence Pertaining to the Validity and Enforceability of CSI's Agreements and Performance Thereunder.</u>**

1.      A signed Agreement with EverWonder for the Mayweather-Pacquiao Fight dated as of October 5, 2025 was executed prior to Frist Apex entering into the purported November 2025 deal with CSI for the same event. Supp. Jordan Decl. ¶¶ 3-4, Ex. A.

2.      Discussions regarding Mr. Mayweather's participation in an exhibition fight against Mike Zambidis began in November 2024. Anis Decl. ¶ 3.

3.      Jona Rechnitz's fraudulent conduct included his procurement of Mr. Mayweather's signature on the inducement letter for the CSI agreements. Mayweather Decl. ¶¶ 3-4, 6-8.

4.      Mr. Mayweather did not receive the advances paid by CSI to Frist Apex in August and November 2025, nor did he receive the advances paid by EverWonder or any third party to Frist Apex in connection with the Mayweather-Pacquiao event. Mayweather Decl. ¶¶ 3-4, 6.

5.      There is testimony, publicly-available information and reporting regarding delays of and venue changes for the Mayweather-Tyson exhibition fight. Supp. Jordan Decl. ¶¶ 5-9; Supp. Espinoza Decl. ¶¶ 3-5, 9; Supp. Alvarez Decl. ¶¶ 3-11, Exs. B-J.

6.      Mr. Mayweather was ready, willing and able  readiness to participate in the Tyson exhibition fight in spring 2026. Mayweather Decl. ¶ 5.

7.      CSI has been unable to produce the Mayweather-Tyson exhibition or the Mayweather-Pacquiao event. Supp. Jordan Decl. ¶¶ 6-11; Supp. Espinoza Decl. ¶¶ 3-10; *see also* ECF No. 16-3 ("Espinoza Decl.") ¶¶ 13-15.

**The Parameters of the Mayweather-Zambidis Exhibition Fight.**

1.      We are providing information regarding the rules for the fight between Mr. Mayweather and Mr. Zambidis and Muhammad Ali's exhibition fight against Antonio Inoki and opinions regarding their dissimilarity. Supp. Espinoza Decl. ¶¶ 12-18; Anis Decl. ¶¶ 11-15.

2.      We are providing the comparative professional boxing credentials of Mr. Mayweather and Mr. Zambidis. Supp. Espinoza Decl. ¶¶ 13-14, 16; Anis Decl. ¶¶ 13-15.

**Evidence Pertaining to Distribution and Production of the Mayweather-Zambidis Exhibition.**

1.      There is currently no distributor in place for the Mayweather-Zambidis fight other than a local Greek broadcaster. Anis Decl. ¶ 10; Supp. Jordan Decl. ¶ 13.

2.      Significant resources have been invested in producing the Mayweather-Zambidis fight. Anis Decl. ¶¶ 4-6.

**Evidence and Opinions Regarding the Risk of Harm to CSI, Mr. Mayweather and Third Parties.**

1.      We are providing an opinion from Steven Espinoza that CSI is unlikely to suffer irreparable harm should the Zambidis fight proceed. Supp. Espinoza Decl. ¶¶ 12, 19-20, 22; *see also* Espinoza Decl. ¶¶ 7-11.

2.      We are providing evidence that poor performance in an exhibition fight by an iconic boxer does not reduce the commercial value of future fights. Supp. Espinoza Decl. ¶¶ 20-22; Espinoza Decl. ¶¶ 7-11; *see also, e.g.*, Supp. Alvarez Decl. ¶ 3, Ex. B.

3.      We are providing opinions that Mr. Mayweather's participation in the Zambidis exhibition fight is unlikely to result in physical harm that would prevent him from fighting Mr. Tyson or Mr. Pacquiao at a future date. Supp. Espinoza Decl. ¶¶ 12-18; Anis Decl. ¶¶ 11-15.

4.      We are providing evidence of the public awareness of the Zambidis-Mayweather fight in March 2026. Supp. Alvarez Decl. ¶ 8, Ex. G.

5.      We are providing an opinion that postponement or rescheduling of a boxing event does not necessarily harm its future commercial success. Supp. Espinoza Decl. ¶ 11.

**Evidence Regarding Mr. Mayweather's Financial Condition.**

1.      Notwithstanding the alleged conversion of Mr. Mayweather's assets by Jona Rechnitz, Frist Apex and their co-conspirators, Mr. Mayweather still has assets and the ability to satisfy a monetary judgment against him if one is entered. Supp. Jordan Decl. ¶ 12.

2.      There is no risk of Mr. Mayweather's insolvency, particularly between the present and CSI's proposed September 26, 2026 date for the rescheduled Mayweather-Tyson exhibition fight. Supp. Jordan Decl. ¶ 12.

**Evidence Relevant to Calculation of the Bond to Be Posted by CSI If the Court Grants the TRO Prohibiting Mr. Mayweather from Participating in the Exhibition Fight Against Mr. Zambidis.**

1.      We are providing evidence of the advances paid to Mr. Mayweather ($3 million) and his potential earnings from Saturday's event (at least $10 million). Anis Decl. ¶ 5.

2.      We are providing evidence of Mr. Mayweather's out-of-pocket expenses pertaining to the exhibition fight against Mr. Zambidis (approximately $250,000 for training camp). Supp. Jordan Decl. ¶ 14

3.      We are providing evidence of the investment by the fight's promoter, Front Row, and other third parties to produce the event. Anis Decl. ¶¶ 4-6.

4.      We are providing evidence of the harm to Front Row and third parties if a TRO issues. Anis Decl. ¶¶ 8-10, 16-17.

5.      We are providing evidence of the potential liability for Mr. Mayweather if a TRO issues. Anis Decl. ¶ 8.

Based on the evidence submitted, we respectfully submit that, should the Court be inclined to grant the TRO prohibiting Mr. Mayweather from fighting Mr. Zambidis, an appropriate amount for CSI's bond is at least $15 million.

Respectfully yours,

MELISSA Y. GLASS
     Of
SINGER WEINSTEN WOLF
     & JONELIS LLP

*Counsel for Specially Appearing Defendant Floyd Mayweather*