UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC, *Plaintiffs*,

– against –

FLOYD MAYWEATHER, JR. and FRIST
APEX VENTURES LLC,

*Defendants*.

----------------------------------------------------------------X

CASE NO. 1:26-CV-05150 (VSB)

### DECLARATION OF KEANE ANIS IN SUPPORT OF SPECIALLY APPEARING DEFENDANT FLOYD MAYWEATHER, JR.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND <u>TEMPORARY RESTRAINING ORDER</u>

I, Keane Anis, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. I have personal knowledge of the facts set forth herein, except for those stated on information and belief, and as to those matters, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the facts set forth herein.

2. I am the Chief Executive Officer of Front Row and the promoter and organizer of the proposed exhibition event between Floyd Mayweather, Jr. and Mike Zambidis in Greece (the "Mayweather-Zambidis Event" or the "Event"). I submit this declaration in support of Mr. Mayweather's Opposition to Plaintiffs' Motion for Preliminary Injunction or Temporary Restraining Order.

3. Discussions concerning the Event began in or around November 2024. The agreement for the Event was reached and executed on or about May 15, 2025. I have been responsible for organizing and overseeing the Event, including talent, sponsors, government

1

stakeholders, vendors, venue matters, broadcast and distribution discussions, marketing, promotion, staffing, logistics, and overall execution.

4.      Front Row has spent substantial time and money preparing the Event. As of the date of this declaration, Front Row has spent or irrevocably committed approximately $7 million in connection with the Event, including for the Las Vegas press conference, production, marketing, advertising, travel, hotels, security, staffing, equipment, venue-related matters, insurance, licensing and governmental fees, and other event expenses.

5.      Front Row has paid Mr. Mayweather approximately $3 million to date, in addition to covering travel expenses for his training team, security personnel, and staff. If the Event proceeds, Front Row expects Mr. Mayweather to receive an additional purse together with sponsor-related compensation, gate revenue participation and streaming or broadcast revenue (if a distributor is confirmed prior to the fight), resulting in total compensation of at least $10 million, with additional upside depending on the Event's performance.

6.      Substantial preparations have been made in Greece. Front Row and its local partners have coordinated venue, production, security, travel, hotel, staffing, licensing, vendor, government, promotional and logistical matters. Hundreds of people have been involved in the preparation and execution of the Event.

7.      Plaintiffs did not contact me to discuss Front Row's agreement with Mr. Mayweather or the status of the Mayweather-Zambidis Event before sending cease-and-desist and threatening letters in the United States and Greece. Those communications have interfered with Front Row's ability to proceed in the ordinary course and have created uncertainty for the Event.

8.      As a result of the uncertainty created by these proceedings and the absence of a decision sufficiently in advance of the Event, Front Row has made the difficult decision to cancel the Mayweather-Zambidis Event. We remained prepared to proceed if the legal uncertainty had

been resolved in sufficient time to allow the Event to move forward in an orderly and responsible manner. By the time it became clear that no decision would be issued sufficiently in advance, however, it was no longer commercially or operationally feasible to proceed. In addition to the losses Front Row and its partners will incur, the cancellation of the Event has prevented Mr. Mayweather from performing his obligations under the Event agreement. As a result, I understand that third parties involved in the Event's production and execution may seek to assert claims against him arising out of the cancellation.

9.      Front Row has staged hundreds of sports, music and live entertainment events across Europe, Africa and the Middle East. Our reputation is based on delivering events as promised. The cancellation of the Event caused by Plaintiffs' claims less than two days before the Event is likely to damage Front Row's credibility and reputation with investors, partners, government stakeholders, sponsors, vendors, broadcasters and fans.

10.     Front Row has been engaged in discussions concerning broadcast and distribution of the Event. At present, DAZN advised that it would await the outcome of these proceedings before determining whether to proceed with distribution. The uncertainty created by Plaintiffs' claims materially affected those discussions. As a result of the cancellation of the Event, no broadcast or distribution agreement was finalized. The only broadcast arrangement that had been secured was a local broadcast in Greece.

11.     The Mayweather-Zambidis Event is intended to be an exhibition boxing event. It is scheduled for six rounds of two minutes each, using 10-ounce gloves. It is boxing only. Kicks are not permitted. There is no belt at stake, and the participants understand that the purpose is to entertain the audience rather than to create a traditional professional boxing contest.

3

12.     The exhibition rules are designed to reduce risk. The rounds are shortened, the gloves are heavier and the event is entertainment-focused. The fighters understand that this is not a traditional professional bout with a championship or professional record consequence.

13.     Mike Zambidis is a retired kickboxer who has competed primarily in kickboxing. I understand he has competed in only one professional boxing bout. He is approximately 5 feet 6 inches tall, approximately 154 pounds and was born on July 15, 1980. His last professional fight was in 2019. He was selected because he is well known in Greece and has a large following there, and because local tourism and event stakeholders supported bringing this entertainment event to Greece.

14.     Based on the nature of the Event and Mr. Zambidis's boxing background, I do not believe the Mayweather-Zambidis Event presents the type of competitive risk associated with a traditional professional boxing match. Mr. Mayweather is an undefeated former five-division world champion and Olympic boxer with a professional record of 50-0.

15.     I am aware of comparisons to the Muhammad Ali versus Antonio Inoki event. In my opinion, that fight is not a proper comparison to the Event. My understanding is that Ali-Inoki was fought under unusual, negotiated special rules and permitted Inoki to use kicks to Ali's legs. The Mayweather-Zambidis Event is completely different. It is a boxing exhibition that permits the fighters to use only their hands, as in boxing.

16.     Had a decision been issued sufficiently in advance of the Event to allow the parties, broadcasters, vendors, and other stakeholders to proceed with certainty, Front Row would have continued its efforts to stage the Event as planned. Instead, the absence of a timely resolution created practical and commercial uncertainty that made it impossible to proceed responsibly with an international live event of this magnitude.

4

17.     For all of the foregoing reasons, the cancellation of the Mayweather-Zambidis Event has caused substantial practical, contractual, commercial and reputational harm to Front Row and numerous third parties, much of which would be difficult to fully quantify after the fact.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 25, 2026 at Athens, Greece.

_____    KEANE ANIS