UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X    CASE NO. 1:26-CV-05150 (VSB)
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,

     *Plaintiffs*,

   – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

     *Defendants*.
---------------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF WALTER JORDAN IN FURTHER SUPPORT OF SPECIALLY APPEARING DEFENDANT FLOYD MARYWEATHER, JR.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND <u>TEMPORARY RESTRAINING ORDER</u>

I, Walter Jordan, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.  I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of the facts set forth herein, except for those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to those facts set forth herein.

2.  I am Specially Appearing Defendant Floyd Mayweather, Jr.'s business manager and have served in that capacity since February 2026. This Supplemental Declaration is submitted in support of Mr. Mayweather's Opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order and to provide information regarding issues raised by the Court during the June 24, 2026 hearing.

3.  In my role as Mr. Mayweather's business manager, I am familiar with the negotiations, agreements and communications relating to Mr. Mayweather's boxing and exhibition events.

1

4.      Before Frist Apex entered into its subsequent agreements with CSI concerning the proposed Mayweather-Pacquiao event, Frist Apex, Floyd Mayweather, Jr., and Players Era, LLC d/b/a EverWonder Studios had already entered into an October 5, 2025 Boxing and Promotional Services Agreement concerning that event. Attached hereto as **Exhibit A** is a true and correct copy of the October 5, 2025 agreement with EverWonder.

5.      In early 2026, I participated in discussions concerning the proposed Mayweather-Tyson event, including regarding the event's potential location, financing and logistics. At the time, the event was scheduled for April 25, 2026, and was later rescheduled to May 30, 2026.

6.      The proposed location of the event continued to change over time, just like the target date. Well into March 2026, CSI was planning to hold the event in the Democratic Republic of the Congo ("DRC"). In late May and early June, CSI raised the possibility of holding the Mayweather-Tyson exhibition in Texas or Florida. When Mr. Mayweather terminated the agreements with CSI on June 9, no final venue had been selected for the proposed Mayweather-Tyson event.

7.      I understand that Plaintiffs have attributed delays in the proposed Mayweather-Tyson event at least in part to concerns regarding travel advisories for the DRC issued by the U.S. State Department. Based on my personal involvement in discussions concerning the event, however, CSI continued to actively consider the DRC as a potential venue even after the U.S. Department of State issued its August 2025 Level 4 "Do Not Travel" advisory and other travel advisories and security alerts for the country. Indeed, I observed that Mike Tyson publicly announced in March 2026 that his fight with Mr. Mayweather would take place in Africa in April.

8.      Based on my personal knowledge and communications with CSI, the discussions about holding the event in the DRC ended because the anticipated funding for the event did not materialize—not because of any State Department travel advisory.

9.      I understand that Plaintiffs also attribute the delay of the Mayweather-Tyson exhibition to Mike Tyson's injury in March 2026. I have reviewed the June 24, 2026 letter from Daniel D. Lee, M.D. of Desert Orthopaedic Center filed by Plaintiffs prior to the hearing. The

2

letter states that Tyson "was evaluated and treated for a fractured hand in March 2026." I am aware that Tyson was already wearing a cast on his right hand during a March 11 episode of The Ariel Helwani Show. When the host asked Tyson if his hand was broken, Tyson stated it was not and referred to it as "just a sprain." He also expressed his belief that his fight against Mayweather was proceeding, as previously announced, on April 25. Based on what I saw online, Mike Tyson was no longer wearing a cast about a week later. For these reasons, I was blindsided when Mr. Miele sent a letter to Mr. Mayweather and me, among others, on May 12, stating that the fight would not happen on the then-scheduled date of May 30.

10.     Prior to Plaintiffs filing this litigation, they identified September 26, 2026 as the date for the rescheduled Mayweather-Tyson exhibition. However, they did not offer any evidence that they had secured a venue, funding and other elements necessary to put on the event.

11.     Based on what I have observed since becoming involved in discussions with CSI regarding the exhibition in February 2026, I saw no evidence that CSI was in a position to proceed with the Mayweather-Tyson fight at any time. I noticed that explanations for CSI's repeated delays of the exhibition changed over time and were inconsistent with what I had personally observed. As a result, I have no confidence that CSI will be able to proceed with the Mayweather-Tyson fight on September 26, 2026 or any other time.

12.     As Mr. Mayweather's business manager, I regularly review and oversee information concerning his assets, income, and financial affairs. Based on my personal knowledge, Mr. Mayweather continues to possess substantial assets notwithstanding the alleged wrongful conduct of Jona Rechnitz and others. In my opinion, there is no basis to conclude that Mr. Mayweather is at risk of insolvency or that he would be unable to satisfy a monetary judgment in the event one was entered against him.

13.     As it concerns the June 27, 2026 Mayweather-Zambidis event, I am not aware that any broadcast or distribution agreement for the exhibition is in place as of the date of this declaration.

3

14. Based on my role as Mr. Mayweather's business manager, I am aware that, in preparation for the June 27, 2026 Mayweather-Zambidis exhibition, Mr. Mayweather has personally paid approximately $250,000 in out-of-pocket training camp expenses. Those expenditures have already been incurred in reliance on the Event proceeding as scheduled and would not be recoverable if the Event were cancelled or enjoined at this late stage.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2026 at Laurel, Maryland.

DocuSigned by:

*Walter jordan*

857EECFC017C476...

Walter Jordan

4