UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X     CASE NO. 1:26-CV-05150 (VSB)
CSI ENTERTAINMENT, LLC, CSI SPORTS
EVENTS, LLC, and CSI ENTERTAINMENT
EVENTS, LLC,
                              Plaintiffs,

            – against –

FLOYD MAYWEATHER, JR. and
FRIST APEX VENTURES LLC,

                              Defendants.
------------------------------------------------------------X
```

**SUPPLEMENTAL DECLARATION OF CESIE C. ALVAREZ IN SUPPORT OF
SPECIALLY APPEARING DEFENDANT FLOYD MAYWEATHER, JR.'S
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER**

I, Cesie C. Alvarez, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of the facts set forth herein, except for those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to those facts set forth herein.

2.      I am an attorney licensed to practice law in the State of New York. I am an associate at the law firm Singer Weinsten Wolf & Jonelis LLP, counsel of record for Specially Appearing Defendant Floyd Mayweather, Jr. ("Defendant") in the above-captioned action. I submit this Supplemental Declaration in support of his Opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a publicly available article from December 8, 2025 reporting statements attributed to Mike Tyson concerning the anticipated Mayweather-Tyson event. The article reports Mr. Tyson's statements that the event

1

was expected to take place in Africa in March 2026 and that the specific date and venue had not yet been identified. The article also contains statements regarding Mr. Tyson's 2024 fight against Jake Paul, including that Mr. Tyson "was a shadow of himself and claimed he 'nearly died' to get into shape for the clash which saw him fall to a sad defeat." I obtained this article from https://talksport.com/boxing/3800689/mike-tyson-update-floyd-mayweather-fight-date-location/ on June 24, 2026.

4.  Attached hereto as **Exhibit C** is a true and correct copy of a publicly available article published on February 16, 2026, concerning the proposed Mayweather-Tyson exhibition. Among other things, the article reports that the anticipated event was expected to take place in the Democratic Republic of the Congo on or about April 25, 2026, and notes that no broadcaster had yet been announced for the event. I obtained this article from a publicly available source on June 24, 2026.

5.  Attached hereto as **Exhibit D** is a true and correct copy of the U.S. Department of State's January 29, 2025 Travel Advisory concerning the Democratic Republic of the Congo ("DRC"). The advisory reflects that the Department of State raised the country's overall advisory to Level 4, "Do Not Travel," and cites armed conflict, crime, civil unrest, kidnapping, and terrorism as the basis for the advisory.

6.  Attached hereto as **Exhibit E** is a true and correct copy of the U.S. Embassy Kinshasa's August 12, 2025 Security Alert and updated travel advisory concerning the DRC. The document reflects continuing security concerns within the DRC, including armed conflict, civil unrest, and restrictions affecting travel in portions of the country.

7.  Attached hereto as **Exhibit F** is a true and correct copy of a February 10, 2026 Security Alert issued by the U.S. Embassy in Kinshasa, DRC. I obtained this document from the U.S. Embassy's publicly available website on June 24, 2026.

8.  Attached hereto as **Exhibit G** is a true and correct copy of a publicly available article published on March 4, 2026, reporting that the previously announced April 25, 2026

2

Mayweather-Tyson event in the DRC had been taken off the calendar. I obtained this article from a publicly available source on June 24, 2026.

9. Attached hereto as **Exhibit H** is a true and correct copy of a March 19, 2026 post from Mr. Tyson's public Instagram account depicting Mr. Tyson appearing publicly in Thailand. The post reflects Mr. Tyson appearing at a public event and does not show him wearing a cast on either arm.

10. Attached hereto as **Exhibit I** is a true and correct copy of a publicly available article published on May 20, 2026, reporting that the proposed Mayweather-Tyson event had been postponed from the spring until the fall of 2026 because of Mr. Tyson's reported injury, and further reporting that a new date and venue had not yet been announced. I obtained this article from a publicly available source on June 24, 2026.

11. Attached hereto as **Exhibit J** is a true and correct copy of a May 7, 2026 post from Mr. Tyson's public Instagram account depicting Mr. Tyson making a public appearance. Like the March 19, 2026 post, the image depicts Mr. Tyson without any visible cast on either arm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2026 at Los Angeles, California.

Cesie C. Alvarez

3