# EXHIBIT B

https://talksport.com/boxing/3800689/mike-tyson-update-floyd-mayweather-fight-date-location/

 **talkSPORT** ⚽ US Edition ⌄

 10:00 PM - 2:00 AM
**talkSPORT Breakfast with /**
🎧 Listen LIVE     ▶ Watch LIVE

Sign in 👤

Search 🔍

World Cup    Football    Predict6    **Boxing**    UFC    NFL    Basketball    Darts    Horse Racing    Golf    More

Boxing

# Mike Tyson finally gives update on Floyd Mayweather fight disclosing date and location

**Charlotte-Marie Ford**, Combat Sports Writer
Published: 11:40, 8 Dec 2025  |  Updated: 11:41, 8 Dec 2025



## RECOMMENDED FOR YOU

 **Wyndham Clark reveals girlfriend cheated on him with $131m NFL superstar sparking feud** ...

 **Liam Paro survives 'axe wound' cut to defeat Lewis Crocker in epic world title fight**

 **Brendan Sorsby gets immediate offer after door slammed shut on NFL dream**

 **Scotland's knockout hopes hanging by a thread as Brazil run riot, Vinicius with double** ...

 𝕏

G  Add us as preferred source

**Mike Tyson has claimed he will be fighting Floyd Mayweather in Africa this March.**

Tyson and Mayweather announced in September that they would be facing off in an exhibition match in 2026.

**Sign up for our Boxing newsletter**

Email address                    Sign up

Your info will be used in accordance with our **Privacy Policy**



# Mike Tyson finally gives update on Floyd Mayweather fight disclosing date and location

**Charlotte-Marie Ford**, Combat Sports Writer

 **Wyndham Clark reveals girlfriend cheated on him with $131m NFL superstar sparking feud** ...

 **Liam Paro survives 'axe wound' cut to defeat Lewis Crocker in epic world title fight**

Published: 11:40, 8 Dec 2025 | Updated: 11:41, 8 Dec 2025

 

that Mayweather was in huge talks [over a sequel with most famous rival Manny Pacquiao](#) in 2026.

But much to the shock of [many in the boxing world](#), his fight with Tyson certainly does seem to be going ahead.

During an interview in Dublin, the former undisputed heavyweight champion has now explained exactly what the event plan entails.

## READ MORE BOXING



**Conor McGregor doesn't hesitate when predicting Mike Tyson vs Floyd...**



**Floyd Mayweather offered rematch in two brutal sports by former foe**

He said: "It's going to be in March and it's going to be in Africa.

"It's going to be incredible, it's going to break all the records and it's going to be one of the biggest events in the history of the sport."

Although the exact date and venue has yet to be named, the pair are expected to share the ring a matter of months from now.

## What else do we know about Mike Tyson vs Floyd Mayweather?

Due to their weight discrepancy of over 70lbs, Tyson and Mayweather will be fighting in an unofficial contest.

## MOST READ IN BOXING



**Ricky Hatton's son Campbell admits father's death 'saved his life' in emotional interview**



**Liam Paro survives 'axe wound' cut to defeat Lewis Crocker in epic world title fight**



**Brendan Sorsby gets immediate offer after door slammed shut on NFL dream**



**Scotland's knockout hopes hanging by a thread as Brazil run riot, Vinicius with double ...**



fake job offer scam



**What happens if England finish second in Group L at World Cup?**



**Jack Wilshere: Thomas Tuchel knows exactly what he's doing by singling out England star ...**



**Tottenham confident of hijacking Man United's deal for superstar midfielder**



**Former England rugby international stopped in wild boxing debut by 6ft 7in NRL star**



**Floyd Mayweather vs Mike Zambidis: Date, start time, undercard and where to watch**

When Tyson last fought Jake Paul in 2024 he tipped the scales at 228.5lbs, while Mayweather came in at 149.5lbs for his final fight in 2017.

The heavyweight icon was a shadow of himself and claimed he 'nearly died' to get into shape for the clash which saw him fall to a sad defeat.



**MOST READ**

**Ricky Hatton's son Campbell admits father's death 'saved his life' in emotional interview**

**Liam Paro survives 'axe wound' cut to defeat Lewis Crocker in epic world title fight**

**Former England rugby international stopped in wild boxing debut by 6ft 7in NRL star**

**Floyd Mayweather vs Mike Zambidis: Date, start time, undercard and where to watch**



**Mayweather was a champion in five different weight classes across his career** Credit: GETTY

Since Mayweather retired after beating Conor McGregor, he has had numerous exhibition bouts with an array of influencers and reality television stars.

And this time around, it won't provide any more of a test with Tyson well beyond the peak of his powers.

With the purse expected to be at least eight-figures, the payday was undeniably the huge motivator in getting the fight over the line.

The 48-year-old has already flaunted what appeared to be thousands of dollars for just penning the deal with Tyson.

But while the money may be enticing, the rivals are also aware of their age disparity.

Especially as Tyson will be almost 60-years-old when they lace up their gloves and Mayweather is 11 years his junior, but far from his heyday.

**READ MORE ON TALKSPORT**



**Bruno Fernandes makes decision on Manchester United future amid Saudi...**



**Harry Wilson future decided as Premier League club win race for free agent**



**Mayweather vs Tyson is anticipated to bring in huge numbers providing it goes ahead as the latter explained** Credit: Mike Tyson

Although luckily due to the nature of the bout, neither man face the usual pressure of securing a win, and it won't count on any professional record.

As two of the sport's biggest names face-off it will be a blockbuster event, regardless of it being dubbed as a glorified sparring contest.

**Topics**  Floyd Mayweather Junior    Mike Tyson