# EXHIBIT C

6/24/26, 8:28 PM
Mike Tyson vs Floyd Mayweather: Date, UK start time, undercard, rules and where to watch exhibition fight | talkSPORT

Case 1:26-cv-05150-VSB    Document 28-8    Filed 06/25/26    Page 2 of 12

**talkSPORT** ⚽   US Edition ⌄

5:45 PM - 9:00 PM
e - Czech Republic v Mexico

🎧 Listen LIVE    ▶ Watch LIVE

Sign in 👤

Search 🔍

**World Cup**   **Football**   **Predict6**   **Boxing**   **UFC**   **NFL**   **Basketball**   **Darts**   **Horse Racing**   **Golf**   **More**

Boxing

# Mike Tyson vs Floyd Mayweather: Date, UK start time, undercard, rules and where to watch exhibition fight

**Joe Brophy**, Senior Feature Writer

Published: 21:10, 16 Feb 2026 | Updated: 21:10, 16 Feb 2026



CREDIT: Floyd Mayweather (IG)

**RECOMMENDED VIDEOS** ⌄

Add us as preferred source

**Floyd Mayweather and Mike Tyson are expected to settle a dream boxing matchup in an exhibition between two icons this year.**

The pair sent shockwaves throughout the sport in September by announcing they would share the ring in a clash fans never believed would be possible.



Sign up for our **Boxing** newsletter

Email address    Sign up

Your info will be used in accordance with our Privacy Policy

Case 1:26-cv-05150-VSB   Document 28-8   Filed 06/25/26   Page 3 of 12



**American boxing legends are set to meet on April 25 in the Congo**

Credit: Getty

Eleven years separate Tyson, who retired from professional boxing in 2005, and 48-year-old Mayweather, who finished with an unbeaten 50-0 record in 2017.

In their heyday, Iron Mike reigned as heavyweight champion while 'Money' was a champion in five different weight classes.

Confirmation of a bout between the two despite their age and size difference came as even more of a surprise, considering Tyson's worrying condition during his defeat to Jake Paul last November.

However, the 'Baddest Man on the Planet' revealed it was Mayweather's idea to hold an exhibition bout in 2026.

## READ MORE BOXING NEWS

 



**'I wasn't bothering nobody' - Tyson on how bizarre exhibition fight with...**



**Mike Tyson reveals why he is still fighting at 59 years old ahead of Floyd...**

## When is Mike Tyson vs Floyd Mayweather?

Former undisputed heavyweight champion Tyson originally confirmed the news on Instagram, which said the fight will take place in spring 2026.

Mike Coppinger of Ring Magazine then reported the bout had been 'tentatively set' to take place on April 25.

## Where is Tyson vs Mayweather?

After Tyson suggested venues in Africa were being looked at to stage the fight, sources informed Coppinger that the exhibition is expected to take place in the Congo, Africa's second-largest country..

## How to watch Tyson vs Mayweather

No broadcaster has yet been announced, but Netflix - which aired Tyson's defeat to Paul - will likely be among the frontrunners.

---

## MOST READ IN BOXING



**Ricky Hatton's son Campbell admits father's death 'saved his life' in emotional interview**



**Liam Paro survives 'axe wound' cut to defeat Lewis Crocker in epic world title fight**



**Former England rugby international stopped in wild boxing debut by 6ft 7in NRL star**



**Floyd Mayweather vs Mike Zambidis: Date, start time, undercard and where to watch**

The event is expected to be put on by CSI Sports/Fight Sports, with details around talkSPORT's coverage to follow in due course.

talkSPORT and talkSPORT.com will bring you all the latest news, views and analysis around the fight.

6/24/26, 8:28 PM
Mike Tyson vs Floyd Mayweather: Date, UK start time, undercard, rules and where to watch exhibition fight | talkSPORT

Case 1:26-cv-05150-VSB    Document 28-8    Filed 06/25/26    Page 5 of 12



**Tyson is set return to the ring once again to battle fellow boxing icon, Mayweather, in 2026** Credit: Getty/talkSPORT

To tune in to talkSPORT through the website, click HERE for the live stream.

Listen via the talkSPORT app here, or on DAB digital radio, through your smart speaker and on 1089 or 1053 AM.

Visit talkSPORT BET for all the latest odds and bet boosts.

## Tyson vs Mayweather: Undercard

*More to follow...*

- **MAIN EVENT: Floyd Mayweather vs Mike Tyson**

## How did the fight come about?

Tyson said: "When CSI came to me about stepping in the ring with Floyd Mayweather, I thought, 'No way this happens,' but Floyd said

'yes'.



