# EXHIBIT D

Case 1:26-cv-05150-VSB    Document 28-9    Filed 06/25/26    Page 2 of 4

# Travel Advisory Update: DRC Travel Advisory Raise To Level 4- Do Not Travel Ordered Departure (January 29, 2025)

**Updated to reflect the Ordered Departure of non-emergency U.S. government employees and**

**eligible family members and overall Travel Advisory Level from 3 to 4.**

Do not travel to the Democratic Republic of Congo due to **Armed Conflict, Crime**, **Civil Unrest,**

**Kidnapping, and Terrorism**.

**Country Summary:** Due to risks in the country, on January 28, 2025, the Department of State ordered the departure of non-emergency U.S. government employees and all eligible family members.

Violent crime, such as armed robbery, armed home invasion, kidnapping, murder, rape, and assault, is common and local police lack resources to respond effectively to serious crime. Assailants may pose as police or security agents.

Armed groups, individuals, and military forces routinely clash with each other. Civilians are frequently targeted in attacks in Eastern DRC. Terrorists and other armed groups have attacked military and civilian targets and represent an ongoing threat to humanitarian aid workers and other NGO personnel operating in DRC.

Demonstrations are common in many cities and some have turned violent. Police have at times

responded with heavy-handed tactics that resulted in civilian casualties and arrests.

The U.S. government has extremely limited ability to provide emergency consular services to

U.S. citizens outside of Kinshasa due to poor infrastructure and security conditions.

Read the country information page  for additional information on travel to the Democratic

Republic of the Congo.

If you decide to travel to the Democratic Republic of the Congo:

·        Visit our website for Travel to High-Risk Areas .

·        Avoid demonstrations.

·        Use caution when walking or driving.

·        Always have a copy of your U.S. passport and DRC visa. Keep originals in a secure location. Carry your U.S. passport and DRC visa when crossing provincial borders or flying domestically.

·        Enroll in the Smart Traveler Enrollment Program (STEP)  to receive Alerts and make it easier to locate you in an emergency.

·        We highly recommend that you buy insurance before you travel. Check with your travel insurance provider  about evacuation assistance, medical insurance, and trip cancellation coverage.

·        Review the Country Security Report  for the DRC.

·        Prepare a contingency plan for emergency situations. Review the Traveler's Checklist .

·        Visit the CDC page for the latest Travel Health Information  related to your travel and return to the United States.

■