# EXHIBIT F

Case 1:26-cv-05150-VSB   Document 28-11   Filed 06/25/26   Page 2 of 2

**U.S. EMBASSY IN THE DEMOCRATIC REPUBLIC OF THE CONGO**

## DES POIDS LOURDS, KINSHASA

By **U.S. EMBASSY KINSHASA**

FEBRUARY 10, 2026

**Location**: Kinshasa, Democratic Republic of the Congo (DRC)

**Event**: There is an ongoing demonstration on the Route des Poids Lourds near Pakadjuma. Demonstrations in Kinshasa can escalate with little warning, and roads may be blocked by protesters. The U.S. Embassy advises U.S. Citizens to keep a low profile, limit movements in the area, and plan to use alternate routes.

If you need emergency assistance, please contact the Consular Section at the phone numbers below.

**Actions to Take**:

- Have a personal security plan that does not rely on U.S. government assistance.
- Keep essential items (clothing, medications, travel documents) packed in a bag that you can carry.
- Avoid crowds and demonstrations.
- Be aware of your surroundings.
- Monitor local media for updates.
- Keep a low profile.

**Assistance**:

- U.S. Embassy Kinshasa, Democratic Republic of the Congo, 310 Avenue des Aviateurs, Kinshasa/Gombe, +243 81-556-0151/0152 or +243-972-616-193 (after hours and weekends).
- The Embassy maintains a list of local resources for emergencies on our website.
- Contact us at: ACSKinshasa@state.gov
- https://cd.usembassy.gov/
- State Department – Consular Affairs +1 888-407-4747 or +1 202-501-4444
- Democratic Republic of Congo Country Information
- Enroll in Smart Traveler Enrollment Program (STEP) to receive security updates.
- Follow us on Facebook and X