# EXHIBIT G



# DEFECTOR

Subscribe

BOXING

# Report: Tyson Vs. Mayweather, The Con In The Congo, Is Off For Now

By **Dave McKenna**

5:35 PM EST on March 4, 2026



Getty Images

 **81** Comments

The scheduled fight that no boxing fans asked for but all of us would have watched, [Mike Tyson/Floyd Mayweather](), ain't gonna happen. For now, at least. Veteran boxing insider [Dan Rafael]() reported last night that this latest melding of sports and circus "definitely" will not take place on April 25 in the Democratic Republic of the Congo, [as originally announced](). No specific reason was given for taking the fight off the calendar.

A half-century-and-change ago, back when it was called Zaire, the same country hosted perhaps the biggest fight in boxing history: the Rumble in the Jungle, Ali vs. Foreman.

Don't confuse Tyson vs. Mayweather with that. This one's a surefire hideousity. Tyson, a heavyweight from first fight to last, is 59 years old; Mayweather, whose best days came as a welterweight, is a ring-worn 49. Both retired from real fighting long ago, and both went out the first time in sanctioned sideshows. Mayweather's 50th and allegedly final official fight came in 2017 in Las Vegas, when he carried MMA blowhard Conor McGregor, a boxing novice making his professional debut, for nine rounds before knocking him out. Mike Tyson's last even vaguely authentic fight came 21 years ago in D.C., when the onetime baddest man on the planet got humiliated and stopped after six rounds by a different pasty Irish dude, Kevin McBride. These going-away fiascos each drew stout live gates and pay-per-view revenues: Mayweather/McGregor brought in a reported $600 million, which made it the second-largest PPV of all time.

Tyson laced up the gloves again in 2024, of course, for the awful Jake Paul "fight" where he showed his 58-year-old ass, first literally outside the ring, then figuratively in it. The buttcrack reveal was at least funny. But that bout, like so many of Paul's blandiose showcases, proved that name recognition now trumps all else in the formerly sweet science. Their 16-minute waltz, over eight two-minute rounds, attracted a reported 65 million concurrent viewers, enough to short circuit Netflix's streams. According to CompuBox statistics, Tyson went multiple rounds without landing a single jab or power punch. But his take-home pay was estimated as high as $20 million.

Mayweather, who nicknamed himself "Money" but is alleged to be swimming in debt, understandably wants a taste. Even beyond the Tyson date, he'd already signed to face kickboxer Mike Zambidis in Athens in June. He also inked a deal to fight Manny Pacquiao in September at the Sphere in Las

Vegas, billed as a rematch of their 2015 bout, which is remembered both for being a snoozefest of two all-time greats who were already past their prime and for attracting the biggest PPV crowd in the history of boxing.

When I was younger, baseball regularly put on old-timers' games; I attended a few and even covered one. Live-action nostalgia at the ballpark is sweet. In the squared circle, it's potentially cruel, and always boring. (See above CompuBox stats to confirm.)

No financial terms of Tyson vs. Mayweather had been announced before it was shelved. But Rafael said that contractual agreements between the fighters mean that there's still a very good chance that Tyson and Mayweather will trade something approaching blows someday, some way. Maybe even as early as in May in Kinshasa. While waiting for that boondoggle, watch the last big fight to hit that town. They don't get any better.

## Recommended

### One Big Punch Keeps Ryan Garcia's Career Afloat

💬 21   **Dave McKenna**

February 23, 2026



**A referral from a trusted source** is the #1 way that people find new things to read. So if you liked this blog, please share it!

   



## Dave McKenna

Staff Writer

---

**Read More:**  FLOYD MAYWEATHER,  MIKE TYSON

---



## Stay in touch

Sign up for our free newsletter

| Email | Sign Up |

# More from Defector

SOCCER

## The Monarchists Have Come To Harangue Iran's World Cup Team



58    Séamus Malekafzali    June 24, 2026

FUNBAG

## Should I Sell My Ludicrously Valuable World Cup Ticket?



💬 407    Brandy Jensen    June 24, 2026

---

ARTS AND CULTURE

## Summer Is For Baseball, Hot Dogs, And Watching A Bunch Of Horny Teens Get Murdered In The Woods



💬 92    Sarah Borus    June 24, 2026

---

MINOR DILEMMAS

## What If Your Kid Tells Dirty Dirty Lies?



💬 73    Albert Burneko    June 24, 2026

---

WNBA

## The Chicago Sky Have Nothing To Look Forward To



💬 26    Maitreyi Anantharaman    June 24, 2026

---

MLB

## Putting The "Buster" In Buster Posey



💬 157    Chris Thompson    June 24, 2026

---

### See all posts →



Report: Tyson Vs. Mayweather, The Con In The Congo, Is Off For Now (Defector)

Sign up for our free newsletter



Email

Sign Up

# The last good website.

Send Us A Tip

Advertise With Us

Support and General Questions

Press Inquiries

Hall of Fame

Masthead

# Follow

Twitch

Bluesky

PRIVACY NOTICE          TERMS OF USE

© **Copyright 2026**

Made in partnership with **Lede**