# EXHIBIT I

Case 1:26-cv-05150-VSB   Document 28-14   Filed 06/25/26   Page 2 of 3



**USA TODAY**

---

**BOXING**

Boxing

**Add Topic +**

# Mike Tyson vs. Floyd Mayweather fight now set for fall, crucial details pending



**Josh Peter**
USA TODAY

May 20, 2026, 4:20 p.m. ET



**AI Overview** ⓘ

The planned exhibition bout between Mike Tyson and Floyd Mayweather Jr. has been moved from the spring to the fall of 2026 after Tyson suffered a broken h    **Full Summary**
promoters have yet to announce a new date or venue.

Why was Mike Tyson's fight postponed to fall?                                    →

What fall 2026 boxing events involve Floyd Mayweather?                           →

How did Ronda Rousey defeat Gina Carano?                                         →

⟲ **DeeperDive** ⟨BETA⟩ │ Ask USA TODAY anything                                 →

---

An exhibition fight between Mike Tyson and Floyd Mayweather Jr. will take place in the fall instead of the spring as initially scheduled because Tyson is recovering from a broken hand suffered in training, according to the fight promoters.

Tyson was seen wearing a cast on his right arm in March and, at the time, said he had sprained it during training.

6/24/26, 8:26 PM

Case 1:26-cv-05150-VSB   Document 28-14   Filed 06/25/26   Page 3 of 3
Mike Tyson vs Floyd Mayweather fight now set for fall: Latest update

The exhibition match between Tyson, 59, and Mayweather, 49, was initially scheduled for April 25 in the Democratic Republic of the Congo.

The promoters, brothers Richard Miele and Craig Miele, cited May 30 as the initial fight date. The promoters have not announced a new date or venue but, according to the press release, will do so "shortly."

This fall, Mayweather is also scheduled to fight Manny Pacquiao in a professional fight this September in Las Vegas.

Tyson's right arm drew attention in March when he was wearing a cast. During an appearance on "The Ariel Helwani Show" Tyson said of the apparent injury, "Training, punching stuff. Just a little sprain, I have to go hard, it's the only way I've got to go."

Later in the month, during Tyson's trip to Thailand, there was no sign of the cast in videos and photos of Tyson.