JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN
JBURSTEIN@BURLAW.COM
——
PETER B. SCHALK*
OF COUNSEL
PSCHALK@BURLAW.COM

VICTOR M. WEBERMAN
VWEBERMAN@BURLAW.COM

*ALSO ADMITTED IN NEW JERSEY

825 THIRD AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

June 26, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

    Re:    *CSI Entertainment, LLC, et al. v. Mayweather et al.*, Case No. 26-cv-5150 (VSB)

Dear Judge Broderick:

My firm represents Plaintiffs CSI Entertainment, LLC, CSI Sports Events, LLC, and CSI Entertainment Events, LLC (collectively, "Plaintiffs"). Plaintiffs and Defendant Floyd Mayweather, Jr. ("Mayweather") have met and conferred per Your Honor's Order, dated June 25, 2026. Doc. No. 30.

If it is still convenient for Your Honor, counsel for Plaintiffs and Mayweather are available for a conference to discuss (1) the need for an immediate ruling on the motion for a temporary restraining order, and (2) a proposed expedited schedule for discovery, briefing, and a preliminary injunction hearing on Tuesday, June 30, 2026, at 1:00 p.m. EDT.

    Respectfully yours,

    */s/ Judd Burstein*

    Judd Burstein

cc:    Counsel of Record (via ECF)