MARTIN D. SINGER
BRIAN G. WOLF
LYNDA B. GOLDMAN
PAUL N. SORRELL
MICHAEL E. WEINSTEN
EVAN N. SPIEGEL
ALLISON S. HART
T. WAYNE HARMAN

**SINGER**
WEINSTEN WOLF & JONELIS LLP
ATTORNEYS AT LAW
SUITE 2400
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE (310) 556-3501
FACSIMILE (310) 556-3615
WWW.SINGERLAW.COM

DAVID B. JONELIS
MELISSA Y. GLASS △*
KELSEY J. LEEKER
CESIE C. ALVAREZ△
MILAGROS R. VILLALOBOS
MAX D. FABRICANT
ROYA M. HASSAS

△ ALSO ADMITTED IN NY
* ALSO ADMITTED IN TX

July 1, 2026

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Thurgood Mashall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

     **Re:**    *CSI Ent., LLC et al. v. Mayweather et al.* **(Case No. 1:26-cv-05150 VSB)**

Dear Judge Broderick:

We are in receipt of Mr. Burstein's letter from earlier today.

Notwithstanding the Court's clear direction to the parties at yesterday's conference, Mr. Burstein failed to meet and confer with us prior to sending you his letter. Accordingly, upon receiving his letter, we immediately reached out to him to meet and confer on the issue he had raised.

As reflected on my email correspondence attached hereto, which was sent to Mr. Burstein at 8:34am California time, we requested a copy of the purported documentary evidence that he claimed to have received last night (and which he obviously has readily on hand) so that we could consider its import. We also asked him to confirm that he has no objection to our side having the fair opportunity to respond to whatever assertions he intends to make concerning our client. Yet, as of the filing of this letter (nearly two hours later), we have received no response from Mr. Burstein.

Based on Mr. Burstein's unwillingness to meet and confer with us, we have serious doubts as to the legitimacy of his request, and are concerned that he may simply be seeking the opportunity to have the "last word" (to use the Court's verbiage from yesterday's conference) on the issue of expedited discovery. Indeed, given that perjury typically speaks for itself, Mr. Burstein's request to "explain" the significance of his purported new documentary evidence indicates that the issue may not be as clear cut as he claims it is. In any event, there is no reason why he could not have met and conferred with us, or at least responded to my email from earlier today.

1

Should the Court be inclined to allow Mr. Burstein to put yet more argument and evidence into the record, we would respectfully request the opportunity to respond.  However, for all the reasons already stated in our prior correspondence and at yesterday's conference, we believe that the issue of preliminary injunctive relief is ripe for determination based on the existing record.

Respectfully yours,

DAVID B. JONELIS
Of
SINGER WEINSTEN WOLF
& JONELIS LLP
*Counsel for Specially Appearing Defendant Floyd Mayweather*

## David Jonelis

| | |
|---|---|
| **From:** | David Jonelis |
| **Sent:** | Wednesday, July 1, 2026 8:34 AM |
| **To:** | Judd Burstein |
| **Cc:** | Cesie Alvarez; Melissa Y. Glass; Peter B. Schalk; Victor Weberman |
| **Subject:** | Mayweather / CSI |

Judd:

We just saw the letter that you filed with the Court earlier this morning.  Pursuant to the Court's clear directions at yesterday's hearing, we (unlike you) are attempting to meet and confer before we send anything further to the Court on our end.

Please immediately send us a copy of the documentary evidence that you have referenced in your email so we can consider its import.  Given that you are prepared to send it to the Court, there is no reason you cannot send it to us as well – especially given the seriousness of the allegation you have raised concerning our client.

Additionally, should the Court grant your request to send a further letter, we assume you have no objection to us having an opportunity to respond in our own letter.  But please confirm.

Finally, given that Ms. Glass and I are not yet receiving ECF notifications due to our still-pending pro hac applications, we would appreciate if you could please email us concurrent copies of anything that you file with the Court so we are duly notified.

Thank you.


Regards,
David


**DAVID B. JONELIS, ESQ.**
SINGER WEINSTEN WOLF & JONELIS LLP
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067
OFFICE: (310) 556-3501
E-MAIL: DJONELIS@SINGERLAW.COM
WWW.SINGERLAW.COM
**--Please note my new email address--**



THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE DISSEMINATED. IF YOU ARE NOT THE INTENDED RECIPIENT OR RECEIVED THIS IN ERROR, NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES AND ATTACHMENTS. THANK YOU.