**SINGER**
**WEINSTEN WOLF & JONELIS LLP**
ATTORNEYS AT LAW
SUITE 2400
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE (310) 556-3501
FACSIMILE (310) 556-3615
WWW.SINGERLAW.COM

MARTIN D. SINGER
BRIAN G. WOLF
LYNDA B. GOLDMAN
PAUL N. SORRELL
MICHAEL E. WEINSTEN
EVAN N. SPIEGEL
ALLISON S. HART
T. WAYNE HARMAN

DAVID B. JONELIS
MELISSA Y. GLASS △*
KELSEY J. LEEKER
CESIE C. ALVAREZ△
MILAGROS R. VILLALOBOS
MAX D. FABRICANT
ROYA M. HASSAS

△ ALSO ADMITTED IN NY
* ALSO ADMITTED IN TX

July 1, 2026

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Thurgood Mashall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

>    Re:    *CSI Ent., LLC et al. v. Mayweather et al.* **(Case No. 1:26-cv-05150 VSB)**

Dear Judge Broderick:

As a follow up to my email from a few minutes ago, Mr. Burstein's office has now sent me the alleged evidence of perjury, which we are reviewing. Per Mr. Burstein, he had attempted to respond to my email from this morning, but there was an apparent transmission error on his end.

I would note that the alleged evidence from Mr. Burstein consists of emails from Jona Rechnitz – the very person who is currently being sued for fraud by our client (and whose affiliated entity, Frist Apex, is a named defendant in this very case) – so we are of course skeptical of its validity at the outset.

Once we have had sufficient opportunity to review the alleged evidence from Mr. Burstein's office, we will further meet and confer with him as to our position on the same, as per the Court's directive.

Respectfully yours,

DAVID B. JONELIS
    Of
SINGER WEINSTEN WOLF
    & JONELIS LLP
*Counsel for Specially Appearing Defendant Floyd Mayweather*

1