JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN
JBURSTEIN@BURLAW.COM
————

PETER B. SCHALK*
OF COUNSEL
PSCHALK@BURLAW.COM

VICTOR M. WEBERMAN
VWEBERMAN@BURLAW.COM

*ALSO ADMITTED IN NEW JERSEY

825 THIRD AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

July 1, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:    *CSI Entertainment, LLC, et al. v. Mayweather et al.*, Case No. 26-cv-5150 (VSB)

Dear Judge Broderick:

      Last night I received new documentary evidence from a witness demonstrating that Defendant Floyd Mayweather, Jr.'s ("Mayweather") Declaration, Doc. No. 28-1, was perjurious – I do not use this term lightly – with respect to an issue that is very material to Mayweather's opposition to Plaintiffs' TRO motion.

      I therefore request an opportunity to submit a brief letter to the Court by 1:00 p.m. today (a) attaching the documentary evidence, (b) explaining its significance, and (c) demonstrating why there is an urgent need for discovery from a material witness.

                                     Respectfully yours,

                                     */s/ Judd Burstein*

                                     Judd Burstein

cc:    Counsel of Record (via ECF)

> I have sufficient information to rule on the motion for a temporary restraining order.
>
> APPLICATION DENIED.
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.      7/1/2026