UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :
CSI ENTERTAINMENT, LLC, et al.,                     :
                                                    :
                                  Plaintiffs,       :
                                                    :                    26-CV-5150 (VSB)
                     -against-                       :
                                                    :                    **ORDER**
FLOYD MAYWEATHER JR. and                            :
FRIST APEX VENTURES LLC,                            :
                                                    :
                                  Defendants.       :
                                                    :
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' filings relating to scheduling of discovery and proceedings,

(Docs. 41–42), in relation to Plaintiffs' motion for a preliminary injunction, (Doc. 5).  We will

proceed as follows:

- July 13:  Parties meet and confer on whether any limited document discovery is necessary to establish irreparable harm, given my rulings in the July 2 Opinion & Order.  (Doc. 40.)

- July 17:  Joint letter to the court with parties' positions on whether any limited expedited document discovery is necessary on the issue of irreparable harm.

- July 24:  Simultaneous filing of briefs on irreparable harm.

- July 31:  Simultaneous filing of reply briefs on irreparable harm.

- Aug. 5 at 2:00 p.m. ET:  Telephonic hearing on issue of irreparable harm.[1]

- Aug. 11:  Exchange document requests and witness lists.

- Aug. 19:  Exchange written responses to requests, together with production of all documents each side has agreed to produce.

- Aug. 20:  Exchange exhibit lists and witness declarations.

---

[1] The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

- Aug. 24:  Deadline to meet and confer on outstanding discovery disputes.

- Aug. 26:  Submission of joint letter to the Court on any unresolved discovery disputes.

- Sept. 2:  Simultaneous filing of supplemental affidavits/evidence and briefs on the merits.

- Sept. 9:  Simultaneous filing of responsive affidavits/evidence and reply briefs on merits.

- Sept. 16:  Hearing on merits of preliminary injunction.

SO ORDERED.

Dated:      July 10, 2026
            New York, New York

Vernon S. Broderick
United States District Judge