JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN
JBURSTEIN@BURLAW.COM
_____

PETER B. SCHALK*
OF COUNSEL
PSCHALK@BURLAW.COM

VICTOR M. WEBERMAN
VWEBERMAN@BURLAW.COM

*ALSO ADMITTED IN NEW JERSEY

825 THIRD AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

August 5, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:    *CSI Entertainment, LLC, et al. v. Mayweather et al.*, Case No. 26-cv-5150 (VSB)

Dear Judge Broderick:

In preparing for today's oral argument this morning, I finally reviewed Defendant Mayweather's July 31, 2026 reply papers. After securing my clients' consent, I am writing to inform the Court that Plaintiffs are withdrawing their motion for a preliminary injunction **without** prejudice.

Mayweather's Reply Memorandum of Law (Doc. No. 58), at 5 and 15, respectively, explicitly states that (a) the Zambidis Exhibition has not been rescheduled, and (b) the only **possible** bout with an opponent other than Tyson for which Mayweather has been negotiating is Pacquiao. Given these unequivocal factual representations that Mayweather has no concrete plans for the future, I have concluded that Plaintiffs cannot currently demonstrate that they face "actual and imminent" irreparable harm. *Kamerling v. Massanari*, 295 F.3d 206, 214 (2d Cir. 2002).

Accordingly, Plaintiffs are withdrawing their motion for a preliminary injunction without prejudice while preserving their right to seek injunctive relief if they learn that Mayweather has entered into an agreement to fight a specific opponent.

Unless the Court orders otherwise, I will of course appear at 2:00 p.m. today.

      Respectfully yours,
      */s/ Judd Burstein*
      Judd Burstein

cc:    Counsel of Record (via ECF)