USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**CSI ENTERTAINMENT, LLC, et al.,**

**Plaintiffs,**

**-against-**

**FLOYD MAYWEATHER, JR., et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-CV-05150 (VSB)(SN)**

**CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 29, 2026, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties**. The parties may move to amend the pleadings or join additional parties until Wednesday, November 18, 2026. Any motion to amend filed after that date must satisfy the good cause standard of Rule 16(b)(4).

**Default**. On October 5, 2026, the Clerk of Court entered a certificate of default as to Defendant Frist Apex Ventures LLC. ECF No. 71. By Monday, November 16, 2026, Counsel for Frist Apex Ventures LLC must either respond to Plaintiffs' Complaint or file a letter with a proposed deadline to respond.

**Discovery**. The parties shall jointly file a proposed protective order by Thursday, November 19, 2026. Should the parties disagree as to the contents of the protective order, they may file competing proposals and a letter application briefly stating each party's position by the same date. All fact discovery shall be completed by Thursday, April 15, 2027. Disclosure of

expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, May 17, 2027. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Friday, June 18, 2027. All expert discovery shall be completed by Monday, July 19, 2027.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Tuesday, December 15, 2026. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Diljah Shaw, diljah_shaw@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any summary judgment motion shall be filed, without a pre-motion letter, by Tuesday, August 24, 2027.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 29, 2026
New York, New York