**Mayweather never lost in his 50 fights, where he won titles in five weight classes** Credit: Getty



**Tyson has been retired since 2005, but has made returns to the ring since, notably against Jake Paul** Credit: Getty

At a Hard Rock Bet VIP event, the 59-year-old added: "I was minding my own business.

"I wasn't bothering nobody. He just wanted to pick a fight."

## What has Mayweather had to say?

Mayweather, who beat Conor McGregor in his last professional fight, has competed in several exhibition bouts since retiring in 2017.

He has fought Logan Paul, Deji, Aaron Chalmers, and most recently John Gotti III, whom he weighed in at 160Ibs for.

Mayweather said: "I've been doing this for 30 years and there hasn't been a single fighter that can tarnish my legacy.

"You already know that if I am going to do something, it's going to be big and it's going to be legendary.

## READ MORE ON TALKSPORT



**Bruno Fernandes makes decision on Manchester United future amid Saudi...**



**Harry Wilson future decided as Premier League club win race for free...**

**Despite the shock-factor, Mayweather vs Tyson is anticipated to bring in huge numbers** Credit: Mike Tyson

"I'm the best in the business of boxing.

"This exhibition will give the fans what they want."

**Topics**    Floyd Mayweather Junior    Mike Tyson

## YOU MIGHT LIKE



**World Cup commentator banished by FIFA for repeated use of crass phrase**



**Bears have 'handshake' deal on new $4bn stadium site ahead of official announcement**



**Brendan Sorsby gets immediate offer after door slammed shut on NFL dream**



**MLS schedule will help lure world's best players but $1bn franchise's COO warns of risks**

6/24/26, 8:28 PM
Case 1:26-cv-05150-VSB    Document 28-8    Filed 06/25/26    Page 9 of 12
Mike Tyson vs Floyd Mayweather: Date, UK start time, undercard, rules and where to watch exhibition fight | talkSPORT



**Liam Paro survives 'axe wound' cut to defeat Lewis Crocker in epic world title fight**



**What time is Scotland v Brazil? Confirmed teams, date, UK kick-off time and stadium**



**Scotland v Brazil 10/1 bet builder on Vini Jr, Scott McTominay & Lewis Ferguson on Betfred**



**ESPN draft blunder leaves Dirk Nowitzki red-faced in middle of message to Hornets pick**

Case 1:26-cv-05150-VSB    Document 28-8    Filed 06/25/26    Page 10 of 12



**Cristiano Ronaldo creates World Cup history Lionel Messi can never achieve**



**South Africa vs South Korea betting tips - Backing the Koreans to get the job done**



**Teofimo Lopez in talks over immediate world title shot after Shakur Stevenson defeat**



**Who England could face in Round of 32 - World Cup 2026 knockout phase permutations in full**



**Carlos Queiroz reveals exactly what started furious half-time bust-up with Jude Bellingham**



**Enzo Maresca pushes for reunion with Chelsea star immediately after Man City arrival**

6/24/26, 8:28 PM

Case 1:26-cv-05150-VSB   Document 28-8   Filed 06/25/26   Page 11 of 12

Mike Tyson vs. Floyd Mayweather: Date, UK start time, undercard, rules and where to watch exhibition fight | talkSPORT



**Travelers Championship 2026: Tee times, field, schedule, leaderboard and how to follow**



**Tottenham confident of hijacking Man United's deal for superstar midfielder**



**Bruno Fernandes makes decision on Manchester United future amid Saudi interest**



**Warriors war room in heated draft moment before selecting star who 'hated' Stephen Curry**



**Tuchel blocked from answering Partey question as Ghana player asked about Spence handshake**



**Who will USMNT play in Round of 32? How Pochettino's men could face Salah and then Ronaldo**




## FOLLOW talkSPORT

## SERVICES

About talkSPORT

Download talkSPORT App

Sign up to talkSPORT BET

How to listen

How to watch

Advertise on talkSPORT

Advertising Terms

Betting Offers

Contact us

Do not sell or share my personal information

How To Link Your Alexa

Topics A-Z

Contact preference

Work for us

License content

News UK

The Times

Gamble Aware 18+

© 2026 talkSPORT Limited

Registered in England No. 2806093. Registered office: 1 London Bridge Street, SE1 9GF

talkSPORT is a registered trade mark of Wireless Group Media (GB) Limited.

This service is provided on talkSPORT Limited's Terms of Use in accordance with our Privacy & Cookie Policy.